IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| JON HALL, | X | |
| Petitioner, | X | |
| vs. | X | No. 05-01199-JDT |
| RICKY BELL, Warden, Riverbend Maximum Security Institution, | X | |
| Respondent. | X | |

## ORDER APPOINTING COUNSEL

Petitioner Jon Hall, prisoner number 238941, an inmate at the Riverbend Maximum Security Institution ("RMSI") in Nashville, Tennessee, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, along with an Application For Appointment Of Counsel pursuant to 21 U.S.C. § 848. The Clerk shall record the respondent as RMSI Warden Ricky Bell.

In his Application, Petitioner informed the Court that Paul Bottei, of the Office of the Federal Public Defender in the Middle District of Tennessee, is willing to accept appointment. In addition, Mr. Bottei has expressed a willingness to represent Petitioner. The Court finds that Petitioner's Application is well taken and hereby GRANTS the Application For Appointment of Counsel.

IT IS ORDERED that Mr. Paul Bottei, of the Office of the Federal Public Defender, Middle District of Tennessee, is hereby

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  12-06-05

appointed as counsel for Petitioner in these proceedings pursuant to 21 U.S.C. § 848(q).

IT IS SO ORDERED this 30th day of November, 2005.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01199 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Paul R. Bottei
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway
Ste. 200
Nashville, TN 37203

Jon Hall
238941
7475 Cockrill Bend Road
Nashville, TN 37209--101

Honorable James Todd
US DISTRICT COURT