IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

|  |  |  |
|---|---|---|
| JON HALL, | X X X | |
| Petitioner, | X X | |
| vs. | X X | No. 05-01199-JDT |
| RICKY BELL, Warden, Riverbend Maximum Security Institution, | X X X | |
| Respondent. | X X X | |

ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS
ORDER TO FILE PROJECTED BUDGET SUMMARY
ORDER SETTING SCHEDULING CONFERENCE

Petitioner Jon Hall, prisoner number 238941, an inmate at the Riverbend Maximum Security Institution ("RMSI") in Nashville, Tennessee, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, along with an Application For Appointment Of Counsel pursuant to 21 U.S.C. § 848, and a Motion For Leave To Proceed In Forma Pauperis. This Court granted Petitioner's request to appoint counsel in a previous order.

The Court hereby GRANTS Petitioner's request to proceed in forma pauperis and ORDERS counsel for Petitioner to submit a projected budget summary to the Court by December 19, 2005. In addition, the Court ORDERS that counsel for Petitioner and Respondent appear at a scheduling conference, pursuant to Fed. R. Civ. P. 16, on December 20, 2005, at 1:15 p.m, to facilitate the

development of an orderly schedule for the litigation of this matter.

IT IS SO ORDERED this 2nd day of December 2005.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CV-01199 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Paul R. Bottei
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway
Ste. 200
Nashville, TN 37203

Jon Hall
238941
7475 Cockrill Bend Road
Nashville, TN 37209--101

Honorable James Todd
US DISTRICT COURT