IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JON HALL,                                        )
                                                 )
     Petitioner,                                )
                                                 )
vs.                                              )      No. 05-01199-JDT
                                                 )
RICKY BELL, Warden, Riverbend                    )
Maximum Security Institution,                    )
                                                 )
     Respondent.                                )

---

ORDER

---

This Court GRANTS Petitioner Jon Hall's Unopposed Motion To File Under Seal

Projected Budget Summary and ORDERS that the Clerk of this Court file under seal

Petitioner's Projected Budget Summary.

_James D. Todd_
James D. Todd
United States District Court Judge

_16 December 2005_

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __12-22-05__

Submitted for entry:

*Chstmmit*

Paul R. Bottei
Christopher M. Minton
Assistant Federal Public Defenders
810 Broadway - Suite 200
Nashville, Tennessee 37203
(615) 736-5047

## CERTIFICATE OF SERVICE

I certify that on December 15, 2005, I placed a copy of the foregoing in the United States Mail, first-class postage prepaid, addressed to Jennifer Smith, Assistant Attorney General, John Sevier Building - Second Floor, 500 Charlotte Avenue, Nashville, Tennessee 37243.

*Chstmmit*

Christopher M. Minton

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:05-CV-01199 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Jon Hall
238941
7475 Cockrill Bend Road
Nashville, TN 37209--101

Paul R. Bottei
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway
Ste. 200
Nashville, TN 37203

Jennifer L. Smith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202

Honorable James Todd
US DISTRICT COURT