IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JON HALL,                              )
                                       )
        Petitioner,                    )
                                       )
vs.                                    )       No. 05-01199-JDT
                                       )
RICKY BELL, Warden, Riverbend          )
Maximum Security Institution,          )
                                       )
        Respondent.                    )

---

## AGREED SCHEDULING ORDER

It appearing to the Court that Petitioner and Respondent have agreed to the following

dates for the filing of the following pleadings in the above-styled matter, this Court ORDERS

that:

    1. Petitioner file his Amended Habeas Corpus Petition on or before April 3, 2006; and

    2. Respondent file his Answer to Petitioner's Amended Habeas Corpus Petition on or

before June 12, 2006.

_James D. Todd_
James D. Todd
United States District Court Judge
28 December 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12/30/06

13

Submitted for entry:

*Christm Mit*
_____

Paul R. Bottei
Christopher M. Minton
Assistant Federal Public Defenders
810 Broadway - Suite 200
Nashville, Tennessee 37203
(615) 736-5047

*Jennifer Smith* / *by CMM with permission*

Jennifer Smith
Assistant Attorney General
John Sevier Building - Second Floor
500 Charlotte Avenue
Nashville, Tennessee 37243
(615) 741-3487

## CERTIFICATE OF SERVICE

I certify that on December 15, 2005, I:

1. Placed a copy of the foregoing in the United States Mail, first-class postage prepaid, addressed to Jennifer Smith, Assistant Attorney General, John Sevier Building - Second Floor, 500 Charlotte Avenue, Nashville, Tennessee 37243; and

2. Transmitted by facsimile a copy of the foregoing to Jennifer Smith, 615-532-7791.

*Christm Mit*
_____
Christopher M. Minton

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:05-CV-01199 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Paul R. Bottei
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway
Ste. 200
Nashville, TN 37203

Jon Hall
238941
7475 Cockrill Bend Road
Nashville, TN 37209--101

Jennifer L. Smith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202

Honorable James Todd
US DISTRICT COURT