IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT JACKSON

| | | |
|---|---|---|
| **JON DOUGLAS HALL,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 05-01199-JDT |
| v. | ) | Judge Todd |
| | ) | |
| **RICKY BELL, Warden,** | ) | CAPITAL CASE |
| | ) | |
| Respondent. | ) | |

## MOTION TO MANUALLY FILE STATE COURT RECORD

Pursuant to Rule 7.1 of the Electronic Case Filing Policies and Procedure Manual adopted by this Court on February 24, 2006, respondent respectfully requests this Court enter an Order allowing respondent to file the state court record in this case on paper rather than as an electronic filing. In support of his motion, respondent would show:

1.     Pursuant to Rule 5(c), Rules Governing Section 2254 Cases in the United States District Courts, respondent is required to file copies of the relevant portions of the state court record for use in these proceedings. Because this is a capital case, and in light of the issues raised in the petition, this requires the filing of the entire state court record.

2.     The state court record is in two banker's boxes, consisting of several thousand pages of transcript, which would have to be scanned in order to meet the electronic filing requirements of this Court. According to the User Manual for electronic filing prepared by this Court, no individual file may exceed 40 pages (less if non-text

1

matters are involved), thus necessitating the breakdown of addenda into numerous smaller files. This would, at a minimum, result in the need to create over 100 separate electronic documents to be attached to the answer. Further, in the training sessions conducted by the Clerk's Office, parties have been advised that large documents should be filed with no more than six documents attached to a single filing.

    3.    On July 7, 2006, counsel for respondent spoke with Gretchen Swift with the Federal Public Defender's Office, who stated that she had no objection to this motion.

    WHEREFORE, respondent respectfully requests this Court grant respondent's motion and allow the state court record to be filed on paper in this case.

    Respectfully submitted,

    /s/ Elizabeth T. Ryan
ELIZABETH T. RYAN
Senior Counsel
Criminal Justice Division
P.O. Box 20207
Nashville, Tennessee 37202
Phone: (615) 741-4492
Tenn. B.P.R. No. 17148

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to, Christopher M. Minton, Assistant Federal Public Defender, 810 Broadway, Suite 200, Nashville, TN 37203, on this the 7th day of July, 2006.

                                        /s/ Elizabeth T. Ryan
                                        ELIZABETH T. RYAN
                                        Senior Counsel