EXHIBIT 8

APPROVED ︎
DATE 12/15/94

*TENNESSEE BUREAU OF INVESTIGATION*

REPORTED: 11/07/94   RECEIVED: 11/07/94   TRANSCRIBED: 12/12/94

TO:        5A-662-JA

FROM:      SA Brian Byrd

SUBJECT:   Interview Oral of Jennifer Connor

REFERENCE: Death Investigation, Henderson County
           (S) Jon D. Hall
           (V) Billie Jo Williams

This is the interview of one of the daughters of the victim, Billie Jo Hall as given to Sheriff Charles Woods and I at the Henderson Count Sheriff's Department in the early morning hours of July 30th 1994. Jennifer Connor, (dob 04/10/85) was shaken but provided a brief statement concerning the incident which had occurred with her mother just prior to the discovery of her body.

Jennifer stated that JON HALL her stepfather had came to the house in the night and her mother let him in. She stated that they got into a fight and he started hitting her. She stated that she tried to stop him by holding his hand to keep him from hitting her mother but she couldnt hold his arm.

Jennifer explained that HALL had beat her mother and chased her into the yard. She added that her mother sat down in the grass by the sand box to catch her breath when he started hitting her again. She stated that at this point she ran to the nieghbors house and asked them to call the police. She explained that Cindy had tried to call but HALL had done something to the phone so that they couldn't get through.

Jennifer added that HALL had yelled that he would burn the house before he let her have it.

Jennifer had nothing further to add.

---

:stigative records of the Tennessee Bureau of Investi-
are confidential by statute  (TCA 10-7-504). Unlawful
sure of this information is a misdemeanor (TCA 40-32-
id TCA 39-11-114).

Pag 01        File: 5A-662-JA        Vol: 01    Serial: 08