EXHIBIT 10

DAUGHTERS OF BILLIE HALL

Jennifer — 4/10/
Cindy — 4/7/86
Stephanie — 9/17/88
Jessica — 6/22/91

SECOND INTERVIEW AT LAMBERT RESIDENCE 9/15/94

JENNIFER & CINDY

Momma took the batteries out of the fire alarms. Her keys were in the kitchen counter. Keys were always in her purse.

BLACK — ORANGE, GREEN YELLOW — JENNIFER
BLACK WHITE                           CINDY

3 WKS AGO JOW SPEWED BEER ON FURNITURE TO PROMOTE ARGUEMENT.

~~SAIDP~~

★ MS LAMBERT SAID HE BODY SLAMMED HER ON PORCH & BRAGGED ABOUT ON PHONE.

JENNIFER

He promised he wouldn't fight. Momma let him in. We were watching Bugs Bunny.
It was late at night. He stayed somewhere around an hour.
He dipped his finger in the peanut butter.
Drunk two or three Beers.

JENNIFER CONTINUED

They got in an argument. He told us to go to bed. He told her to call 911 —

Cindy tried to call 911 but couldn't.

She fought him out to the pool.

CINDY

WE DON'T WANT TO SEE HIM AGAIN.
HE HURT OUR FEELING.
WOULD LIKE TO TELL HIM JUST WHAT HE DID.
HE TOOK OUR MOMMY
THAT NIGHT I WISHED I COULD HELP MOMMY.
I STRUCK HIM, I TRIED TO HELP BUT I COULDN'T STOP HIM.
ALL I DID WAS BITE HIM.  → any bite marks on Tx?

JON SAID "DON'T CALL THE POLICE TO COME DOWN HERE OR I'LL KILL YOU!"