EXHIBIT 11

CRIME SCENE VIDEOTAPE

FILED MANUALLY WITH THE CLERK