DECLARATION OF
JESSE H. FORD, III

COUNTY OF MADISON                    )
                                     )
STATE OF TENNESSEE                   )

Declarant Jesse H. Ford, III, states as follows:

1.  I am an adult resident citizen of Jackson, Madison County, Tennessee.

2.  I am a member in good standing of the Tennessee Supreme Court Bar.

3.  In or around March 1996, the Circuit Court for Tennessee's 26th Judicial District appointed Clay F. Mayo and me to defend Jon Douglas Hall against capital murder charges.

4.  As part of our representation of Mr. Hall, we obtained the files of Mr. Hall's previous trial counsel, including files from Jack Hinson; Frank Stanfill; the Public Defender's Office in Jackson, Tennessee; Carthel Smith; and Mike Mosier.

5.  In the files of Messrs Smith and Mosier we found letters District Attorney General Jerry Woodall wrote to Smith and Mosier responding to the defense's motion for discovery and inspection. In the letters, General Woodall stated that "Please be advised that our files are open for your inspection any time during regular office hours." Exhibits 1 and 2, attached to this Declaration, are accurate copies of the letters we found in the files of Messrs Smith and Mosier. Through these letters Mr. Mayo and I understood that General Woodall had made available for prior counsel's inspection all evidence, including documents, in the State's possession.

6.  On or around May 14, 1996, Mr. Mayo received General Woodall's response to a motion for discovery or inspection Mr. Mayo and I filed on Mr. Hall's behalf. Like the letters General Woodall sent to prior counsel, General Woodall stated in his letter to Mr. Mayo "Please be advised that our files are open for your inspection any time during regular office hours." Exhibit 3, attached to this Declaration, is an accurate copy of the letter General Woodall sent Mr. Mayo. Through this letter Mr. Mayo and I understood that General Woodall would make available for our inspection all evidence, including documents, in the State's possession.

7.  Mr. Mayo and I traveled to General Woodall's office and inspected all evidence, including documents, made available to us. I do not recall seeing:

    7.1.  A videotape recording of the crime scene;

    7.2.  Handwritten notes of Tennessee Bureau Of Investigation interviews with Jennifer and Cynthia Lambert;

7.3.  Any information indicating that Chris Dutton had been convicted of providing law enforcement authorities false information;

7.4.  Any information indicating that Chris Dutton had a long history of serious mental illness and drug abuse, including the following documents:

7.4.1.  12/2/92 Tennessee Department of Correction (TDOC) Intake Form recording that Chris Dutton experienced hallucinations and exhibited acute psychotic thought disorganization (attached to this Declaration as Exhibit 4);

7.4.2.  12/14/90 TDOC Initial Classification Psychological Summary recording that Dutton consumed cocaine and LSD and had a history of auditory hallucinations (attached to this Declaration as Exhibit 5);

7.4.3.  2/92 TDOC Progress Record recording that Dutton was hearing voices (attached to this Declaration as Exhibit 6);

7.4.4.  2/6/91 TDOC Health Screening Form recording that Dutton attempted suicide (attached to this Declaration as Exhibit 7);

7.4.5.  TDOC New Admissions Data recording that Dutton had attempted suicide and had an extensive drug abuse history (attached to this Declaration as Exhibit 8);

7.4.6.  TDOC Medical History recording that Dutton was placed in a psychiatric unit while in the North Carolina prison system (attached to this Declaration as Exhibit 9);

7.4.7.  8/1/91 TDOC Inmate Intake Form recording that Dutton had a long history of mental problems related to drug abuse (attached to this Declaration as Exhibit 10);

7.4.8.  1992-1996 TDOC Inmate Intake Updates and Physicians Orders recording psychiatric medications given Dutton (attached to this Declaration as Exhibit 11);

7.4.9.  1995-1996 TDOC Documents recording Dutton's mental health issues while in confined segregation (attached to this Declaration as Exhibit 12);

7.4.10.  2/28/93 TDOC Psychiatric Intake Evaluation recording that Dutton was diagnosed with poly-substance dependence (with LSD and PCP being Dutton's drugs of choice) and had attempted suicide (attached to this Declaration as Exhibit 13);

7.4.11.  A letter written by Dutton in which he discusses his possession by a demon (attached to this Declaration as Exhibit 14).

2

7.5.  A 5/28/94 TDOC Disciplinary Report recording that a correction officer found in Dutton's prison cell a shank (attached to this Declaration as Exhibit 15).

7.6.  Any information indicating that the State gave Chris Dutton favorable treatment in exchange for testimony he provided in court proceedings, including the following documents:

7.6.1.  1991-1992 TDOC Locations (attached to this Declaration as Exhibit 16);

7.6.2.  1/23/91 TDOC Transfer Form (attached to this Declaration as Exhibit 17);

7.6.3.  2/8/91 TDOC Initial Classification Summary (attached to this Declaration as Exhibit 18);

7.6.4.  1/14/92 Certificate of Parole; (attached to this Declaration as Exhibit 19);

7.6.5.  11/30/95 TDOC Offender Classification Summary (attached to this Declaration as Exhibit 20);

7.6.6.  3/18/96 Protective Custody Review Report (attached to this Declaration as Exhibit 21);

7.6.7.  3/27/96 TDOC Offender Classification Summary (attached to this Declaration as Exhibit 22);

7.6.8.  3/28/96 TDOC Cold Creek Correctional Facility Personal Property Inventory (attached to this Declaration as Exhibit 23);

7.6.9.  TOMIS Program Assignment Notice (attached to this Declaration as Exhibit 24);

7.6.10.  11/18/96 TDOC Progress Record (attached to this Declaration as Exhibit 25);

7.6.11.  1/16/97 TDOC Offender Classification Summary (attached to this Declaration as Exhibit 26).

