EXHIBIT 14

Sir

I have waited for another opportunity to speak with you. I have already spoke with another man who wears glasses, I didn't feel comfortable with him. Nor did he give me a chance to come out of this shell that often prevents me from expressing myself. I had the same trouble with a specialist who I talked to briefly. My claustrophobia was not taken as seriously as I felt it should, but then it seems to be as it always has when in a system such as this, I'll take me doing or saying something stupid for anything to be alone. Then I'll be put in a room by myself to be observed. And that is what I fear most of all, even more than death itself. Because I'll be put on a strong medication to dumb me up or I'll just go over the edge. I learnt my lesson, what I got to answer the "sure" plea for help, was to be demoralized by being put in a cell bar bear ass naked, being punished for being human with human fears.

I am, I feel a longs ways from insane, but too, I know like that again would push me farther within the recesses of myself, when what I seek is the help to become a productive member of our society. Therefore, I must suffer inhumane punishment by those who refuse to treat me as a person in need in twentith century, instead of like the eightenth century when mental health was dealt with as if it where a crime. I am going to give you a brief history of the six months now and again going back in time to where connections will be found! I felt your my best bet to get any help at all.

In court when I was sentenced, the judge ordered a psycological evaluation. When I got here, I was told this was it. Talking to three different men, each only for a brief time, I've sent for court records, and have contacted different organizations (people) on the constitutionality of this. In an evaluation, as far as I have collected information should be held over a period of time, wherein I visit one physc. for therapy and keep under observation. I know you all have a large case load and do have time to deal with me, therefore unable to evaluate me properly.

I am going all out to get the help I need and deserve. If a man is willing to admitt he needs help, then by all humanity and compassion, he should be helped. Like I told you I don't feel that I am insane, but in need of care to assure my mental health.

If you remember our conversation, I told you other than my claustexphobia and the out of mind panic it causes. I don't feel that I am insane, but with my mind and soul believe that I am possessed by a minor demon or a legend of them.

My realization of my being possesed became all too real in July of 1992 while locked up in the Hamblen county jail. Everything seemed as normal as it could be for a person with clausterphobia, I was suffering, but I had lots of people around me. Over the years I have found that people being around did ease the panic. One day early in that month, I read an add that said "One free magic spell" and for some reason believed it could be. I wrote and asked for a spell to set me free. Soon I got a reply that had nothing to do with my request. Almost emediately a voice starting laughing in my head and said you seek these sharlotins, sellers of lies to breake your bonds, When I have been with you now all along for one and twenty years. Now I was stuned and couldn't (wouldn't) believe this was just not myself as I had thought for many years. Talking to myself, through my brain, in my head; instead of out loud as I have often heard. Amstantly a flash back came to me of when I was twelve years old. I was locked in a cedar chest for almost a whole weekend and of the vow I made repeatilly. "Let me live and hurt them back and I'll do anything you want. Now I know who I was asking, but if I believed I don't recall. So from that moment on I believed as I do now. Our conversations where and are very one sided. Never getting a straight answer, but getting instructions almost constantly. First came the rituals, the giving of the blood and then signing of blood. At one time I asked who are you? How many are you? My answers where, the choosen one, you know me, by sight. Which again took me back to my youth.

Within a week's time of my weekend in hell.
I had fallen asleep in the living room on the floor.
When suddenly in late hours I was awakened by
I don't know. There was a little light from the
bathroom door being open slightly. I sit up and stared
as the very began to opened by someone. This some-
one was what looked like the most beautiful Angel
all gold and glowing; dressed in cloak and very
large wings. It only came as far as only two steps
(distance)    but I don't think it stepped. The glow was over-
powering and I found myself rising to my feet
(in out)    when it began to motion me towards it with
it's hand and arm. That is when I looked at it
full in the face and was overcome with horror.
Its eyes went black to red and it's smile was
not a smile; but like an evil leer. It continued to
motion me as I seemed as though it was coming
towards me. I ran as hard as I could, and some
how at my mother's side. I woke her and my dad
up and told them what happened. After alot of trouble
I finally went with my dad to look, and though nothing
was there; the bathroom door stood wide open,
    Now that I look back rationally, that door was
never left wide open; but only a crack; so we could
see our way to it in the night time. I was then
given instruction to mark myself in faith of the
sign of faith and as a testimony of my belief. On
my own I covered a cross; and after was told to
leave the others also as testimony. For they were
(what    the past and my new are the future "of what is
was.)    to be"! The answer to how many was "We are one
I am many; almost always like a riddle or question to a
    question?

(brothers)

After I accomplished what I could and spoke out of evil. I was told that there would be a coming of one to lead me to my freedom such as it was or ever could be, There was a brief time that I was again alone and the voices like of all my life seemed meek and of myself.

Over the years I came to rely on drugs and was always told by myself, You'll be alone without drugs, no one will want to be around, no one will like you if you don't have drugs, you know you can't talk to them if your not high. Get them high they'll be your friends. you know you need friends, you can't be alone, you will be alone if you don't get high, you don't hurt anybody in what you do, it's easy, so don't, sell them you, you'll deal with drugs and you'll never be alone. Drugs are your power.

Sometime in August I was woke up at about 9;pm and told by an inmate that someone wanted to talk to me, I was pissed, but soon got over it when this dude I never met came up to me. The first words he said was "Your the one I've been looking for, we are getting out of here tonight. It was true, I was being taken to my freedom. His plan was to kill the one.

(inside) gaurd and take the other one hostage I didn't say anything right then, but as I thought about it, I came back and said I'd pass, He said then how, I'll just scar the gaurd into letting us out, and he gave me the shank. And then we waited, the timing went wrong, and only he made it to the freedom I was to have, And then it said, you were told to follow, not lead, were was your faith.

For the reasons of me not being a party to murder and refusing to hurt the guard during the escape. And the fact that I am now serving a term, I believe they are only minor demons. And that though they have been with me long, have not yet forced me to do harm to others. They do use my clauster-phobia against me, by waiting til I weaken and then cause me to panic and loose control; as when I hung myself in 1988. Even now they are with me, saying that this is only going get me locked in a room alone. They did it be-fore, they don't care, your a fool person; don't tell them, they'll lock you up alone like they did before, they'll laugh at you, they always do, no one will believe you, you'll be alone.

For the first time in my life I have come into realization of what I face. I cannot take full credit for this, cause it was by speaking of it that I have come to my conclusion. After writing down the things I have always had trouble sharing with others, I let my cellie read it, not really expecting to find an answer or even his acceptance of my ordeal. Yet hoping that I could atleast come to terms with what I face, and that that haunts me.

After his acceptance and the following of many questions, many of which that I've asked myself. But the difference brought out answers that I've either denied or that have been hidden away from my conscience thoughts. The answers I will reveal brought me some peace of mind for there being. Yet still, they have brought new questions and new fears too. In all though, I am now better off; that is if I can solve my problems myself. Having gone through three different state prison systems with no help so far. I can see that the over crowding of the said systems prevents such care.

In Michigan I requested such help as to my claustrophobia, and again after a suicide attempt in N.C.; steming from being locked in a cell by my self. I was just pushed through the system, being kept in overflow states where I wasn't locked down, nor forced to be alone. And finally my last term in this system where I shared a cell and only had to be locked down at night; and spent my days outside. I had hoped the court order would set me on a road to answers and help; but again, it don't appear so.

