APPROVED ⟨signature⟩
DATE     12/15/14

TENNESSEE BUREAU OF INVESTIGATION

REPORTED: 11/07/94  RECEIVED: 11/07/94    TRANSCRIBED: 12/12/94

            TO:      5A-662-JA

          FROM:      SA Brian Byrd

       SUBJECT:      Interview Oral of Cindy Connor

     REFERENCE:      Death Investigation, Henderson County
                     (S) Jon D. Hall
                     (V) Billie Jo Williams

This is the interview of one of the daughters of the victim, Billie Jo Hall as given to Sheriff Charles Woods and I at the Henderson Count Sheriff's Department in the early morning hours of July 30th 1994. All four were asked to give information, however, Cindy Connor (dob ████████) was the only child to provide a detailed statement about events that occurred in the hours prior.

Cindy stated that JON HALL her stepfather had came to the front door and her mother let him in. She stated that her mother warned HALL that she did not want a fight and he said that he wouldn't do anything to her. She added that he had something in a bag. She further added that she thought it was beer.

Cindy stated that after a while he told the all of the girls to go to bed. She added that they all went to their bedrooms but they didn't go to sleep. She stated that after she and her sisters went to bed they began to fight.

Cindy explained that she heard her mother threaten to call 911 at which time HALL exclaimed "Go ahead and call!!" Cindy stated that as the fight got louder she got up and saw where HALL had pushed her mother down over a chair. She added that she tried to help but he turned and threatened her. She further added that she hit and bit HALL in an attempt to aid her mother but he would not stop hitting her.

Cindy explained that her mother after all of this had blood coming out of her nose. She stated that she didn'g know how many times that he hit her but that it was several.

Cindy stated that at this point all of the girls were in the

The investigative records of the Tennessee Bureau of Investi-
gation are confidential by statute (TCA 10-7-504). Unlawful
disclosure of this information is a misdemeanor (TCA 40-32-
101 and TCA 39-11-114).