IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| JON HALL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 1:05-CV-1199-JDB-EGB |
| vs. | ) | |
| | ) | |
| RICKY BELL, Warden, Riverbend | ) | |
| Maximum Security Institution, | ) | |
| | ) | |
| Respondent. | ) | |

**DECLARATION OF J. DOUGLAS BREMNER, M.D.**

Declarant, J. Douglas Bremner, states:

1. I am currently a tenured Professor of Psychiatry and Behavioral Sciences at Emory University School of Medicine, hold a joint and secondary appointment as Professor of Radiology at the Emory University School of Medicine, and hold other positions as shown more specifically in my CV, attached as Exhibit A.

2. I make this affidavit based on personal knowledge, except where indicated otherwise. When I express an opinion, I do so based on my specialized knowledge, skill, experience, training and education, as reflected in Exhibit A. My opinions and conclusions are based on sufficient facts or data of the kind customarily relied upon by those with my training and expertise applying reliable principles and methods to the information and data available to me at the time the report was prepared.

3. Attached as Exhibit B to this declaration is a true and exact copy of my September 3, 2008 report on Mr. Jon Hall, prepared at the request of Mr. Michael Passino. The report sets forth my opinions and conclusions, which I state to a reasonable degree of psychological and medical certainty.

Further declarant saith not.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this  17  day of August, 2009.

_____
J. Douglas Bremner

### CERTIFICATE OF SERVICE

A copy of this declaration will be served on counsel for respondent electronically by the CM/ECF system.

/s/ *Michael J. Passino*