7.7.  Any information indicating that Chris Dutton communicated with government officials about information he had, and actions he was willing to take, as an informant, including the following documents:

3

                7.7.1.  1994 TDOC Chris Dutton Activities Printout (attached to this Declaration as Exhibit 27);

                7.7.2.  1994 TDOC Chris Dutton Activities Printout (attached to this Declaration as Exhibit 28).

       8.  I do not recall seeing in any of Mr. Hall's prior counsel's files any of the documents or things inventoried in Paragraph 7, above, or any information about the matters Paragraph 7, above, discusses.

       9.  The State did not at any time prior to, during, or after Mr. Hall's trial inform me about the documents or things inventoried in Paragraph 7, above, or provide me any information about the matters Paragraph 7, above, discusses.

       10.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                _____
                Jesse H. Ford, III

                _____
                Dated

4

EXHIBIT 1



ASSISTANT DISTRICT ATTORNEYS GENERAL

C.F.     L
DN      LEN
AU..    OWN
WRENCE "NICK" NICOLA
VES W. THOMPSON
FRED L. EARLS
RISTOPHER J. SCHULTZ

RIMINAL INVESTIGATOR
CK A. WILSON

CTIM/WITNESS COORDINATOR
ORGIA M. BOND

SECRETARIES

ANGELA WINBUSH
BETTY NEWMAN
GARI LINDSEY
TONYA SHAVERS

COUNTIES

MADISON
CHESTER
HENDERSON

TELEPHONE

901-423-5800
FAX 901-424-9038

**JAMES G. (Jerry) WOODALL**
District Attorney General
State of Tennessee, 26th Judicial District
*Criminal Division*
P.O. BOX 2825
JACKSON, TENNESSEE 38302

June 28, 1995

Mr. Carthel Smith
Attorney at Law
85 E. Church St.
Lexington, Tennessee 38351

RE:  STATE OF TENNESSEE VS.

JON HALL, #94-342, 452, 454

Dear Carthel:

Reference is made to your Motions for Discovery and Inspection received by this office on June 27, 1995.

Please be advised that our files are open for your inspection any time during regular office hours, between 8:00 a.m. and 5:00 p.m., and consider this as an official response to your Motion for Discovery and Inspection.

All items of physical evidence, including photographs and tape recordings (if same exist) will be retained by the law enforcement agency involved until trial. Inspection of same will be permitted and scheduled upon request made to the Assistant District Attorney General responsible for the case.

We hope you will take advantage of our "open file policy" in the preparation of your client's defense and will request with particularity any information properly subject to discovery. See State v. Mallard, 653 S.W.2d 763 (Tenn. Crim. App. 1983).

Very truly yours,

James G. (Jerry) Woodall
District Attorney General
26th Judicial District

JGW/ts
xc:  Circuit Court Clerk

EXHIBIT 2



TANT DISTRICT ATTORNEYS GENERAL

STEGALL
LO H. ALLEN
H A. BROWN
ENCE "NICK" NICOLA
S W. THOMPSON
ED L. EARLS
TOPHER J. SCHULTZ

NAL INVESTIGATOR
A. WILSON

WITNESS COORDINATOR
GIA M. BOND

**JAMES G. (Jerry) WOODALL**
District Attorney General
State of Tennessee, 26th Judicial District
*Criminal Division*
P.O. BOX 2825
JACKSON, TENNESSEE 38302

June 28. 1995

SECRETARIES

ANGELA WIMBUSH
BETTY NEWMAN
GARI LINDSEY
TONYA SHAVERS

COUNTIES

MADISON
CHESTER
HENDERSON

TELEPHONE

901-423-5800
FAX 901-424-9079

Mr. Mike Mosier
204 W. Baltimore
P. O. Box 1623
Jackson. Tennessee 38302

            RE:  STATE OF TENNESSEE VS.

JON HALL., #94-342, 452, 454

Dear Mike:

        Reference is made to your Motions for Discovery and
Inspection received by this office on June 27. 1995.

        Please be advised that our files are open for your
inspection any time during regular office hours. between 8:00
a.m. and 5:00 p.m., and consider this as an official response to
your Motion for Discovery and Inspection.

        All items of physical evidence, including photographs
and tape recordings (if same exist) will be retained by the law
enforcement agency involved until trial.  Inspection of same will
be permitted and scheduled upon request made to the Assistant
District Attorney General responsible for the case.

        We hope you will take advantage of our "open file policy" in
the preparation of your client's defense and will request with
particularity any information properly subject to discovery.  See
State v. Mallard, 653 S.W.2d 763 (Tenn. Crim. App. 1983).