My fears of being locked in a small area, or even a large one for a long amount of time, along with being afraid of being alone in themselves are not of an enormous amount of concern. That that concerns me is what happens in those times of my own weakness. When I become over powered by those from within. I admitt that I have fallen to their will while on the street, fearing to be alone; I would go to many means to secure the attention and presence of others. But knowing so is only half of the problem. Conquering these fears will be the only way to rid myself of those who possess me and drive me beyond indurance. What I seek is a way to reach someone to help me by sharing what I feel. I am scared of telling anyone, because of the way I was treated in N.C. I was forced into a cell alone, with nothing to occupy my time but fear. I left that place a changed person, I haven't been near since; I am sure that part of me left me then, I fear what will happen to me if I don't seek help and yet, I do too if I do seek help, I do not trust people, and the time in N.C. just inforced that feeling. For instance, I know that there are people in this system that wish to do me harm, but as I said earlier; there are much worse things than death. And I treasure the amount of intelligence I have, and being on drugs to keep me down or the outcome of just dealing with what within I will surely strike down my mental stability.

I don't feel I am insane, but just opposite, I want to secure my sanity, by doing so; further my course of wanting to be a productive member of society.

I hope that I have expressed myself and my feeling adequatly, As I have said, I do have problems doing so face to face, Which has also been one of the underlaying problems, along with my other fears that drugs seemed to concur, A man who deals drugs or has alot and willing to share has no lack of so called friends; and being stoned makes talking easier.

Though I've never been out spoken, I was the life of the party; being the one dishing out the good times, Looking back, I do not miss anything, it only makes want to resolve my addictions and fears, It sounds pretty unmanly saying I have fears or that I am scared of things, But in the same, as a man; I have to face them and admitting them is the first step of many, Because these fears and the results from and of them have run my life for too long, I don't know where else to turn since nothing so far has worked. I do know that though I feel I have found direction, I need the help, I myself doesn't have the knowledge, will power or what ever its going to take to come to terms with I face and rid not only myself; but society of a sore on mankind;

I wish I could, let someone feel and hear what I do; so someone would understand, Even in this plea, I can not reveal all; until I feel secure; and that is not locked away to deal with it, nor put on drugs that will ozone me; or turn me into haff wit; nor zombie; Because they're all worse than death, I want to become whole and be rid of those who pocess me, not just by to be unaware of them, or the world.

Sincerly
Luis A Dutton

EXHIBIT 15

*WEApon on I/A Safe*

```
BI01MGL              TENNESSEE DEPARTMENT OF CORRECTION      DATE: 05/28/1994
RMSI                            T O M I S                    TIME: 12:50
HINDDA01                   DISCIPLINARY REPORT               PAGE:  02
```

TOMIS ID:  ███████        INCIDENT ID:  60160528
OFFENDER NAME:  DUTTON, CHRIS A.

DESCRIPTION:
ON THE ABOVE DATE AND APPROXIMATE TIME, I WAS INSPECTING CELLS IN D-
POD. I WENT TO THE UPPER WALK CELL 201 TO START THE INSPECTIONS, I
CAME TO INMATE CHRIS DUTTON'S # 142826 CELL 201. I OBSERVED THAT IT WA
S QUITE MESSY! I WENT INTO THE CELL AND SPOKE WITH HIM AND TOLD HIM TH
AT HIS CELL WAS A MESS! I MOVED SOME T-SHIRTS AND HEARD A METALLIC SOU
ND,I PICKED UP THE T-SHIRTS AND A 6 INCH METAL HOMADE KNIFE FELL OUT
OF THE SHIRTS. THE KNIFE IS MADE FROM THE SUPPORT BOLTS THAT HOLD UP
THE AIR CONDITIONER DUCTS IN THE MULTI-PURPOSE ROOMS.

PREPARED BY STAFF ID:  HINDDA01  HINDMAN, DAVID K.
REPORTED BY STAFF ID:  HINDDA01  HINDMAN, DAVID K.

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

*Refused to Sign*                         5/28/94 1:35 pm
_____                _____
OFFENDER SIGNATURE                         DATE/TIME
DUTTON, CHRIS A.                               00142826

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SI  REPORT.

*DKH*                                      5/28/94 1:35 pm
_____                _____
EMPLOYEE INITIALS, IF REPORTING            DATE/TIME
EMPLOYEE, OTHERWISE, FULL NAME

```
BI01HGL                    TENNESSEE DEPARTMENT OF CORRECTION    DATE: 05/28/1994
RHSI                              T O M I S                      TIME: 12:58
HIHDDA01                       DISCIPLINARY REPORT              PAGE:  03
```

TOMIS ID: ████████        INCIDENT ID:  00560528
OFFENDER NAME:  SUTTON, CHRIS A.

_David K. Hofman_ _____         _5/28/94  1:00 pm_ _____
REPORTING OFFICIAL                          DATE/TIME

_David K. Hofman_ _____         _5/28/94  1:00 pm_ _____
PREPARED BY                                 DATE/TIME

X _Will R Fox_ _____         _5/28/94  1:15 pm_ _____
REVIEWING DESIGNATED SUPERVISOR             DATE/TIME


IF PLACED IN SEGREGATION:

X _Will R Fox_ _____         _5/28/94  1:15 pm_ _____
SENIOR SECURITY OFFICER                     DATE/TIME


_____         _____
WARDEN (SEGREGATION PENDING INVESTIGATION)   DATE/TIME

No Advisor
reQuested

```
BI01MGL                 TENNESSEE DEPARTMENT OF CORRECTION     DATE: 05/28/1994
RMSI                          T O M I S                       TIME: 12:50
HINDDA01                  DISCIPLINARY REPORT                 PAGE: 01


OFFENDER NAME:  DUTTON, CHRIS A.
TOMIS ID:
INSTITUTION NAME:  RIVERBEND MAXIMUM SECURITY INSTITUTION
UNIT ID:  5D2
CELL ID:  01

INCIDENT
    INCIDENT ID:  60160528
      INCIDENT DATE:  05/28/1994              INCIDENT TIME:  12:15:00
      INCIDENT TYPE:  POSSESSION OF A DEADLY WEAPON
      DISCIPLINARY CLASS:  A
      INFRACTION TYPE:  POSSESSION OF DEADLY WEAPON
      WEAPON USED:  NONE
      VIOLENCE COMMITTED:  NO VIOLENCE
      PREPARED BY STAFF ID:  HINDDA01
      REPORTED BY STAFF ID:  HINDDA01

WITNESSES/VICTIMS/PERSONS INVOLVED
    PERSON ID:  HINDDA01
      PERSON TYPE:  S
      INJURED (Y/N):  N
    PERSON ID:  00142826
      PERSON TYPE:  O
      INJURED (Y/N):  N
```

EXHIBIT 16

```
                              ARRIVAL/DEPARTURE              DATE: 12/03/92
                                   SELECT                   TIME: 10:59 AM
BI01LIMD
    TOMIS ID:  ███████    DUTTON, CHRIS A.          Age:  33   DOB:  06/04/1959
       Status:   ACTV    Sex:  M    Race:  W                 Move Reason
    S    Move Date/Time        A/D   From/To       ------------------------------
   ----------------------      -    --------       JAILT   LOCAL JAIL TRANSFER
      11/24/1992 11:15 AM       D   032    BMSP     PAVOK   PAROLE REVOKED
      09/15/1992 08:00 AM       D   CLVP   032      VIOLW   VIOLATION WARRANT-NEW CHARGE
      07/23/1992 08:00 AM       D   CLVP   032      INTER   INTERNAL TRANSFER
      01/21/1992 11:00 PM       D   CHRP   CLVP     REGPA   REGULAR (PAROLE)
      01/14/1992 11:00 PM       D   KCSC   CHRP     RTFUR   RETURN FROM FURLOUGH OR PASS
      12/26/1991 11:00 PM       A   CNV    KCSC     FURPA   FURLOUGH PASS
      12/23/1991 11:00 PM       D   KCSC   CNV      RTFUR   RETURN FROM FURLOUGH OR PASS
      12/12/1991 11:00 PM       A   CNV    KCSC     FURPA   FURLOUGH PASS
      12/09/1991 11:00 PM       D   KCSC   CNV      CONIN   CONDUCT INCENTIVE
      11/27/1991 11:00 PM       D   STSR   KCSC

    Search:
    NEXT FUNCTION:            DATA:
    F1-HELP          F8-PAGEDOWN   F9-QUIT          F11-SUSPEND

    TOP OF LIST
```

EXHIBIT 17

TENNESSEE DEPARTMENT OF CORRECTION

# T R A N S F E R   F O R M

| TRANSACTION CODE (2 char.) | DOCUMENT NUMBER (7 char.) | TRANSACTION DATE MO DAY YR |
|---|---|---|
| T | BM 029 JB | 1 23 91 |

OFFENDER NAME (LAST)    (14 characters)        OFFENDER NUMBER (6 char.)