                        Very truly yours,

                        *Jerry Woodall*

                        James G. (Jerry) Woodall
                        District Attorney General
                        26th Judicial District

 JGW/ts
 xc:  Circuit Court Clerk

EXHIBIT 3



**JAMES G. (Jerry) WOODALL**
District Attorney General
State of Tennessee, 26th Judicial District
*Criminal Division*
P.O. BOX 2825
JACKSON, TENNESSEE 38302

AS:    IT DISTRICT ATTORNEYS GENERAL

DONALD H. ALLEN
SHAUN A. BROWN
LAWRENCE "NICK" NICOLA
JAMES W. THOMPSON
ALFRED L. EARLS
CHRISTOPHER J. SCHULTZ
ERNEST T. BROOKS, II

CRIMINAL INVESTIGATOR
JACK A. WILSON

VICTIM/WITNESS COORDINATOR
GEORGIA M. BOND
KATHY BURNEY (ASSISTANT)

SECRETARIES

ANGELA WINBUSH
BETTY NEWMAN
GARI LINDSEY

COUNTIES

MADISON
CHESTER
HENDERSON

TELEPHONE

901-423-5800
FAX 901-424-9039

May 14, 1996

Mr. Clay F. Mayo
Attorney at Law
P.O. Box 1625
Jackson, TN  38302

RE:   STATE OF TENNESSEE VS.

JON HALL   #94-342  PHOTOGRAPHS-EXHIBIT C

Dear Clay:

Reference is made to your Motions for Discovery and Inspection received by this office on May 14, 1996.

Please be advised that our files are open for your inspection any time during regular office hours, between 8:00 a.m. and 5:00 p.m., and consider this as an official response to your Motion for Discovery and Inspection.

All items of physical evidence, including photographs and tape recordings (if same exist) will be retained by the law enforcement agency involved until trial. Inspection of same will be permitted and scheduled upon request made to the Assistant District Attorney General responsible for the case.

We hope you will take advantage of our "open file policy" in the preparation of your client's defense and will request with particularity any information properly subject to discovery. See State v. Mallard, 653 S.W.2d 763 (Tenn. Crim. App. 1983).

Very truly yours,

*Jerry Woodall / by KB*

James G. (Jerry) Woodall
District Attorney General
26th Judicial District

JGW/kb
xc:  Circuit Court Clerk

EXHIBIT 4

TENNESSEE DEPARTMENT OF CORRECTION
PSYCHIATRIC INTAKE EVALUATION
INSTITUTION: BRUSHY MOUNTAIN STATE PENITENTIARY

NAME: _Chris Dutton_  NUMBER _142826_ DOB ~~███~~ _59_ AGE _33_ SEX _M_ RACE _W_
INTAKE DATE _12/2/92_

PRESENTING ISSUES:
Mr. _Dutton_ was received as a NC/PV/transfer. He is currently housed in
the _A Block_ unit. He is reporting today for intake evaluation. He
(is)/is not currently maintained on psychotropic medication. He (is)/is not compliant
with his medication regimen at the present time.

BACKGROUND INFORMATION:
Social/Educational History
Mr. _Dutton_ was born in _Muskegon, Mich._. He has _2_ siblings. He has
completed the _12th_ grade in school.

He reports an employment history as a _Tree Trimmer_ and was last
self-employed ~~at~~ _Muskegon, Michigan_. He is married/single/divorced with
_0_ children. He reports that he does/does not have contact with his family at
this time. He does/does not have a military history. Records indicate that he
~~does~~/does not have history of aggressive/assaultive behavior.

CRIMINAL/INSTITUTIONAL HISTORY
He is serving a _8yr sentence_ sentence for _2 counts Theft / 1 count Burglary_
_____. His Release Eligibility Date is _9/92_. His
expiration date is _1998_. There are _0_ disciplinary infractions listed in his
record, ~~of which are for assault or fighting, with the most recent being in~~
_____. This is his _1 month_ period of incarceration. For more information see
PSI or RAP Sheet.

SUBSTANCE ABUSE HISTORY
Mr. _Dutton_ does/does not indicate history of substance abuse. (if indicated) He
indicates that his substance of choice was _LSD, PCP, Heroin_ and that he would use
_seven days_ per week. He has/has not participated in a substance
abuse program. He reported that his last substance abuse occurred _March 1992._
_Polysubstance abuse started at age 12._
PAST PSYCHIATRIC HISTORY
Mr. _Dutton_ acknowledges/denies prior psychiatric treatment. He states he
received past treatment at _Murphy N.C. hospital for 3-4 weeks after hanging_
_himself in Cherokee County N.C. Jail_ as an (inpatient)/outpatient.
He states he was treated with the following medications in the past _____
_Trazadone_ _____

Mr. _Dutton_ states that these medications were/were not beneficial to him at that
time. He acknowledges/denies auditory/visual hallucinations at this time or in the
past.

PAST MEDICAL HISTORY
                                    "Police Beat me in N.C."
He acknowledges/denies a history of head injuries. He is currently being treated for
_headaches - Ibuprofen_ /no medical conditions.