DUTTON                                          H5856

First    CHRIS                        MI  D

TRANSFER FROM    BMSP            TO  WAKE CO. NORTH CAROLIA COURT

| STATUS ACTION (2 char.) | EFFECTIVE DATE MO DAY YR | STATUS JUR. (1 char.) | NEW LOC. (2 char.) | STATUS TYPE (1 char.) | TEMP. INDIC. (1 char.) |
|---|---|---|---|---|---|
| 23 | 1 23 91 | A | BM | K | Y |

ENTERED BY  VB        1 23 91        VERIFIED BY  VB        1 23 91
                        Date                                    Date

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CUSTODY
DESIGNATION    ☐ MAX    ☐ CLOSE    ☑ MED    ☐ MIN-R    ☐ MIN-D    ☐ MIN-T    ☐ MIN-C

TRANSFER:
            ☐ ADMINISTRATIVE      ☑ TEMPORARY      ☐ PERMANENT

DETAILS/REASON:  WAKE CO. NORTH CAROLINA  DK# 89 CRS 55229

_____

_____

APPROVED  _____        1 23 91
                Warden/Designee                    Date

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR CONFIDENTIAL USE ONLY
_____

                            ☐ MEMO FROM WARDEN ENCLOSED

                            ☐ MEMO FROM WARDEN WILL FOLLOW

IMMEDIATE INSTRUCTION: _____

_____

_____
                        Warden's Signature        Date

Original – M. I. S. – Support Services
Copy – Institutional Record                    CR-1000 (Rev. 6/87)

EXHIBIT 18

FDOC - INITIAL CLASSIFICATION SUMMARY

NAME: _Dutton, Chris Allen_    NUMBER: _142826_    INST: _BMSP_

CURRENT STATUS (at time of hearing): 0 0 0 0 4

Status:  ☐ AS  ☐ PC  ☒ Other _Class_

Incompatible Inmates:    Yes    (No)

Comments: _____

Scored CAF Range:    Maximum    Close    (Medium)    Minimum

INITIAL CLASSIFICATION RECOMMENDATIONS:    |B| |R|

Institution: _STSRCF_

Custody:    5 Maximum       9 Close          3 Medium          |3|
            0 Min. Rstd.    8 Min. Direct    7 Min. Trusty    6 Min. Comm.

Custody Override: _____ - _____  Justification: _____

Work, Aca./Voc., Treatment Recommendations: _____

Other recommendations/comments: _Alcohol and Drug rehab program!_

Inmate requests appeal:    Yes    No

Inmate Signature: _Chris A. Dutton_

CLASSIFICATION PANEL: Date: _2-8-91_    If not recommended, state reason(s):

Member _____  NR ☐  R ☒

Member _____  NR ☐  R ☒

Chairperson _Frank D Holland_  NR ☐  R ☒

Approving Authority _Frank D Holland_    ☐ DENY
                                          ☒ APPROVE

Date _____

If not approved, state reason(s) _____

Original - MIS-OSS File
1st Copy - IIF
2nd Copy - CCC

CR-1391 (Rev. 5/89)
Page 4 of 4

EXHIBIT 19



STATE OF TENNESSEE
# BOARD OF PAROLES
Certificate of Parole

## No. 51168



ng been certified eligible for parole by the Department of Correction and duly considered by the Board of Paroles: parole is granted to the prisoner
ed hereon under the conditions cited below. Said parole shall expire upon the sentence expiration date and a Certificate of Discharge shall be
ed, provided the Board is satisfied that the parolee has kept the conditions of parole in a satisfactory manner.

I will go directly to my destination, and upon arrival, report immediately to my Parole Officer, under whose supervision I am paroled, unless otherwise, directed.
I will obey the law of the United States, or any State in which I may be, as well as any municipal ordinance.
I will report all arrests, including traffic violations, immediately, regardless of the outcome, to my Parole Officer.
I will not own, possess, or carry any type of deadly weapon (guns, rifles, knives or any illegal weapons). I further understand that under provision of Federal and State law, I
am subject to prosecution if I violate this condition.
I will work steadily at a lawful occupation, and support my dependents (parents, spouse, children, and others), to the best of my ability. If I become unemployed, I will
immediately report this to my Parole Officer and then begin to look for another job.
I will get the permission of my Parole Officer before changing my residence or employment, or before leaving the County of my residence or the State.
I will allow my Parole Officer to visit my home, employment site, or elsewhere, and will carry out all instructions he/she gives, and report to my Parole Officer as given
instruction to report. I will submit to electronic monitoring if required.
I will not use intoxicants (beer, whiskey, wine, etc.) of any kind to excess, or use or have in my possession narcotic drugs or marijuana. I will submit to drug testing if required.
I agree to pay all required fees to the supervision and Criminal Injuries Fund.

NAME:   Chris Dutton                                    PRISON NUMBER:   142828
Having been convicted as follows:

| CKET NUMBER | # OF COUNTS | COUNTY | OFFENSE | MAXIMUM SENTENCE |
|---|---|---|---|---|
| 91033CT1 | 1 | Bradley | Burg-other than habitation | 8 years |
| 91033CT2 | 1 | | Theft of Property | |

arole Office Location Code:  PD

arole Officer:  N. Card, Cleveland Parole Office, 215 Oak St.
Cleveland, TN  37311          (615) 478-0310

s hereby ordered that said prisoner be and is hereby granted  Early Release         . effective  1-14-92
om KCSC
nd that the parolee immediately, upon release from custody report to his/her parole officer at the address noted above.
arolee is also subject to the following SPECIAL CONDITIONS:

he parolee may present his/her views about special conditions in writing to the Board through their Parole Officer.

have read, or have had read to me this Order of Parole. I fully understand the conditions of parole, and I agree to comply with such conditions during the period of my
arole. Further, I hereby waive all extradition rights and process, and agree to return to Tennessee voluntarily if at any time prior to my release from parole the Tennessee
oard of Paroles directs me to do so.

_____    1-14-92        X Chris A Dutton        1/14/92
rison Manual or Parole Officer        Date            Signature of Parolee        Date

urisdiction:                                Score:
State                                    10
                                    DISTRIBUTION: Original-Central Office, 1st copy-Parole Officer, 2nd copy-Parolee and 3rd copy-Prison/Jail    BP-0015 (Rev 1/90)

EXHIBIT 20

RI01D018                    TENNESSEE DEPARTMENT OF CORRECTION
RMSI
ELAMDA01                    OFFENDER CLASSIFICATION SUMMARY                *MAX TO CLOSE*

T   S ID:  00142826
OFFENDER NAME:  DUTTON, CHRIS A.
INSTITUTION NAME:  RIVERBEND MAXIMUM SECURITY INSTITUTION

CLASSIFICATION TYPE:  REGULAR RECLASSIFICATN, ANNUAL

CURRENT STATUS (AT TIME OF HEARING):           *Max To Close*
     STATUS:  ✓ AS    __ PC    OTHER _____
     INCOMPATIBLE OFFENDERS:   (YES)    NO    *1 at $TSR    1 at SPND*
     CAF CUSTODY LEVEL:  MINIMUM

CLASSIFICATION RECOMMENDATIONS:
     TRANSFER SITE ID: *WTHS*
     RECOMMENDED CUSTODY: *Close*        CLASS SEQ NO:    12
     OVERRIDE REASON: *Policy 404.10*
     WARDEN'S DECISION:                   DECISION DATE:

     WORK, ACADEMIC/VOCATIONAL, TREATMENT RECOMMENDATIONS:
          JOB TITLE:


          CLASS DESCRIPTION:


          PROGRAM NAME:


     OTHER RECOMMENDATIONS/COMMENTS: *Policy 404.10 requires inmate being*
*released from A.S. & be placed on close custody/DCE*
*Mr. Dutton claims to have unlisted incompatibles in Unit*
*4 because he was moving dope through UB*
     OFFENDER REQUESTS APPEAL:  ✓ YES (COMPLETE CLASSIFICATION APPEAL FORM)
                                   NO

     OFFENDER SIGNATURE: *Chris A. Dutton*

CLASSIFICATION PANEL:       DATE: *11/30/95*        IF NOT RECOMMENDED,
                                                    STATE REASONS:
_____       NR (R) _____
                                              _____
                                              _____
*George Zahn*                         NR (R) _____
_____               _____
                                              _____
*David Elam, UM   11/30/95*           NR (R) _____
_____               _____

AF   VING AUTHORITY: *Ricky J. Bell*           *11/30/95*
                                                DATE

DENY _____        APPROVE _____
IF NOT APPROVED, DENIAL REASONS INCLUDE:

EXHIBIT 21

## PROTECTIVE CUSTODY REVIEW REPORT

TO: Warden

Institution: _RMSI    3D-107_

FROM: Protective Services Panel

RE: _Dutton, Chris_ , Inmate, TDOC # _142826_

DATE: _3/12/96_

e have reviewed the above inmate's current protective custody status and make the following
ecommendation:

( ) release from protective custody.

(✓) continuance.

eason(s) for this recommendation:

_Remain on P/C status, Awaiting Transfer_
_to EPAF at Meium Cus._
_P/c will be Released upon Arrival_
_to Receiving Facility_
_Unit Adjustment remains Satsifactory_

### ATTACH ANY SUPPORTING DOCUMENTATION TO THIS FORM.

_____    { } Agree
Counselor                        { } Disagree

_____    { } Agree
Unit Officer                     { } Disagree

_____ 3/18/96    { } Agree
Chairperson                      { } Disagree

WARDEN'S ACTION:

(✓) Approves panel recommendation.

( ) Disapproves panel recommendation.

Reason(s) for this    _Concur With Pd_
action: _____

_____        _3-18-96_
Warden                           Date

cc:  Inmate Institutional File - Original
     Correctional Classification Coordinator - Copy              CR-3239 (3/88)

EXHIBIT 22

TENNESSEE DEPARTMENT OF CORRECTION

OFFENDER CLASSIFICATION SUMMARY

1DO1§
4DA01

J~ ID:  00142826
ER NAME:  DUTTON, CHRIS A.
TITUTION NAME:  RIVERBEND MAXIMUM SECURITY INSTITUTION

SSIFICATION TYPE:  REGULAR RECLASSIFICATN, ANNUAL

RENT STATUS (AT TIME OF HEARING):
TATUS:  __ AS  __ PC  OTHER _____
NCOMPATIBLE OFFENDERS:  YES  NO
AF CUSTODY LEVEL:  MINIMUM

SSIFICATION RECOMMENDATIONS:
RANSFER SITE ID: *FPAF*
ECOMMENDED CUSTODY: *MR*                 CLASS SEQ NO:   13
VERRIDE REASON:
ARDEN'S DECISION                     DECISION DATE:

JORK, ACADEMIC/VOCATIONAL, TREATMENT RECOMMENDATIONS:
    JOB TITLE:


    CLASS DESCRIPTION:


    PROGRAM NAME:


OTHER RECOMMENDATIONS/COMMENTS: *Release from P.c. upon Transfer* _____
_____

OFFENDER REQUESTS APPEAL: __ YES (COMPLETE CLASSIFICATION APPEAL FORM)
                          __ NO

OFFENDER SIGNATURE:  *Chris A. Dutton*

ASSIFICATION PANEL:    DATE: *1/25/96*           IF NOT RECOMMENDED,
                                                 STATE REASONS:
*Howard W. Bramlan*                  NR (R) _____
                                               _____
*Thick Ray*                          NR (R) _____
                                               _____
*David Elam, UM, 1/25/96*            NR (R) _____
                                               _____

PPROVING AUTHORITY: *Ricky J. Bell*                  *3/27/96*
                                                     DATE

ENY _____     APPROVE _____
F NOT APPROVED, DENIAL REASONS INCLUDE:

EXHIBIT 23



State of Tennessee

# DEPARTMENT OF CORRECTION

### Division of Adult Institutions

### Cold Creek Correctional Facility

P.O. Box 1000

HENNING, TENNESSEE 38041-1000

<u>PERSONAL PROPERTY INVENTORY</u>

INMATE: *Chris Dutton*          TDOC NUMBER: *142826*
    Inmate (Segregated) _____          Inmate (Arrival) _____

The items listed below were inventoried/stored for you by the
property room on _____. This list is in compliance with
TDOC Policy #504.01 and CCCF Policy #504.1-1.

| | | |
|---|---|---|
| ST Issued Pants (4 pr) *4* | Calculator (1-plastic only) *Ø* |
| ST Issued Shirts (4 pr) *4* | ST Issued Sheets *2* |
| ST Issued Coat (1) *1* | ST Issued Pillow *2* |
| ST Issued Raincoat (1) *Ø* | ST Blanket *1* |
| Brogan Shoes (1 pr) *1* | Towels (white only) *2* |
| Socks *10* | Washcloths (white only) *2* |
| Underwear *8* | Handkerchiefs (white only) *Ø* |
| Long John Tops *2* | Glasses Prescription *Ø* |
| Long John Bottoms *2* | Sun Glasses (1 pr) *Ø* |
| Belt(s) *1* | Toothpaste/Soap/Shampoo *1-1-1* |
| Tennis Shoes *2* | Toothbrush *1* |
| Cap(s) *Ø* | Razor (disposable) *Ø* |
| Toboggan (no face mask)(2) *1* | Surge Suppressor (1)(6 outlet) *Ø* |
| Pajamas *Ø* | Nail Clippers (no file) *1* |
| Low Quarter Shoes *Ø* | Sewing Kit *2* |
| Robe (no hood) *1* | House Shoes/Shower Shoes *1* |
| Tapes/CD (20 total) *Ø* | Earphones *Ø* |
| Tape Case (1) *Ø* | Television Antenna *Ø* |
| Books *10* | Photo Album *1* |
| Sweatshirts/Sweatpants (no stripes, lettering, pictures)(White & Gray only)(2 sets) *1-1* | Athletic Shorts (white & Gray only) (2 sets) *Ø* |
| | T-Shirts (white & Gray only) *8* |
| Cups-non-insulated *3* | Miscellaneous _____ |
| Miscellaneous _____ | Miscellaneous _____ |

JEWELRY: Rings (2-Totalling $100.) _____ Watch (1-Totalling $75) _____
       Necklace w/Medallion (1-Totalling $50) _____
T.V. (max size 13") MAKE _____ Serial # _____
Radio w/CD (max size 18x24") MAKE _____ Serial # _____
Typewriter/Word Processor MAKE _____ Serial # _____
Electric Razor/Beard Trimmer MAKE _____ Serial # _____
Fan (max size 16")(2) MAKE _____ Serial # _____
Remote Control (1) MAKE _____ Serial # _____

*Chris Dutton*                *3-28-96*                *R Bryan*
Inmate's Signature/TDOC #          Date          Employee's Signature