ALLERGIES: _PCN; Codeine_

MENTAL STATUS:
Mr. _Dutton_ (is)/is not oriented x 4. He (is)/is not cooperative with questions.
Responses (were)/were not appropriate. Speech (is)/is not normal in tone and content and
is goal directed. He acknowledges/(denies) suicidal/homicidal ideations or plans at
this time. Hallucinations (are)/are not acknowledged at this time. He voices no
delusional content. There (is)/is no evidence of acute psychotic thought
disorganization. Insight and judgement are _fair_. He is requesting treatment
for... _drug treatment program_

Behavioral Observations:
_Appeared slightly anxious but coherent & relevant._
_He has some unusual/idiosyncratic thoughts_
_but he is not psychotic._

Clinical Impression:
_Polysubstance Abuse since approx age 12 appears_
_primary with hallucinogens his drug of choice._
_Doesn't appear delusional but expresses unusual thoughts_
_that appear to be fantasy/drug originated!_

DIAGNOSTIC IMPRESSIONS:
Axis I:   _Polysubstance Abuse_
Axis II:  _R/O Schizotypal Personality D.O._
Axis III:
Axis IV:
Axis V:

TREATMENT RECOMMENDATIONS: _Follow-up up Dr Rockwell to continue_
_Trazodone._  _Referred to chaplain for AA/NA Meetings_

------------------------------        ------------------------------
Psychiatrist                          Psychologist

_RL_____ , MS_
------------------------------        ------------------------------
Psychological Examiner                MHPS 2

------------------------------

EXHIBIT 5

ADULT SERVICES
TENNESSEE DEPARTMENT OF CORRECTION

CONFIDENTIAL

INITIAL CLASSIFICATION PSYCHOLOGICAL SUMMARY

NAME  Chris Dutton                                    NUMBER  142826

PSYCHOLOGICAL EXAMINER  Phil King                     DATE  12-14-90

TESTS ADMINISTERED:

    Rev. BETA II  X      GATB ____    WRAT  X      CPS  X      TABE  X

    Slosson ____         WAIS-R ____  PPVT____     MMPI____

TESTS SYNOPSIS/ASSESSMENT COMMENTS:  Mr. Dutton is a 31 year old white male committed
from Bradley County who is currently serving his second period of incarceration.  When
asked about the charges against him at this time, Mr. Dutton does accept responsibility
for having committed the crime.  When asked about his alcohol and drug consumption,
Mr. Dutton indicates that he will consume up to $1,000.00 worth of Cocaine, LSD,
Marijuana, and Alcohol in a week's time.  Testing/interview does reveal a substance
abuse of alcohol/drug which was verified by Mr. Dutton.  At this time, Mr. Dutton
expresses an interest in working while incarcerated.  He is making a fair adjustment
to his incarceration at this time, and it is anticipated that he will continue to
do so.  At this time there is not a good family relationship.

The revised Beta suggests that Mr. Dutton is probably functioning at an average level
of intellectual ability.

The following scores were obtained on the WRAT/TABE:  10 in reading, 11 in spelling,
and 9 in arithmetic.

Mr. Dutton presented himself for interview in an appropriate manner appearing well
oriented to time, place, person, and present circumstances.  His memory for recent
and remote events seemed to be intact.  He reported a history of blackout periods
associated with substance abuse, and he denied ever experiencing significant head
trauma or seizure activity.  His speech and communication were relevant, rational,
coherent, and devoid of looseness of association, ideas of reference, delusional
content, hallucinations, or other indices of current psychosis.  He did, however,
report a history of ego-dystonic auditory hallucinations associated with psycho-
social stressors.  His mood, affect, and overall mental status appeared unremarkable
on this date.

Recommendations:

    1.  Referral to contract Psychiatrist.
    2.  A & D Treatment Program.

PK:sga
1-8-91

CR-2546 (Rev.11-83)

EXHIBIT 6

TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED - PROGRESS RECORD

E: _Dutton, Chris_                                    NUMBER _142826_

UBJECTIVE     O=OBJECTIVE     A=ASSESSMENT     P=PLAN     I=INTERVENTION     E=EVALUATION

| ate | Time | Prob. No. | |
|-----|------|-----------|---|
| | | | _Psychiatry_ |
| 1/92 | | S | 33y/o Wm came for first contact and 8wks he has been on Travedone since end of Aug#92 to keep him from going off and sound claustrophobia. Would like to get off it for something. Unable to help c̄ "claustrophobia. Describes claustrophobia S&S as wall closing in on him, S&B disorganized thoughts hearing voices telling him all kinds of stuff. Has been hearing voices since age 12 but thought his mind was speaking to him. Has been drug abuser — PCP, Special Preludin since age 13. Also reports some visual hallucinations. Denies q̄ S/H thoughts and |
| | | Ⓞ | denies any current hallucinations. Last one in 8/92 |
| | | O | Alert, oriented and dressed in a certain present self well. Cooperative c̄ NL flow of thought. Mood is euthymic c̄ congruent affect. A&O x 4 |
| 93, 82 | | A | 1° Polysubstance Abuse |
| | | | 2° Organic Hallucinosis |
| | | P | (1) Vestaril 25 mg # h.s. _(signature)_ |
| | | | (2) DC Travedone |
| 3/9/92 | | | _Psyc Note_ |
| | | | I/M seen individually and requests he is doing better c̄ coping. Reports "then weak right now" referring to voices & dizziness. Some mild dizziness noted. He refers to letter attached but denied homicidal/suicidal ideation. He feels slightly worse "not sitting in cell. Encourage therapy when classified. _(signature)_ |

1884 (Rev 8/90)                    Do Not Write on Back                    RDA#1458