EXHIBIT 24

```
SI01LJED                        TOMIS                    DATE: 04/09/1996
                        PROGRAM ASSIGNMENT NOTICE        TIME: 09:00 AM


TOMIS ID:  00142826   DUTTON, CHRIS A.
  STATUS:  ACTV   SEX:  M    RACE:  W      AGE:   36    DOB:  ████████1959

INSTITUTION NAME.  COLD CREEK CORRECTIONAL FACILITY

JOB/CLASS NAME:  KITCHEN HELPER
SECTION ID:              POSITION ID:  0018

JOB DESC:  ASSIST COOKS AND BAKERS IN PREPARATION OF MEALS, ASSIST IN
           SERVING OF MEALS, KEEP WORK AREA CLEAN, SWEEP AND MOP FLOORS
           AS DIRECTED, CLEAN KITCHEN AND DINING ROOM AFTER EACH MEAL,
           WASH POTS, PANS, TRAYS, UTENSILS, AND EQUIPMENT AFTER EACH
           MEAL. CLEANS GRILLS, OVEN, FRYERS, ETC. AS DIRECTED.
           PERFORMS ALL DUTIES REQUIRED BY THE SUPERVISOR.


REPORT TO:   CUTLER, ANNIE

REPORT LOCATION
  JIT ID:          ROOM:
WORK AREA:  FOOD SERVICE DEPARTMENT

PAY PERIOD.  HOURLY           PAY RATE:      .17   INCENTIVE PAY (Y/N):  N

SCHEDULE
--------
START DATE:  04/11/1996       TIME FROM:   01:00 PM   TO: 07:00 PM
END DATE  :                   TIME FROM:              TO:

DAY OF THE WEEK
---------------
MONDAY           X
TUESDAY
WEDNESDAY
THURSDAY         X
FRIDAY           X
SATURDAY         X
SUNDAY           X
```

I HAVE RECEIVED, READ,
AND DO UNDERSTAND THE JOB
DESCRIPTION GIVEN TO ME.

*Chris A. Dutton* (signature)

INMATES SIGNATURE

EXHIBIT 25

TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

NAME: Chris Dutton                                    NUMBER 142826

S=SUBJECTIVE    O=OBJECTIVE    A=ASSESSMENT    P=PLAN    I=INTERVENTION    E=EVALUATION

| Date | Time | Prob. No. | |
|------|------|-----------|---|
| 1/8/96 | | | Mr Dutton is treated for Dysthymia with doxepin c̄ good results — No complaints. Sleeps good. MSE – WID, WIN, WIM – alert & Cooperative. Mood neutral – affect appropriate. Thought content concern looking forward to being paroled next year. NO OBS, overt psychosis, or thought disorder. Average intelligence, judgment intact. Impression – Dysthymia, Antisocial personality. Plan – Renew doxepin. RTC – 4 weeks William |
| 1/16/96 cccc [clear] | | | Mr Dutton is treated for Dysthymia. With doxepin c̄ good results. NO complaints other than has flu. MSE – WID, WIN, WIM – alert & cooperative. Mood neutral – affect appropriate. Thought content concerns family (mother). Pt fearful when splashing of sister. NO OBS, overt psychosis, or thought disorder. Average intelligence. Impression – Dysthymia, stable. Plan – Renew med William |
| 1/3/97 cccc | 9:00am | | Mr Dutton is dxg – Dysthymia – W– doxepin c̄ good results — MSE – WID, WIN, WIM – alert & cooperative. Mood neutral, affect appropriate. Thought content concerns weather. NO OBS, overt psychosis, or thought disorder – Average intelligence. Judgment intact. Impression – Dysthymia, stable |

1884 (Rev 8/90)                        Do Not Write In Book                        RDA–1458

EXHIBIT 26

TENNES~ DEPARTMENT OF CORRECTION
OFFENDER CLASSIFICATION SUMMARY

TOMIS ID:
O~ DER NAME~ DUTTON, CHRIS A.
INSTITUTION: COLD CREEK CORRECTIONAL FACILITY

CLASSIFICATION TYPE: REGULAR RECLASSIFICATN, ANNUAL

STATUS AT TIME OF HEARING:   GEN.POP.✓___  AS___  PC___  OTHER:_____

INCOMPATIBLES.  YES_✓__  NO___

SCORED CAF RANGE: (MINIMUM)        CURRENT CUSTODY LEVEL: MINIMUM RESTRICTED

PANELS' MAJORITY RECOMMENDATION:

FACILITY ASSIGNMENT: _CCCF____  TRANSFER: YES___ NO_✓_ EXPLAIN BELOW:

CUSTODY LEVEL: _MIR_____  CLASSIFICATION SEQUENCE NO:   14

OVERRIDE TYPE: _N/A_____

JUSTIFICATION, PROGRAM RECOMMENDATIONS, COMMENTS, AND SUMMARY:

_Class "A" Medical. RED 6/28/55. EXP 9/27/2007_
_Assign-d KTHE - Current Proven Approp-e. Escape 8/02._
_Review 9/57 For Custody Reduction Consideration When_
_Escap-Event Past 5 yrs W/NO Disciplinaries_____

D. .TED PHOTO NEEDED: YES___ NO_✓_                    APPEAL: YES___ NO_✓_
OFFENDER SIGNATURE: Chris A Dutton           IF YES, PROVIDE APPEAL & COPY TO INMATE

PANEL MEMBER SIGNATURES:        DATE: _11/6/97__

Ross N. Bates        TBC McDaniel      Everett Webb
CHAIRPERSON           SECURITY MEMBER   TREATMENT MEMBER

IF PANEL MEMBER DISAGREES WITH MAJORITY RECOMMEND, STATE SPECIFIC REASONS:

_____
_____
_____

APPROVING AUTHORITY:

Ross N. Bates_____  11/6/97_____  APPROVE_✓_ DENY___
SIGNATURE                DATE

IF DENIED, REASONS INCLUDE:_____
_____
_____

EXHIBIT 27

```
 85_| 00142826 | 06/18/1994  | 16:00:00  |    1|   4 |
 86_| 00142826 | 06/18/1994  | 16:00:00  |    1|   5 |
 87_| 00142826 | 06/23/1994  | 14:30:00  |    1|   1 |
 88_| 00142826 | 06/23/1994  | 14:30:00  |    1|   2 |
 89_| 00142826 | 06/23/1994  | 14:30:00  |    1|   3 |
 90_| 00142826 | 06/23/1994  | 14:30:00  |    1|   4 |
 91_| 00142826 | 06/24/1994  | 15:00:00  |    1|   1 |
 92_| 00142826 | 06/24/1994  | 15:00:00  |    1|   2 |
 93_| 00142826 | 06/27/1994  | 15:00:00  |    1|   1 |
 94_| 00142826 | 06/27/1994  | 15:00:00  |    1|   2 |
 95_| 00142826 | 06/27/1994  | 15:00:00  |    1|   3 |
 96_| 00142826 | 06/27/1994  | 15:00:00  |    1|   4 |
 97_| 00142826 | 06/27/1994  | 15:00:00  |    1|   5 |
 98_| 00142826 | 06/28/1994  | 14:30:00  |    1|   1 |
 99_| 00142826 | 06/28/1994  | 14:30:00  |    1|   2 |
100_| 00142826 | 06/28/1994  | 14:30:00  |    1|   3 |
     +--------------------------------------------------+
```

|PAGE  4

```
    +------------------------------------------------------------------+
|                                   |                |                 |
|            TXT_CMNT               | ID_USER_LAST   |  DTE_LAST_UPDT   |
    +------------------------------------------------------------------+
```