EXHIBIT 7

*Court Ret.*

# TENNESSEE DEPARTMENT OF CORRECTION

## HEALTH SCREENING FORM

*31 yrs.*

Inmate's/Student's Name: *Chris Allen Dutton*    TDOC Number: *142826*

Receiving Institution: *BMSP*    Date: *2-6-91*

Inquire Into:

1. Are you currently being treated for any illness or health problem (including dental, venereal disease, or other infectious diseases)? _____Yes ✓ No. If yes, describe:

   _____

   _____

2. Do you have any medical or dental complaints at this time? _____Yes ✓ No. If yes, describe:_____

3. Are you currently on any medication(s)? _____Yes ✓ No If yes, was the medication transferred with the inmate/student? _____Yes _____No

4. Have you recently used alcohol or other drugs? _____Yes ✓ No If yes, describe: (Include type, mode, amount, frequency, last use, problems resulting from discontinuance, detoxification involvement)_____

   _____

5. Have you recently or in the past received treatment or been hospitalized for any mental disturbance(s) or suicidal behavior? ✓ Yes _____No If yes, describe: _____

   *Nov. 89   Raleigh Central Prison   attempted suici*

6. Do you have any allergies? _____Yes _____No If yes, describe: _____

   _____

Observe:

1. Behavior (including state of consciousness, mental status, appearance, conduct, tremor and sweating): ✓ Normal _____Abnormal If abnormal, describe: _____

   _____

2. Body deformities, condition of skin (including needle marks, trauma markings, bruises, lesions, jaundice, rashes and infestations): _____Yes ✓ No If yes, describe:

   _____

Disposition:

____✓ Housed with general population and instructed to make sick call for medical and/or dental care *B Black*

_____ Housed with general population and prompt referral appointment with health provider

_____ Referred to appropriate health provider on an emergency basis

*Faye Jefferson*
Signature and Title of Screening Staff

I have received a copy of the procedure for obtaining health care (medical, dental and/or mental health). It has been explained to me and I understand how to access treatment.

*Chris A Dutton*
Signature of Inmate/Student

Distribution: Health Record

CR-2178

EXHIBIT 8

4/3 BK    *Press Release*    CONFIDENTIAL

## NEW ADMISSIONS DATA

NAME: _Chris A. Dutton_    DOC#: _143826_    DOB: _████59_

RACE: _W_    UNDER 21: Y ( ) N (w)    HIGHEST GRADE COMPLETED: _12 (v)_

REC'D CENTER: _11-27-91_    REC'D FROM: _BR_    REC'D TDOC: _12-13-90 NC_

SENT: _8yrs_    SED: _6-9-90_ RED / PP: _1-12-93_ EXP: _3-27-98_

CHARGES: _Burg-Other # 891033 ct 1, Theft/Prop_
_# 891033 ct 2_

---

JUDGE / COUNTY: _Mashburn/Bradley_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

on MD to CUSTODY LEVEL: _PR/MT_    CAF: _+1_    OVERRIDE: _____
LAST RECLASS: _11-27-91_    NEEDS ASSESSMENT: _S3A, B2A, W2A, L2A_

CLASSIFICATION RECOMMENDATIONS: _Construction Wkr_

---

WORK CLASS: _B-L_    DISABILITIES: _Orthopedic Imp,_
_Arthritis_    ASSIGNED COUNSELOR: _Towner_
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DISCIPLINARY RECORD: _None_

---

INCOMPATIBLES: _None_    DETAINERS: _None_

PAROLE DATA: _None Recommended FT_
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TDOC WORK EXPERIENCE: SEE ATTACHED.    FREE WORLD EXPERIENCE:

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
COMMENTS: _PSI indicates prior suicide attempts at NC DOC._
_Subject self-reports neck injury rec'd at Bradley Co Jail. Extensive_
_history of substance abuse since youth. Testing indicates average_
_range of intelligence, and unremarkable mental status._

_Reviewed 12/2/91 GH._

EXHIBIT 9

CR-2007

Name: _Chris A Patton_          Number: _142826_

| Date | Name of Hospital | Location | Reason |
|------|------------------|----------|--------|
|  |  |  |  |

No                          Yes          <u>FOR CLINIC USE ONLY</u>

__ u.  Any history of          ✓     _Psych Unit Prison in N.C._
       treatment in a Mental
       Health Clinic or
       Psychiatric Hospital?

5.

__ a.  Has there been any        ✓
       change in your
       weight in the past
       year?
       1.Lost___ How much___
       2.Gain ✓ How much _20 lbs_
__ b.  Have you ever had         ✓    _has been referred to MHT_
       excessive anxiety/
       nervousness,
       depression or
       worrying?
✓ c.   Have you noticed a       ___
       change in size or
       color of any wart or
       mole, or the appear-
       ance of a new one?
✓ d.   Any itching, skin        ___
       rash or boils?
__ e.  Do you use tobacco?       ✓
       1.  Chew                  ___
✓      2.  Pipe                  ___
✓      3.  Cigars               ___
__     4.  Cigarettes            ✓
       5. How many cigars,
          cigarettes, or
          pipes do you smoke
          in 24 hrs.? _20_

6.  HEAD AND NECK

No                          Yes

__ a.  Do you have dizzy         ✓  _no prob. now by hd_
       spells?
__ b.  Do you have frequenc     ✓  _daily since was beaten up age 24_
       headaches?
       How often? _constant_
       What medicine helps
       your headaches? _Ibi, 800_