47_| ASKED ABOUT THE ADDRESSES TO TDOC AND CENTRAL RECORDS.        | B142A74  | 1994-11-08-23.56.56.760000 |

48_| GAVE SAME                                   | B142A74  | 1994-11-08-23.56.56.770000 |
49_| CONTACTED BY: CM                       | B142A74  | 1993-12-08-12.52.10.929940 |
50_| TALKED WITH IN E-POD - NO PROBLEM            | B142A74  | 1994-11-08-23.56.56.760000 |
51_| CONTACTED BY: CM                       | B142A74  | 1993-12-15-15.00.15.415170 |
52_| IN RE TRUST FUND ACCOUNT                     | B142A74  | 1994-11-08-23.56.56.760000 |
53_| CONTACTED BY: CM                       | B142A74  | 1993-12-24-09.41.20.879590 |
54_| HIS ANNUAL RECLASS HELD THIS DATE            | B142A74  | 1994-01-12-13.56.29.789350 |
55_| CONTACTED BY: CM                       | B142A74  | 1994-11-08-23.56.56.780000 |
56_| PER REF: WANTS ADDRESS OF OF ATTORNEY GEN OFFICE IN N.C.     | B142A74  | 1994-11-08-23.56.56.780000 |
57_| SUGGESTED THAT HE CHECK WITH THE LIBRARIAN FOR THIS INFO.
58_| CONTACTED BY: CM                       | B142A74  | 1994-01-27-14.30.28.828340 |
59_| IN TO DISCUSS AN INCOMPATIBLE.               | B142A74  | 1994-11-08-23.56.56.760000 |
60_| CONTACTED BY: CM                       | B142A74  | 1994-04-28-12.55.15.515480 |
61_| WORKS IN E-POD - SEE ON DAILY BASIS          | B142A74  | 1994-11-08-23.56.56.760000 |
62_| CONTACTED BY: CM                       | B142A74  | 1994-03-15-09.18.20.900240 |
63_| IN RE PROBLEMS WITH PAY. CHECKED THE PAYROLL AND HE WAS      | B142A74  | 1994-11-08-23.56.56.760000 |
64_| INADVERTENLTY NOT PAID FOR FOUR DAYS THAT HE HAD WORKED.
1994-11-08-23.56.56.760000 |
65_| PASSED ON THE INFO TO THE JOB COORDINATOR    | B142A74  | 1994-11-08-23.56.56.760000 |
66_| CONTACTED BY: CM                       | B142A74  | 1994-03-19-12.43.52.831640 |
67_| PER REF: COPY OF AN E-MAIL I HAD SENT RE MISSED PAY.         | B142A74  | 1994-11-08-23.56.56.780000 |
68_| CAN'T FIND COPY AT THIS TIME. I UNDERSTAND THAT THE JOB COOR | B142A74  | 1994-11-08-23.56.56.780000 |
69_| DINATOR HAS FORWARDED THE INFO DOWNTOWN      | B142A74  | 1994-11-08-23.56.56.780000 |
70_| CONTACTED BY: CM                       | B142A74  | 1994-04-15-08.34.39.679370 |
71_| IN TO CHECK ON HIS PAY. CLAIMS THAT HE WAS AGAIN UNDERPAID.  | B142A74  | 1994-11-08-23.56.56.760000 |
72_| CONTACTED BY: CM                       | B142A74  | 1994-05-16-09.35.02.702270 |
73_| IN TO CHECK ON MONIES IN HIS TRUST FUND ACCOUNT   | B142A74  | 1994-11-08-23.56.56.760000 |
74_| CONTACTED BY: CM                       | B142217  | 1994-06-08-11.55.38.337650 |
75_| MET W/MR. DUTTON IN D POD RE PENDING DISCIPLINARY HEARING.HE | B142217  | 1994-11-08-23.56.56.750000 |
76_| REQUESTED LEGAL ASSISTANCE AND I CALLED T.VANCE TO REQUEST A | B142217  |
1994-11-08-23.56.56.750000 |
77_| IDE.OTHER ISSUES SURROUNDING LAW BOOKS AND JOB WERE RESOLVED | B142217  |
1994-11-08-23.56.56.750000 |
78_| .                                      | B142217  | 1994-11-08-23.56.56.750000 |
79_| CONTACTED BY: CM                       | B142217  | 1994-07-01-17.26.01.360890 |
80_| ASKED TO SEE LT.JONES AND ASKED ME TO CHANGE HIS LEGAL VISIT | B142217  | 1994-11-08-23.56.56.750000 |
81_| FROM 6/14 TO 6/13 (BEFORE HIS D.BOARD HEARING).             | B142217  | 1994-11-08-23.56.56.750000 |
82_| CONTACTED BY: CM                       | B142217  | 1994-06-21-08.59.20.960000 |
83_| MR.DUTTON IS IN UNIT 3 ON PUNITIVE SEGREGATION.HE WANTED TO  | B142217  | 1994-11-08-23.56.56.750000 |
84_| RETURN LAW BOOKS TO ME BUT I TOLD HIM TO RETURN THROUGH      | B142217  | 1994-11-08-23.56.56.750000 |
85_| PROPER CHANNELS TO INSURE CREDIT.ALSO ASKED IF HE COULD BE   | B142217  | 1994-11-08-23.56.56.750000 |
86_| CUFFED FRONT WHEN HE GOES TO DISCIPLINARY BOARD.            | B142217  | 1994-11-08-23.56.56.750000 |
87_| CONTACTED BY: CM                       | B142217  | 1994-06-24-16.37.41.660920 |
88_| MET W/MR.DUTTON IN D POD. HE MET DISCIPLINARY BOARD AND      | B142217  | 1994-11-08-23.56.56.750000 |
```