-3-

CR-2007                                                    RDA-1458

EXHIBIT 10



STATE OF TENNESSEE
# DEPARTMENT of CORRECTION
### DIVISION OF ADULT INSTITUTIONS
## SOUTHEASTERN TENNESSEE STATE
## REGIONAL CORRECTIONAL FACILITY
ROUTE 4, BOX 600
PIKEVILLE, TENNESSEE 37367

### TENNESSEE DEPARTMENT OF CORRECTIONS
### INMATE INTAKE

NAME: Dutton, Chris

NUMBER: 142826

DATE OF BIRTH: ██████59

AGE: 32

SEX: M

DATE OF INTAKE: 8-1-91

FACILITY: STSRCF

INTAKE WORKER: P. Maurice Siler
R.E.

## PRESENTING PROBLEM
Insomnia

## MENTAL STATUS EXAM:
Slender W/M who looks about his stated age. Oriented ×4. Psychomotor functions operational. Good eye contact except that he held the left eye constantly due to sinus pain. Speech is clear & articulate. Thought processings are affectively appropriate & sequential. No gross M.H. pathology either emitted or elicited. Subdued, somer mood due to sinus pain.

## PSYCHIATRIC HISTORY:
Pt. relates long hx of M.H. problems related to Drug abuse.

<u>MEDICAL HISTORY</u>

*Acute Sinus infection*

<u>ALCOHOL AND DRUG HISTORY:</u>

*yes    yes*

<u>SOCIAL HISTORY</u>

*Divorced*
*From a broken home*
*Reared by Grandparents.*  *① Mother died when pt was 12.*
                            *② Father  "    "    "    "  12.*

*On own—largely, since then.*

SEXUAL DEVELOPMENT:

*average*


EMPLOYMENT HISTORY

*Tree trimming, ect,*
*own business*


CRIMINAL HISTORY:

A.  JUVENILE

B.  ADULT          *Multiple Charges*

C.  FAMILY


MILITARY HISTORY

*U.S. Army — 2 yrs in Korea*

PSYCHOLOGICAL EVALUATIONS:

*no current testings done/available*

REFERRAL RECOMMENDATIONS:

*Refer to Dr. DeRuiter*

DIAGNOSIS:

*axis I: adjust disorder c̄ mixed emotions*

*axis II: antisocial*

*axis III: ~~no~~ Sinus infection*

*axis IV: Away from loved ones: — Moderate/severe*

*axis V: GAF 70*

P. Maurice Siler
—————————————————
P. MAURICE SILER, P.E. II
MENTAL HEALTH PROFESSIONAL

"PAUL D. FISHER, PH.D."

EXHIBIT 11

TENNESSEE DEPARTMENT OF CORRECTION     3D107

Psychiatric Intake Update

R.M.S.I.

Inmate: _Chris Dutton_     Number: _142826_ Facility: _RMSI_

DOB: _____ Sex: _M_ Custody Status: _____ Race: _W_ Intake Date: _____

COURSE OF TREATMENT TO DATE

Define Problem Areas: _35y WC ~ Dx below tpdt ~ Dorepm 200m QHS,_
_reports a little anxiety, over upcoming parole 6/95, feels Dorepm helps_
_control anxiety_

Medications: _____

CURRENT MENTAL STATUS _Alert WC in sweat pants + no shirt ~ multiple tatoos; cooperative &_
_attentive, speech nl in rate & rhythm, thoughts logical & goal directed;_
_☑ AH / VH / delusions, affect euthymic, ↓↓ intact for population_

DIAGNOSTIC IMPRESSIONS

Axis   I:  _Dysthmia, Anxiety DO NOS_
Axis  II:  _Antisocial Personality DO_
Axis III:  _sinus HA_
Axis  IV:  _severe - incarceration_
Axis   V:  _70_

TREATMENT RECOMMENDATIONS _will continue Dorepm @ 200mg po QHS, f/u ~ 1-2 month_

Signature: _____ _1/2/95_ Signature: _____
         Staff Psychiatrist    Date              Staff Psychologist        Date

Signature: _____ _____ Signature: _____
         Registered Nurse   Date              Psychological Examiner/MHPS   Date

Original:  Health Record
Yellow:    Programmatic Record
Pink:      Warden

CR- 3487 (4/92)

RDA 1458

TENNESSEE DEPARTMENT OF CORRECTION

Psychiatric Intake Update

Inmate: _Chris Dutton_   Number: _142826_   Facility: _CCCF_

DOB: ▓▓▓▓1459 Sex: _Male_ Custody Status: _Min max_ Race: _Cau_ Intake Date: _4-15-96_

COURSE OF TREATMENT TO DATE

Define Problem Areas: _Depression + anxiety since childhood._
_NO crying spell Loss of appetite + wt loss. Suicidal_
_attempt 1989 - Attempted to hang self while incarcerated. History_
_of alcoholism, LSD, PCP, but has tried everything. Long history of_
Medications: _incarceration - since age 30 yrs old._
_doxepin 100 mg 4:00 PM - 8:00 PM_