```
24_| Y IS LAUNDRY AND CLOTHING EXCHANGE               | BI42A74  | 1994-11-08-23.56.56.790000 |
25_| CONTACTED BY: PYSCH                       | BI42A74  | 1993-10-14-15.27.41.260590 |
26_|                            | BI42A74  | 1994-11-08-23.56.56.780000 |
27_|                            | BI42A74  | 1994-11-08-23.56.56.780000 |
28_|                            | BI42A74  | 1994-11-08-23.56.56.790000 |
29_|                            | BI42A74  | 1994-11-08-23.56.56.790000 |
30_| CONTACTED BY: CM                    | BI42A74  | 1993-09-09-08.23.32.812490 |
31_|                            | BI42A74  | 1994-11-08-23.56.56.780000 |
32_|                            | BI42A74  | 1994-11-08-23.56.56.780000 |
33_| IF AND WHEN SUCH A PROGRAM BECOMES AVAILABLE I WILL FORWARD     | BI42A74  |
1994-11-08-23.56.56.780000 |
34_| HIS NAME FOR SAME.                     | BI42A74  | 1994-11-08-23.56.56.780000 |
35_| CONTACTED BY: CM                    | BI42A74  | 1993-09-18-08.15.49.948650 |
36_| IN ABOUT HIS PAY TOTALS. INFORMED HIM THAT HE WILL HAVE TO   | BI42A74  | 1994-11-08-23.56.56.770000 |
37_| SEE BILL SMITH AS I CAN NOT GET INTO THE NECESSARY SCREENS     | BI42A74  | 1994-11-08-23.56.56.770000 |
38_| TO CHECK UP ON DAYS HE WAS PAID.             | BI42A74  | 1994-11-08-23.56.56.770000 |
39_| CONTACTED BY: CM                    | BI42A74  | 1993-10-19-12.22.03.122700 |
40_| IN TO CHECK ON HIS TRUST FUND ACCOUNT.           | BI42A74  | 1994-11-08-23.56.56.770000 |
41_| CONTACTED BY: CM                    | BI42A74  | 1993-10-28-08.52.02.122330 |
42_| PER REFERRAL: DESIRES COPY OF FINDINGS FROM PAROLE REVOCATIO    | BI42A74  |
1994-11-08-23.56.56.780000 |
43_| N HEARING. I COULD NOT FIND COPIES OF SAME IN EITHER IS IIF     | BI42A74  | 1994-11-08-23.56.56.780000 |
44_| OR FILE IN RECORDS. SUGGESTED THAT HE CONTACT THE IPO AND     | BI42A74  | 1994-11-08-23.56.56.780000 |
45_| PERHAPS COULD GET A COPY THAT WAY.          | BI42A74  | 1994-11-08-23.56.56.780000 |
46_| CONTACTED BY: CM                    | BI42A74  | 1993-11-03-12.39.40.180190 |
-------------------------------------------------------------------------------------+
1PAGE   3
      +-------------------------------------------------+
      | ID_TOMIS | DTE_CNTCT_NOTE | TME_CNTCT_NOTE | NBR_SEQ | NBR_LINE |
      +-------------------------------------------------+
     47_| 00142826 | 11/02/1993  | 14:20:00  |   1 |    2 |
     48_| 00142826 | 11/02/1993  | 14:20:00  |   1 |    3 |
     49_| 00142826 | 12/07/1993  | 14:20:00  |   1 |    1 |
     50_| 00142826 | 12/07/1993  | 14:20:00  |   1 |    2 |
     51_| 00142826 | 12/15/1993  | 14:50:00  |   1 |    1 |
     52_| 00142826 | 12/15/1993  | 14:50:00  |   1 |    2 |
     53_| 00142826 | 12/21/1993  | 13:00:00  |   1 |    1 |
     54_| 00142826 | 12/21/1993  | 13:00:00  |   1 |    2 |
     55_| 00142826 | 01/12/1994  | 11:00:00  |   1 |    1 |
     56_| 00142826 | 01/12/1994  | 11:00:00  |   1 |    2 |
     57_| 00142826 | 01/12/1994  | 11:00:00  |   1 |    3 |
     58_| 00142826 | 01/27/1994  | 14:40:00  |   1 |    1 |
     59_| 00142826 | 01/27/1994  | 14:40:00  |   1 |    2 |
     60_| 00142826 | 02/21/1994  | 08:00:00  |   1 |    1 |
     61_| 00142826 | 02/21/1994  | 08:00:00  |   1 |    2 |
     62_| 00142826 | 03/15/1994  | 09:10:00  |   1 |    1 |
     63_| 00142826 | 03/15/1994  | 09:10:00  |   1 |    2 |
     64_| 00142826 | 03/15/1994  | 09:10:00  |   1 |    3 |
     65_| 00142826 | 03/15/1994  | 09:10:00  |   1 |    4 |
     66_| 00142826 | 03/19/1994  | 12:35:00  |   1 |    1 |
     67_| 00142826 | 03/19/1994  | 12:35:00  |   1 |    2 |
     68_| 00142826 | 03/19/1994  | 12:35:00  |   1 |    3 |
     69_| 00142826 | 03/19/1994  | 12:35:00  |   1 |    4 |
     70_| 00142826 | 04/15/1994  | 08:30:00  |   1 |    1 |
     71_| 00142826 | 04/15/1994  | 08:30:00  |   1 |    2 |
     72_| 00142826 | 05/16/1994  | 09:30:00  |   1 |    1 |
     73_| 00142826 | 05/16/1994  | 09:30:00  |   1 |    2 |
     74_| 00142826 | 06/08/1994  | 10:30:00  |   1 |    1 |
     75_| 00142826 | 06/08/1994  | 10:30:00  |   1 |    2 |
     76_| 00142826 | 06/08/1994  | 10:30:00  |   1 |    3 |
     77_| 00142826 | 06/08/1994  | 10:30:00  |   1 |    4 |
     78_| 00142826 | 06/08/1994  | 10:30:00  |   1 |    5 |
     79_| 00142826 | 06/10/1994  | 19:30:00  |   1 |    1 |
     80_| 00142826 | 06/10/1994  | 19:30:00  |   1 |    2 |
     81_| 00142826 | 06/10/1994  | 19:30:00  |   1 |    3 |
     82_| 00142826 | 06/18/1994  | 16:00:00  |   1 |    1 |
     83_| 00142826 | 06/18/1994  | 16:00:00  |   1 |    2 |
     84_| 00142826 | 06/18/1994  | 16:00:00  |   1 |    3 |
```

EXHIBIT 28

```
----------------------------------------------------------------+
|PAGE  7
        +----------------------------------------------------------+
        |ID_TOMIS |DTE_CNTCT_NOTE |TME_CNTCT_NOTE | NBR_SEQ | NBR_LINE |
        +----------------------------------------------------------+
    155_|00142826 |08/18/1994     |15:00:00       |      1|       6|
    156_|00142826 |08/27/1994     |12:00:00       |      1|       1|
    157_|00142826 |08/27/1994     |12:00:00       |      1|       2|
    158_|00142826 |08/27/1994     |12:00:00       |      1|       3|
    159_|00142826 |08/29/1994     |15:00:00       |      1|       1|
    160_|00142826 |08/29/1994     |15:00:00       |      1|       2|
    161_|00142826 |08/29/1994     |15:00:00       |      1|       3|
    162_|00142826 |09/01/1994     |10:00:00       |      1|       1|
    163_|00142826 |09/01/1994     |10:00:00       |      1|       2|
    164_|00142826 |09/01/1994     |10:00:00       |      1|       3|
    165_|00142826 |09/01/1994     |15:00:00       |      1|       1|
    166_|00142826 |09/01/1994     |15:00:00       |      1|       2|
    167_|00142826 |09/01/1994     |15:00:00       |      1|       3|
    168_|00142826 |09/01/1994     |15:00:00       |      1|       4|
    169_|00142826 |09/01/1994     |15:00:00       |      1|       6|
    170_|00142826 |09/01/1994     |15:00:00       |      1|       7|
    171_|00142826 |09/01/1994     |15:00:00       |      1|       8|
    172_|00142826 |09/03/1994     |14:00:00       |      1|       1|
    173_|00142826 |09/03/1994     |14:00:00       |      1|       2|
    174_|00142826 |09/03/1994     |14:00:00       |      1|       3|
    175_|00142826 |09/22/1994     |16:15:00       |      1|       1|
    176_|00142826 |09/22/1994     |16:15:00       |      1|       2|
    177_|00142826 |09/22/1994     |16:15:00       |      1|       3|
    178_|00142826 |09/29/1994     |15:00:00       |      1|       1|
    179_|00142826 |09/29/1994     |15:00:00       |      1|       2|
    180_|00142826 |09/29/1994     |15:00:00       |      1|       3|
    181_|00142826 |09/29/1994     |15:00:00       |      1|       4|
    182_|00142826 |09/29/1994     |15:00:00       |      1|       6|
    183_|00142826 |09/29/1994     |15:00:00       |      1|       7|
    184_|00142826 |09/29/1994     |15:00:00       |      1|       8|
    185_|00142826 |10/01/1994     |14:00:00       |      1|       1|
    186_|00142826 |10/01/1994     |14:00:00       |      1|       2|
    187_|00142826 |10/06/1994     |14:00:00       |      1|       1|
    188_|00142826 |10/06/1994 .   |14:00:00       |      1|       2|
    189_|00142826 |10/06/1994     |14:00:00       |      1|       3|
    190_|00142826 |10/13/1994     |10:39:00       |      1|       1|
    191_|00142826 |10/13/1994     |10:39:00       |      1|       2|
    192_|00142826 |10/13/1994     |10:39:00       |      1|       3|
    193_|00142826 |10/19/1994     |11:00:00       |      1|       1|
    194_|00142826 |10/19/1994     |11:00:00       |      1|       2|
    195_|00142826 |10/19/1994     |11:00:00       |      1|       3|
    196_|00142826 |10/19/1994     |11:00:00       |      1|       4|
    197_|00142826 |10/22/1994     |14:00:00       |      1|       1|
    198_|00142826 |10/22/1994     |14:00:00       |      1|       2|
    199_|00142826 |10/22/1994     |14:00:00       |      1|       3|
    200_|00142826 |10/22/1994     |16:00:00       |      1|       1|
    201_|00142826 |10/22/1994     |16:00:00       |      1|       2|
    202_|00142826 |10/22/1994     |16:00:00       |      1|       3|
    203_|00142826 |10/28/1994     |15:00:00       |      1|       1|
    204_|00142826 |10/28/1994     |15:00:00       |      1|       2|
    205_|00142826 |10/28/1994     |15:00:00       |      1|       3|
    206_|00142826 |11/03/1994     |16:15:00       |      1|       1|
    207_|00142826 |11/03/1994     |16:15:00       |      1|       2|
    208_|00142826 |11/03/1994     |16:15:00       |      1|       3|
        +----------------------------------------------------------+
|PAGE  8
    +----------------------------------------------------------+
    |            TXT_CMNT               |ID_USER_LAST |    DTE_LAST_UPDT      |
    +----------------------------------------------------------+
```

155_| APPEARED EMOTIONAL SEVERAL TIMES DURING INTERVIEW.      |BI42217  |1994-11-08-23.56.56.720000|
156_| CONTACTED BY: CM                      |BI42217  |1994-08-30-15.59.30.169920|
157_| MET W/MR.DUTTON IN D POD. HE ASKED FOR PAPER FOR LEGAL     |BI42217  |1994-11-08-23.56.56.720000|
158_| CORRESPONDENCE.                       |BI42217  |1994-11-08-23.56.56.720000|