CURRENT MENTAL STATUS _WD WN, WIM - Tatoo on forearm. Hygiene adequate. Mood_
_WD WN, WIM - Affect appropriate. Thought content coherent cohesive desire_
_mittel. Affect appropriate. Thought content coherent cohesive desire_
_have doxepin reduced. No SI, HI, no overt psychosis. No_
_thought disorder. Average intelligence._

DIAGNOSTIC IMPRESSIONS

Axis   I: _Dysthymia    Polysubstance Abuse -remission_
Axis  II: _Antisocial personality Disorder_
Axis III:
Axis  IV:
Axis   V:

TREATMENT RECOMMENDATIONS
_↓ doxepin 100 mg po Midnight_

Signature: _Jerri Wills D D_ Date _4/15/96_   Signature: _____ Date
            Staff Psychiatrist                      Staff Psychologist

Signature: _____ Date   Signature: _Mary Kissal_ _4-15-96_ Date
            Registered Nurse                Psychological Examiner/MHPS

Original:  Health Record
Yellow:    Programmatic Record
Pink:      Warden

RDA 1458

CR- 3487 (4/92)

# PHYSICIAN'S ORDERS

| NAME | Du Hon Chris |
|---|---|
| ROOM NO. (ADDRESS) | 142826 |
| HOSP. NO. | BMSP |
| PHYSICIAN | Littel |

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

Drug Allergies

| Date & Time | Another brand of drug identical in form and content may be dispensed unless checked ☐ | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS ➤ | Nurse's Initials |
|---|---|---|---|
| DEC 03 1992 | Desyrel      150     QHS | | |
| DEC 03 1992 | | DELVIN E LITTELL MD | |
| DEC 15 1992 | D/c Desyrel  Vistaril  50mg  QHS  X 30  Motrin 800  TID | | |
| DEC 15 1992 | | *Delvin E Littell MD* DELVIN E LITTELL MD | |
| JAN 12 1993 | Vistaril 50mg  QHS  Motrin 800  TID | | |
| JAN 12 1993 | | *Delvin E Littell MD* DELVIN E LITTELL MD | |
| | Vistaril  50mg  QHS  Motrin 800  TID | | |
| FEB 09 1993 | 8⁰⁰/A | *Delvin E Littell MD* DELVIN E LITTELL MD | |

Form 1206 BRIGGS, Des Moines, IA 50306 (800) 247-2343 PRINTED IN U.S.A.

**PLEASE! USE BALL POINT**

**PHYSICIAN'S ORDERS**

EXHIBIT 12

TENNESSEE DEPARTMENT OF CORRECTION                    RMSI
MENTAL HEALTH SCREENING REPORT

INMATE NAME _Dutton, Chris_____    NUMBER _142826_    SEX _me_

FACILITY _RMSI_____    UNIT _3_    CELL _D107_   DATE OF SCREENING _2/3/96_

TYPE OF SCREENING: 30 DAY SEGREGATION_____   90 DAY SEGREGATION _✓_   OTHER_____

MENTAL STATUS SCREENING:

| YES | NO | |
|-----|-----|-----|
| (✓) | ( ) | RESIDENT EXHIBITED APPROPRIATE AFFECT |
| (✓) | ( ) | THOUGHT PROCESS WAS ORDERLY AND RELEVANT |
| (✓) | ( ) | PERCEPTION PROCESSES WERE INTACT |
| (✓) | ( ) | RESIDENT WAS ORIENTED 4X, PERSON, PLACE, TIME, CIRCUMSTANCE |
| (✓) | ( ) | MEMORY PROCESSES WERE INTACT |
| (✓) | ( ) | JUDGEMENT & INSIGHT WERE WITHIN NORMAL LIMITS FOR THIS POPULATION |

SUBJECTIVE/OBJECTIVE: _"I'm doing OK"_

ASSESSMENT: _Adequate adjustment to IAS._

PLAN: _Review within 90 days._

REFERRAL TO: _Continue to be followed by Dr. Pruett_

SIGNATURE OF MENTAL HEALTH PROFESSIONAL:

_Joe W. Pruett, M.A._    TITLE _Psych Exam_    DATE _2/3/96_

_K. N. Ambro, Ph.D._

ORIGINAL:     HEALTH RECORD
OPTIONAL COPY:  WARDEN                                    RDA-1167

CR-2629 (Rev 5/89)

TENNESSEE DEPARTMENT OF CORRECTION          RMSI

PROBLEM ORIENTED - PROGRESS RECORD

E: _Chris Dutton_                        NUMBER _142826_

SUBJECTIVE     O=OBJECTIVE     A=ASSESSMENT     P=PLAN     I=INTERVENTION     E=EVALUATION

| ate | Time | Prob. No. | |
|---|---|---|---|
| 9/6 | 7:30 pm | | Psych - RMSI<br>36 y/o W/S c̄ Depakote 100mg BID, reports is sleeping a lot "as is stuck in his cell, refused to have seizures per pt, to go to Pt. Pillow, denies c̄ somnolence, problem or tolerens w his little anxiety, mood "mostly good", "declay pt/M to me a little bit", Ø S/E, feels medication where it needs to be<br>Pt. alert, speech wnl, Ø psychosis, affect euthymic<br>A/P  Pt. stable - will continue on current dose, f/u 2 months<br>(Penett, MD) |
| 7/6 | 3:00 pm | | Psych - RMSI<br>Chart reviewed, orders signed<br>(Penett, MD) |
| 7/6 | 11:00 am | | Psych - RMSI<br>Chart reviewed, orders signed (Penett, MD) |