```
159_|CONTACTED BY: IRC                        |B142060   |1994-08-29-13.34.32.071990|
160_|TALKED WITH INMATE CONCERNING PROPERTY, WITH-   |B142060   |1994-11-08-23.56.56.710000|
161_|DRAW FOR LEGAL MAIL, AND MAILING OF PACKAGE.    |B142060   |1994-11-08-23.56.56.720000|
162_|CONTACTED BY: CM                         |B142166   |1994-09-28-16.31.27.687000|
163_|CONDUCTED REQUIRED 30 DAY REVIEW. RECOMMENDED CONTINUE   |B142166   |
1994-11-08-23.56.56.690000|
164_|ON IAS PLACEMENT.                        |B142166   |1994-11-08-23.56.56.700000|
165_|CONTACT TYPE: ASRV                       |B142060   |1994-10-02-11.06.27.787000|
166_|CONTACTED BY: CM                         |B142060   |1994-10-02-11.06.27.787000|
167_|CONDUCTED REQUIRED 30 DAY REVIEW AND RECOMMEND CONTINUED   |B142060   |
1994-11-08-23.56.56.690000|
168_|AS PLACEMENT.                            |B142060   |1994-11-08-23.56.56.690000|
169_|CONTACT TYPE: JOIC                       |B142060   |1994-09-01-13.21.46.506150|
170_|CONTACTED BY: IRC                        |B142060   |1994-09-01-13.21.46.506150|
171_|DID IAS REVIEW.                          |B142060   |1994-11-08-23.56.56.710000|
172_|CONTACTED BY: CM                         |B142217   |1994-09-07-10.29.05.544730|
173_|MET W/MR.DUTTON IN D POD. NO QUESTIONS OR PROBLEMS AT THIS   |B142217   |1994-11-08-23.56.56.710000
|
174_|TIME.                           |B142217   |1994-11-08-23.56.56.710000|
175_|CONTACTED BY: CM                         |B142217   |1994-09-24-14.50.16.015590|
176_|MET W/MR.DUTTON IN D POD. HE ASKED ABOUT FBI ADDRESS, COPIES   |B142217   |1994-11-08-23.56.56.710000
|
177_|OF POLICIES, AND JOBS.                   |B142060   |1994-11-08-23.56.56.710000|
178_|CONTACT TYPE: ASRV                       |B142060   |1994-10-10-15.04.51.290650|
179_|CONTACTED BY: CM                         |B142060   |1994-10-10-15.04.51.290650|
180_|CONDUCTED REQUIRED 30 DAY REVIEW AND RECOMMEND CONTINUED   |B142060   |
1994-11-08-23.56.56.690000|
181_|AS PLACEMENT WITH LONG RANGE PHASE DOWN PROGRAM.   |B142060   |1994-11-08-23.56.56.690000|
182_|CONTACT TYPE: JOIC                       |B142060   |1994-09-29-15.18.29.709370|
183_|CONTACTED BY: IRC                        |B142060   |1994-09-29-15.18.29.709370|
184_|DID AS REVIEW WITH INMATE.               |B142060   |1994-11-08-23.56.56.710000|
185_|CONTACTED BY: CM                         |B142217   |1994-10-27-18.40.00.999670|
186_|MET W/MR.DUTTON IN D POD. HE ASKED ABOUT FOOD SNACKS.   |B142217   |1994-11-08-23.56.56.710000|
187_|CONTACTED BY: CM                         |B142217   |1994-10-27-18.41.32.091520|
188_|MET W/MR.DUTTON IN D POD. HE ASKED ABOUT ARTS/CRAFTS SUPPLIE   |B142217   |
1994-11-08-23.56.56.710000|
189_|S. BEHAVIOR CONTINUES TO BE APPROPRIATE.   |B142217   |1994-11-08-23.56.56.710000|
190_|CONTACTED BY: SGT. OMTVEDT                |B142A87   |1994-10-15-09.11.27.086530|
191_|HAVING PROBLEMS WITH THE SECOND SHIFT STAFF, AND FOOD   |B142A87   |1994-11-08-23.56.56.710000|
192_|SERVICE ABOUT PM SNACK.EVERYTHING ELSE OKAY.   |B142A87   |1994-11-08-23.56.56.710000|
193_|CONTACTED BY: CM                         |B142217   |1994-10-22-13.38.21.901340|
194_|MET W/MR.DUTTON PRIOR TO GRIEVANCE HEARING. HE ASKED ABOUT   |B142217   |
1994-11-08-23.56.56.710000|
195_|JOB, EVENING SNACK PROBLEMS AND THE STATUS OF HIS PRIOR   |B142217   |1994-11-08-23.56.56.710000|
196_|GRIEVANCES.                     |B142217   |1994-11-08-23.56.56.710000|
197_|CONTACTED BY: CM                         |B142217   |1994-10-27-18.42.43.163240|
198_|MET W/MR.DUTTON IN D POD. HE ASKED ABOUT STATUS OF GRIEVANCE   |B142217   |
1994-11-08-23.56.56.710000|
199_|, ABOUT JOB AND COPY OF INCOMPATIBLES.   |B142217   |1994-11-08-23.56.56.710000|
200_|CONTACTED BY: CM                         |B142217   |1994-11-03-15.41.01.060750|
201_|MET W/MR.DUTTON IN D POD. HE ASKED ABOUT STATUS OF HIS   |B142217   |1994-11-08-23.56.56.710000|
202_|GRIEVANCES,INCOMPATIBLES,AND JOB.        |B142217   |1994-11-08-23.56.56.710000|
203_|CONTACTED BY: IRC                        |B142060   |1994-10-31-14.34.41.881330|
204_|CONTINUE A/S PLACEMENT WITH LONG RANGE PHASE DOWN PROGRAM.   |B142060   |
1994-11-08-23.56.56.690000|
205_|CONTINUE TO MONITOR BEHAVIOR.            |B142060   |1994-11-08-23.56.56.690000|
206_|CONTACTED BY: CM                         |B142217   |1994-11-03-16.31.00.059710|
207_|MET W/MR.DUTTON IN OFFICE. HE ASKED ABOUT GRIEVANCE STATUS.   |B142217   |
1994-11-08-23.56.56.700000|
208_|HE WAS UPSET ABOUT INCOMPATIBLES PRINTOUT AND SAID HE WAS NO   |B142217   |
1994-11-08-23.56.56.700000|
----------------------------------------------------------------+
|PAGE   9
           +--------------------------------------------
           |ID_TOMIS |DTE_CNTCT_NOTE |TME_CNTCT_NOTE | NBR_SEQ | NBR_LINE |
           209_|00142826 |11/03/1994  |16:15:00   |  1|     4|
           210_|00142826 |11/03/1994  |16:15:00   |  1|     5|
```