Do Not Write on Back

RDA-1458

TENNESSEE DEPARTMENT OF CORRECTION

MENTAL HEALTH TREATMENT PLAN

Treatment Period 1/17/96 To 7/16/96

| PROBLEM | 3 MONTH TX GOALS | 6 MONTH TX GOALS | MODALITY/ FREQUENCY | DATE GOAL MET | PROVIDER |
|---|---|---|---|---|---|
| Depressed mood and anxiety | Stabilize mood | Maintain stabilized mood | Doxepin 100 mg p.o. a 4 pm and HS. HS snack with meds Review monthly | | Pruitt |
| | Mental health screening | Mental health screening | ~~enjoy Mental health 2~~ question | | Mount, m.h. |

Signatures:  Inmate  _Chris A Dutton_  Date: _____

Comment(s): _____

Staff:  _____  Date: _1/17/86_

_Jim Mount, Psych Examiner_  Date: _1/17/96_

Mental Health Professional(s)

_Pruitt, MD_  Date: _1/23/96_

Psychiatrist/Physician

Receiving Facility Provider: _____  Date: _____

Continue Current Plan: _____  Modification: _____  New Plan Required: _____

Original:  Inmate's Health Record
Copy:  Programmatic Record
        Warden

RDA 1458

CR-3326 (Rev. 4/92)
Page 2 of 2 Pages

TENNESSEE DEPARTMENT OF CORRECTION                    RMSI

PROBLEM ORIENTED -- PROGRESS RECORD

Chris Dutton                                          NUMBER _1428X_

JBJECTIVE        O=OBJECTIVE       A=ASSESSMENT       P=PLAN       I=INTERVENTION       E=EVALUATION

| te | Time | Prob. No. | |
|---|---|---|---|
| 7/5 | 4pm | | Psych- RMSI |
| | | | 35 yo w/ō ā Dx of Dysthymia, Anxiety DO NOS & ASPD. |
| | | | told ā Doxepin 50mg @ 4pm & 50mg @ 8pm, reports he |
| | | | is doing well, up for reclassification in time, mood good, |
| | | | sleeping well, & SI. |
| | | | A- alert, speech nl, ō psy cn/SI, affect euthymic c̄ full |
| | | | range |
| | A/P | | Stable - will continue current meds, f/u I-II months (Arnett, MD) |
| | | | |
| 12/5/06 | 2³⁸pm | | Psych- PRO RMSI |
| | | | Chart reviewed, orders signed (Arnett, MD) |
| | | | |
| 1/4/06 | 6pm³⁰ | | Psych- RMSI |
| | | | Chart reviewed, orders signed (Arnett, MD) |

Do Not Write on Back                                  CR-1884
                                                      (Rev. 8/90)

3D107

TENNESSEE DEPARTMENT OF CORRECTION

INSTITUTIONAL MENTAL HEALTH SERVICES REFERRAL

TE: Dutton Chris          NUMBER: 142826  INSTITUTION: RMSI
     Last      First    Middle                                3D107

ENTING PROBLEMS: Requests to see psych to discuss meds.

_____

_____

_____

_____

_____

_____

RRED BY: Glen Carswell(?)        DATE: 12/5/95  TIME: 9³⁰ a.m.
          (Signature/Title)

SEND REFERRAL FORM TO INSTITUTIONAL HEALTH ADMINISTRATOR

IVED BY: Joe Mount, PsychExam  DATE: 12/5/95  TIME: _____
         Signature/Title Mental Health Professional

RRAL DISPOSITION (Course of Action): I/m Dutton is requesting an
increase in his medication (Sinequan) to 100 mg
4pm and HS. He stated that he is now "locked down"
23 hrs. per day. He gave no details as to why he
lost his job. Will ↑ Sinequan to 100mg @ 4pm & HS per pt.
request. (Atwell, MD)

                    DATE: 12/5/95  TIME: _____

                         Joe Mount  Psych Exam.
                         Signature/Professional Title

g[ion]: Inmate's Health Record

                                      RDA 1458

EXHIBIT 13

TENNESSEE DEPARTMENT OF CORRECTION

Psychiatric Intake Evaluation

Inmate: _CHRIS OTTON_____     Number: _142826_     Facility: _RMSI_

DOB: ▓▓▓▓▓ Sex: _M_     Custody Status: _____     Race: _W_     Intake Date: _2/28/93_

PRESENTING ISSUES: _33 yo ♂ Hx of depression, Anxiety_
_& poly-substance abuse. Mood now stable._

BACKGROUND INFORMATION:  (Social/Education History, Criminal/Institutional History, Substance
                          Abuse History, etc.)

_HS education, single in Memphis. This_
_is 4th prison sentence. Hx of poly substance_
_dependence, c LSD, PCP. as drugs of choice._

PAST PSYCHIATRIC/PSYCHOLOGICAL TREATMENT HISTORY: _____
_Pt has recently been treated c Trazadone but_
_this was not sustained. Need to re-stable c_
_previous suicide gesture 1988 by hanging_
_while in jail_

Original:  Health Record
Yellow:    Programmatic Record
Pink:      Warden

CR- 3486 (4/92)
Page 1 of 2 Pages

RDA 1458