# CURRICULUM VITAE

Revised 8/5/09

Name:  J. Douglas Bremner, M.D.

Office Address: Emory Briarcliff Campus, 1256 Clifton Rd., Atlanta, GA  30306.
Telephone: (404) 712-9569; Fax: (404) 712-8442

E-mail address:  jdbremn@emory.edu

Birth Place:  Topeka, Kansas

Citizenship:  US

Current Titles and Affiliations:

      a.      Academic appointments:

           Primary appointments: Professor with Tenure of Psychiatry and
Behavioral Sciences, Emory University School of Medicine, 2006-present

           Joint and secondary appointments:
Professor of Radiology, Emory University School of Medicine, 2006-present
Faculty Member, Emory Neuroscience Graduate Program, Division of
Biological & Biomedical Sciences, Graduate School of Arts & Sciences,
Emory University, 2005-present

      b.      Clinical appointments:

           Physician, Emory University Hospital, 2001-present
Staff Psychiatrist, Atlanta VAMC, 2001-present

      c.      Other administrative appointments:

           Director, Mental Health Research, Atlanta VAMC, 2001-present
Director, Emory Clinical Neuroscience Research Unit, 2001-present

Previous Academic and Professional Appointments:

      1991-1992      Medical Director, Inpatient Unit, National Center for PTSD, West
Haven, CT

      1992-95      Assistant Professor, Department of Psychiatry,

Yale University School of Medicine

1993-1996    Associate Investigator, VA Career Development Award Program, West Haven VA Medical Center, West Haven, CT

1997-2000    Assistant Professor, Departments of Diagnostic Radiology and Psychiatry, Yale University School of Medicine

1997    Clinical Associate Physician, NIH-sponsored GCRC

1997-2001    Research Physician (Level II), VA Career Development Award Program

2000    Associate Professor in the Tenure Track, Departments of Diagnostic Radiology and Psychiatry, Yale University School of Medicine

2001-2006    Associate Professor of Psychiatry and Radiology, Emory University School of Medicine

Previous Administrative Appointments:

1997-2000    Director, Yale Trauma Research Program

1998-2000    Associate Director, Yale/VA PET Center

2001-2006    Director, Emory Center for Positron Emission Tomography

Licensures/Boards:  Georgia Medical Licensure, # 049509

Specialty Boards:  Board Certification in Psychiatry and Neurology (1998); Board Certification in Nuclear Medicine (2001)

Education:

B.A. with Honors, English Literature and Core Curriculum in the Classics, University of Puget Sound, Tacoma, Washington, 1983

M.D., Duke University School of Medicine, Durham, North Carolina, 1987

Postgraduate Training:

1985-1986    Research Fellowship in the Laboratory of Reproductive Endocrinology, Department of Medicine, University of Washington School of Medicine & Seattle VAMC

1987-1988    Medical Intern, Greenwich Hospital Association, Yale University School of Medicine, Greenwich, CT

| 1987-1991 | Residency in Psychiatry, Yale University School of Medicine, New Haven, CT |
| 1990-1993 | VA Psychiatry and Clinical Neurosciences Fellowship, West Haven VA Medical Center, West Haven, CT |
| 1995-1997 | Residency in Nuclear Medicine, Department of Diagnostic Radiology, Yale University School of Medicine, New Haven CT |

Military or Government Service:

| 1990-1993 | VA Psychiatric Research/Neurosciences Fellow, West Haven VA Medical Center, West Haven, CT |
| 1993-1996 | Associate Investigator, VA Career Development Award Program, West Haven VA Medical Center, West Haven, CT |
| 1997-2001 | Research Physician (Level II), VA Career Development Award Program |
| 2001-present | Staff Physician, 5/8 time, Atlanta VAMC |

Committee Memberships:

    a.    National and International:

Scientific Advisory Boards & Organizations
Scientific Advisory Board, Anxiety Disorders Association of America (ADAA), 1998-present
Publications Committee, ADAA, 2002-present
Program Committee, ADAA, 2003
Program Committee, International Society for Traumatic Stress, 2005
Founding Member, Academy for Research on Traumatic Stress (ARTS), 2004
Planning Committee for Brain Imaging in Gulf War Illness, Veterans Administration, 2003-2007

Scientific Review Committees
Member, Veterans Administration (VA) Merit Review Subcommittee for Mental Health and Behavioral Sciences (MHBS), 2003-2006
VA Merit Review Committee, Ad hoc reviewer, 1995-2003
VA Psychiatry/Clinical Neurosciences Fellowships, Ad hoc reviewer, 1995-2003
VA Career Development Awards, Ad hoc reviewer, 1995-2003
Member, VA Research Career Development Award Committee, 2007
National Institute of Health, Center for Scientific Review (NIH CSR), Member, Special Emphasis Panels: ZRG1 SSS-C-01 Childhood neglect, 2000; ZMH1 ERB-s(11) HIV and Psychiatric Comorbidity, 6/29/05
NIH CSR Temporary Member, Developmental Disabilities and Child Psychopathology Study Section, Biobehavioral and Behavioral Processes

6 (BBBP-6) IRG, 2002-2003; BBBP-2 (later MESH) 2003
Member, NIH CSR Bio-behavioral Mechanisms of Emotion, Stress and Health
    (MESH) Study Section 2004-2008
The Wellcome Trust (UK); Ad hoc reviewer, 1998-2003
Seattle Epidemiology Research and Information Center (ERIC), ad hoc reviewer,
    2002
Medical Research Council (UK), ad hoc reviewer, 2002-204
GeesKracht, Netherlands Organization for Scientific Research, ad hoc reviewer,
    2002-2004
Canadian Institute for Health Research, ad hoc reviewer, 2002-2004
Swiss Research Foundation, ad hoc reviewer, 2002-2004
Israeli Science Foundation, ad hoc reviewer, 2003-2004
US Army Medical Research and Materiel Command, and Congressionally
    Directed Medical Research Program (CDMRP), Deployment Related
    Medical Research Program, Psychological Health/Traumatic Brain Injury,
    Scientific Review Committee, 2008

<u>National Institute of Health Sponsored Workshops as Participant</u>
Aging and Anxiety Disorders, NIMH, Bethesda MD, March 12, 1996.
Early Responses to Trauma, NIMH, Bethesda, MD, Nov. 15-16, 2001.
Fibromyalgia: New Advances, NIAMSD, November 11-12, 2004

b.    Regional and State:

c.    Institutional:

Director, Emory Center for Positron Emission Tomography (PET), 2000-2006;
Emory Advanced Imaging Research Center Executive Committee, 2000-2006;
Nuclear Medicine Faculty Search Committee 2002;
Emory Office of the Provost's Program for Manuscript Development Advisory
    Committee, 2002-present
Emory Georgia Tech Biomedical Engineering Research Strategic Planning
    Committee, 2003
Emory Strategic Planning Committee for Molecular Imaging, 2004
Atlanta VAMC Research and Development Committee, 2004-present
Steering Committee for Research Institute for Predictive Health, Emory
    University and Georgia Institute of Technology, 2004-2005
Predictive Health and Society Brainstorming Committee, 2005
Emory Center for Wellness and Predictive Health Planning Committee, 2005-
    2008
Emory Georgia Tech Biomedical Imaging Technology Core (BITC), Imaging
    Research Committee, 2005-present

Consultantships:

    National Institute of Mental Health, Japan, 2004-present

Editorships and Editorial Boards:

Editorial Board, *Biological Psychiatry*, 1997-2007;
Editorial Board, *Neuropsychopharmacology,* 2001-2007;
Editorial Board, *Journal of Trauma and Dissociation,* 2004-present;
Editor, Brain Imaging Section, *Psychopharmacology Bulletin,* 2002-present;
Editorial Board, *Psychological Trauma, Theory, Research, Practice and Policy*,
2008-present
Editorial Board, *Biomed Central Psychiatry*
Advisory Editorial Committee for Diagnostic and Statistical Manual IV
(Dissociative Disorders Section), 2000.

Manuscript Reviewer:
    *Aging Health*
    *Alcohol and Alcoholism 1999-present*
    *American Journal of Psychiatry 1993-present*
    *Archives of General Psychiatry 1998-present*
    *Behavioural Brain Research*
    *Biological Psychiatry 1995-present*
    *Biomed Central Psychiatry*
    *Brain 1995-present*
    *Brain Imaging and Behavior*
    *Brain Research 1995-present*
    *Brain Research Bulletin 1996-present*
    *CNS Spectrums 2003-present*
    *Cognitive Neuropsychiatry 2001-present*
    *Depression and Anxiety 1997-present*
    *Development and Psychopathology 1998-present*
    *Epilepsia 1999-present*
    *European Neuropsychopharmacology*
    *Journal of Abnormal Psychology*
    *Journal of Affective Disorders*
    *Journal of the American Medical Association 2003-present*
    *Journal of Clinical Psychiatry 1995-present*
    *Journal of Clinical and Social Psychology 1995-present*
    *Journal of Nervous and Mental Disease 1993-present*
    *Journal of Neural Transmission 1998-present*
    *Journal of Neuropsychiatry and Clinical Neurosciences 1997-present*
    *Journal of Psychiatric Research 2004-present*
    *Journal of Psychiatry and Neuroscience*
    *Journal of Social and Clinical Psychology 2001-present*
    *Journal of Trauma and Dissociation 2004-present*
    *Journal of Traumatic Stress 1993-present*
    *Molecular Psychiatry 2001-present*
    *Neuroimage*
    *Neuron 2003-present*
    *Neuropsychopharmacology 1999-present*
    *Neuroscience 1998-present*
    *Neuroscience & Biobehavioral Reviews*

*Proceedings of the National Academy of Sciences USA 1999-present*
*Psychiatry Research 1994-present*
*Psychiatry Research: Neuroimaging 1996-present*
*Psychological Trauma, Theory, Research, Practice and Policy*
*Psychoneuroendocrinology 2001-present*
*Psychopharmacology 1999-present*
*Psychosomatic Medicine 2003-present*

Honors and Awards:
Coolidge Otis Chapman Scholar Award, 1983;
Seymour Lustman Award for Research Performed During Residency Education.
Department of Psychiatry, Yale University School of Medicine, 1991;
Veterans Administration Fellowship Award for Biological Research in
Psychiatry, 1991-1993;
Veterans Administration Career Development Award (Associate Investigator),
1993-1996;
Chaim Danieli Young Professional Award for Excellence in Service and Research
in the Field of Traumatic Stress, International Society for Traumatic Stress
Studies, 1996;
NIH-sponsored General Clinical Research Center (GCRC) Clinical Associate
Physician (CAP) Award, 1997;
National Alliance for Research on Schizophrenia and Depression (NARSAD)
Young Investigator Award, 1997-1999;
Veterans Administration Career Development Award (Level II), 1997-2001;
VA Merit Award 1998-2002, 2002-2007;
2004 Essential Science Indicators featured interview as most highly cited
investigators in PTSD (http://www.esi-
topics.com/ptsd/interviews/JDouglasBremner.html)
National Alliance for Research on Schizophrenia and Depression (NARSAD)
Independent Scientist Award, 2004-2006;
van Ameringen Scholar, 2004-present
American Foundation for Suicide Prevention (AFSP) Award, 2005-2006
*Marqui's Who's Who in America,* 2005-present
*Who's Who in Healthcare and Medicine,* 2009-present

Society Memberships:
Society for Nuclear Medicine, 1992-present;
International Society for Traumatic Stress Studies, 1992-present;
Society for Biology Psychiatry, 1997-present;
Society for Neuroscience, 1992-present;
Anxiety Disorders Association of America, Member of Scientific Advisory
Board,1998-present;
Associate Member, American College of Neuropsychopharmacology, 1998-2002;
Member, American College of Neuropsychopharmacology, 2002-present.
Founding Member, Academy of Research on Traumatic Stress (ARTS), 2004
Vice President, Academy of Research on Traumatic Stress (ARTS), 2004-present

Organization of National or International Conferences:

a.    Administrative positions:

1  Lake George Conference on Posttraumatic Stress Disorder, Co-organizer, 1996.
2  Academy for Research on Traumatic Stress Lake George PTSD Meeting, Co-
   organizer, 2006.

b.    Sessions as chair:

- "Trauma and Dissociation" (Bremner, Chair) American Psychiatric Association
  Annual Meeting, May 1992
- "Effects of Traumatic Stress on Memory" (Bremner, Chair) International Society for
  Traumatic Stress Studies Annual Meeting, November 1992
- "Long Term Effects of Traumatic Stress on Memory" International Society for
  Traumatic Stress Studies Annual Meeting, November 1993
- "Effects of early stress on the brain" (Bremner & Charney, Chairs) American College
  of Neuropsychopharmacology Annual Meeting, San Juan PR, Dec 11-15, 1993.
- "PET Brain Imaging Studies in Depression" (Bremner & Charney, Chairs), American
  College of Neuropsychopharmacology Annual Meeting, San Juan PR, Dec 11-15,
  1995.
- "Devastating Effects of Childhood Abuse on Mind and Brain" Chair of Symposium
  at American Psychiatric Association Annual Meeting, Toronto, Canada, May 25,
  1998.
- Symposium "Neural Plasticity in Health and Disease" Co-chair, American College
  of Neuropsychopharmacology, Annual Meeting, Puerto Rico, Dec 7, 1998.
- Co-Chair of All-Day Panel Session, "Stress, Hormones, and Neural Circuits: Basic
  and Clinical Perspectives". American College of Neuropsychopharmacology Annual
  Meeting, Acapulco, Mexico, Dec. 12-16, 1999.
- Co-chair of symposium "HPA axis and neuroanatomical findings in PTSD" American
  Psychiatric Association Annual Meeting, Chicago IL, May 15-19, 2000.
- Co-Chair of symposium "Assessment and Treatment of PTSD in Children and
  Adults" Clinical Educational Symposium Co-chairs JD Bremner & Phillip Saigh,
  Annual Meeting of the Anxiety Disorders Association of America, Atlanta GA,
  March 22-25, 2001.
- Chairman of paper session "New Research in PTSD" Annual Meeting of the Anxiety
  Disorders Association of America, Atlanta GA, March 22-25, 2001.
- Co-chair of symposium "Childhood Sexual Abuse: Perpetrators and Victims"
  American Psychiatric Association Annual Meeting, New Orleans, LA May 3-7, 2001.
- Chair of Symposium: "Neural Mechanisms in Posttraumatic Stress Disorder" Annual
  Meeting of the International Society of Traumatic Stress Studies, New Orleans, LA,
  Dec. 6, 2001.
- Co-chair of symposium "Neurobiology of Trauma related Disorders" World
  Psychiatry Congress Meeting, Yokohama Japan, Aug 26-29, 2002.
- Chair of symposium "Common Circuits in Depression and Anxiety: Evidence from
  Neuroimaging Studies" Anxiety Disorders Association of America Annual Meeting,
  Toronto, Canada, March 26-9, 2003.

- Co-Chair of Symposium "Limbic and Prefrontal Circuits in Borderline Personality Disorder" Annual Meeting of the Society of Biological Psychiatry, San Francisco CA, May 15 2003.
- Chair of Symposium "The Role of Dissociation in Trauma-related Altered Cognitive Functions" Annual Meeting of the International Society for Traumatic Stress Studies" Hollywood CA, Nov 4-7, 2006.
- "Mechanisms in resilience and recovery from traumatic stress, Annual Meeting of the International Society for Traumatic Stress Studies" Hollywood CA, Nov 4-7, 2006.
- Chair of 'Effects of Trauma on Neurobiology and Physical Health,' Symposium at European Conference on Traumatic Stress, Opatija, Croatia, June 9, 2007.
- Chair of session "Alpha/theta neurofeedback", Joint SAN/COST B27 Training Schools on Neurofeedback and ADHD & International Course and Conference MIND AND BRAIN VI: Neuroplasticity of Brain and Behavior, April 16-21, 2009, Dubrovnik, Croatia.

Research Focus:

I performed the first neuroimaging studies in PTSD measuring hippocampal volume, leading myself and two co-authors to be listed by ISI as the most highly cited investigators in PTSD in the world. Studies using positron emission tomography (PET) mapped the neural correlates of depression and PTSD.

Patents:

      a.     Issued:  None

      b.     Pending:  None

Grant Support:

a.     Active support:

1.     Federally funded:

1 R01 MH56120-08          7/1/03-6/30/11        40%
NIMH (Bremner)          $250,000 Annual Direct Costs
Neural Circuits in Women with Abuse and PTSD

This project has used positron emission tomography (PET) and magnetic resonance imaging (MRI) in the measurement of brain regions involved in PTSD, in women with a history of childhood sexual abuse-related posttraumatic stress disorder, and the response to treatment.

R01 HL088726 (Bremner)          9/1/08-8/30/13        40%
NIH          $480,862 annual direct costs
Mechanisms of Depression in CVD

This project uses SPECT imaging of myocardial perfusion and PET imaging of brain blood flow during a cognitive stress challenge in patients with heart disease with and without depression.

1 R21 MH080208-01 (Bremner)          7/1/07-6/30/09          .6 calendar months
NIH/NIMH                             $150,000
Benzodiazepine Receptor in PTSD

This project will assess benzodiazepine receptor binding in returning Iraqi veterans with PTSD with positron emission tomography (PET) and [C-11]flumazenil. The ability of benzodiazepine receptor binding to predict the development of chronic PTSD will be assessed.

K24 MH076955 (Bremner)              5/1/06-4/30/11          50%
NIMH                                $115,240 Annual Direct Costs
Biological Correlates of Traumatic Stress

This a career development award to support research and training for the PI in the field of biological correlates of traumatic stress. Received a priority score of 129 (presumed funded).

1 T32 MH067547-01  (Bremner)         7/1/05-6/30/10          0%
NIMH                                $102,696 Annual Direct, $897,414 total
Training Program in Neuroimaging Sciences

This is a training program in neuroimaging sciences at Emory and Georgia Tech.

VA Merit (Bremner)                  4/01/03-3/30/12          0%
Veterans Administration             $133,850 Annual Direct Costs
Memory and the Hippocampus in Vietnam Twins with PTSD

This grant assesses hippocampal volume with MRI and neural correlates of declarative memory and traumatic remembrance with PET in monozygotic (MZ) and dizygotic (DZ) Vietnam Era veteran twin pairs discordant for PTSD and MZ twins without combat exposure or PTSD.

Integrative Healing Practices for Veterans
(VET-HEAL) Award (Bremner)          8/1/05-7/31/09          0%
Samueli Institute for Information Biology
(SIIB)/VA/DOD                       $175,000
Neural correlates of PTSD prevention with MBSR

The purpose of this project is to assess the ability of Mindfulness Based Stress Reduction (MBSR) to prevent the development of PTSD in soldiers returning from deployment in Iraq, and assess neural correlates mediating PTSD prevention using positron emission tomography (PET).

PTSD AT-TDA-IN PT074430 (Bremner)    9/1/08-8/31/12          20%

CDMRP DoD                                    $982,175
Neural Correlates of Early Intervention for PTSD

The purpose of this grant is to use PET imaging of brain metabolism before and after treatment with the SSRI paroxetine to measure neural correlates of response to early treatment of PTSD.

VA Merit – Clinical Trials (Bremner)        7/1/07-6/30/11              1%
VA Merit                                     $150,000
Early Intervention for PTSD in Iraqi Veterans

The purpose of this project is to assess the effects of paroxetine versus placebo on symptoms of PTSD and hippocampal volume and NAA in returning Iraqi veterans with early PTSD

R01 AG026255-01 (Vaccarino)                 9/30/04-7/31/09            5%
NIH/NHLBI                                     $462,542
Posttraumatic stress disorder and cardiovascular disease

The purpose of this project is to use monozygotic twins with and without PTSD to assess the relationship between PTSD and heart disease. Outcome measures including quantitation of myocardial blood flow with PET and other measures of myocardial function. Dr. Bremner is responsible for PET studies.

1 R01 HL703824-01 (Vaccarino)               7/01/03-6/30/09           22%
NIH/ U Colorado (Subcontract)               $76,602 Direct costs first year
Wounded spirits, ailing hearts: PTSD and CVD in Indians

This project involves assessment of mechanisms by which PTSD increases heart disease risk in American Indians. Outcomes include PET measurement of myocardial blood flow and assessment of psychiatric and cardiovascular risk factors. This is a collaboration between U. of Colorado, U. of Washington and Emory; the Emory site is responsible for analysis of PET data.

<u>Pending</u>

None

2.     Private foundation funded:

None

3.     Contracts:

4.     Other:

b.     Previous support:

**Goodman** R21 MH66622-01, 9/19/02-8/31/07, Development of PET radioligands, NHLBI, $150,000 annual direct costs

**Ready** VA Merit, 4/1/05-15/30/08, $250,000 direct costs first year
A New Model for Group-Based Exposure Therapy for Deployment-Related PTSD

**Parr** R01 MH068791-01, 4/01/04-3/31-09, NIMH, $150,000 Direct costs first year
Neuropsychology of Primate Social Cognition

**Bremner** GSK Investigator Initiated Research, Effects of paroxetine on neural correlates of PTSD, 3/1/03-2/31/07

**Rothbaum** (PI) R24 MH067314-01A1 Translational Research on Extinction and PTSD, 7/1/03-6/30/06, $268,798 Direct Costs first year

**Bremner (PI)** American Foundation for Suicide Prevention (AFSP) Research Grant, Long-term Effects of Isotretinoin (Accutane) on Brain Function, 9/1/05-8/31/07, $59,988 total

Bremner JD, PI: GlaxoSmithKline Corp., "Effects of Paxil on Neural Circuits in Posttraumatic Stress Disorder" Direct Costs, $300,000 entire budget period, Funding period 6/1/03-5/30/06.

**Bremner (PI)** Independent Investigator Award (Bremner) National Alliance for Research on
Schizophrenia (NARSAD), Positron Emission Tomographic (PET) Imaging of Brain Metabolic Correlates of Vulnerability to Depressive Relapse, 9/15/04-9/14/06, $99,000 total

**Vaccarino V,** (PI) R01 HL068630-04 Mechanisms linking depression to cardiovascular risk, 6/1/01-5/31/06, $462,542 (direct costs year 1); $3,248,420 (total)

**Bremner JD,** PI: "Shared Instrumentation for Research PET Brain Device"
S10 RR16917-01 7/1/02-6/30/05, NIH/NCRR $500,000 Direct Costs

**Bremner JD,** PI: Georgia Research Alliance, "Shared Instrumentation for a Research Dedicated PET Brain Imaging Device". Total costs $900,000, funding dates 7/1/04-6/30/05.

Votaw (PI) R01 GM63824 "Cognitive effects of anesthetics and dopamine transport", Direct costs $473,121, Funding period 7/1/04-6/30/05.

**Bremner JD** (PI): "Brain Mechanisms Underlying Increased Mortality in Patients with Coronary Heart Disease and Depression" Charles A. Dana Foundation, 6/1/99-5/30/04. $33,000 first project year, $92,700 total costs.

**Bremner JD**, PI: Dreyfus Medical Foundation. "Effects of phenytoin on memory in women with childhood sexual abuse." Direct costs: $23,300 entire budget period. 20% effort. Funding period, 1/1/99-6/30/03. 5% effort.

**Bremner JD**, Local PI: SmithKline Beecham, Corp., "Effects of Paxil on Hippocampus and Memory in Women with Childhood Sexual Abuse-related Posttraumatic Stress Disorder" Direct Costs, $48,000 entire budget period, Total costs $65,000 entire budget period. Funding period 6/1/99-5/30/02.

**Bremner JD**, (PI) Veterans Administration, Biological Psychiatry Fellowship Award, "Yohimbine administration in PTSD", 100% effort, $40,000 per year, $120,000 entire budget period, 7/1/90-6/30/93.

**Bremner JD**, PI: Veterans Administration, Career Development Award Program (Associate Investigator), "PET and SPECT Measurement of the Benzodiazepine Receptor in Anxiety" $51,740 (salary) plus $3,000 equipment expenses direct costs initial budget period, $164,220 direct costs entire project period. 100% effort, Dates of award: 10/31/93-11/1/96.

**Bremner JD**, PI: National Institute of Health Sponsored General Clinical Research Center, Clinical Associate Physician Award, "Hippocampus in Women with Sexual Abuse." $42,487 first budget period total budget costs. 100% effort, 7/1/97-10/30/00.

Charney DS, PI (**JD Bremner**, Co-investigator): National Institute of Mental Health (R01), "Brain Imaging of the Benzodiazepine Receptor". $235,000 first budget period, $973,000 entire funding period. 10% effort on project. Funding dates 7/1/92-6/30/95.

Charney DS, PI (**JD Bremner**, Co-investigator): Veterans Administration, Merit Review, "Cerebral Metabolic Correlates of Tryptophan Depletion-induced Depressive Relapse". $100,000 first budget period, $300,000 entire funding period. 10% effort on project. Funding dates 7/1/93-6/30/96.

Charney DS, PI (**JD Bremner**, Co-investigator): Veterans Administration, Merit Review, "Cerebral Metabolic Correlates of AMPT-induced Depressive Relapse". Veterans Administration Merit Review Project. $106,000 first budget period, $306,000 entire funding period. 10% effort on project. Funding dates 7/1/96-6/30/99.

Southwick SM, PI (**JD Bremner**, Co-investigator): Department of Defense, "Longitudinal Course and Neurobiology of Veterans of Desert Storm". $90,000 direct costs first budget period, $270,000 entire funding period. 10% effort on project. Funding dates 7/1/96-6/30/99.

**Bremner JD**, PI: Center for Naval Analysis, Department of Defense, "Impact of Captivity Stress on Physical and Mental Health" Direct costs: $23,500 entire budget period. 5% effort. Funding period, 1/1/99-12/30/00.

**Bremner JD**, Local PI: Bristol Myers-Squibb, Corp., "An International Multicenter Trial

of Two Dose Ranges of Nefazodone and Placebo in the Treatment of Outpatients with Chronic Posttraumatic Stress Disorder" Direct Costs, $70,000 entire budget period, Total costs $96,000 entire budget period. Funding period 11/1/98-10/30/98.

**Bremner JD**, Site PI: SmithKline Beecham, "A 12 week, Double-blind, Placebo Controlled, Parallel Group Study to Assess the Efficacy and Tolerability of Paroxetine in Patients Suffering from Posttraumatic Stress Disorder." Direct Costs $19,140 entire budget period. Funding period 2/1/99-1/30/00.

**Bremner JD**, PI: National Alliance for Research in Schizophrenia and Depression, Young Investigator Award. "PET Measurement of Hippocampal Function in Depression." Direct costs: $28,250 first budget period, total budget costs entire funding period $56,500. Funding dates 7/1/97-12/30/99. 20% effort.

Innis RB (PI), (**JD Bremner**, PET Core Director), Veterans Administration REAP, "A Center for the Study of the Neurobiology of Depression," $250,000 initial budget period, $750,000 entire project period, 10% effort, funding dates 4/1/99-3/30/02.

Soufer R, PI (**JD Bremner**, Co-Investigator): National Institute of Health (NHLBI) R01, "Neural Correlates of Mental Stress-Induced Myocardial Ischemia" Direct costs $250,000, total costs $320,000 initial budget period, direct costs $750,000, total costs $1,100,000 entire budget period. 10% effort. Funding period 1/1/99-12/30/03.

**Bremner JD** (Co-PI): "Efficacy of fluoxetine (prozac) in treatment of PTSD." Eli Lilly Corp., Total costs: $105,631 total budget period. Funding dates: 1/1/99-11/01/00.

**Bremner JD** (Co-PI): "Effects of fluoxetine (prozac) on hippocampal volume, memory function, and cortisol status in patients with major depressive disorder." Eli Lilly Corp., Total costs: $105,631 total budget period. Funding dates: 1/1/99-11/01/00.

**Bremner JD,** Project Director, #5M01RR00125-370963  HPA axis and hippocampus in women with sexual abuse related PTSD (Charney PI, Yale Mental Health Clinical Research Center Grant) 12/1/98-11/30/01

**Bremner JD,** Project Director, PET measurement of cerebral blood flow correlates of memory in PTSD  5M01RR00125-370964 (Charney PI, Yale Mental Health Clinical Research Center Grant) 12/1/98-11/30/01

**Bremner JD**, PI: Department of Veterans Affairs Research Career Development Award, Level II. "Hippocampal Function in Posttraumatic Stress Disorder". Direct costs $108,698 salary support, $50,000 research costs first year, $476,094 total costs entire budget period. 100% effort. 10/1/97-9/30/01.

**Bremner JD**, PI: VA Merit Review, "Memory and the Hippocampus in Vietnam Twins with PTSD." $178,300 first year direct costs, $476,900 total direct costs. Funding period 4/1/98-9/30/02.

**Bremner JD**, PI: NIH R01MH56120-01A1 "Hippocampus in Women with Abuse and PTSD" $250,000 first year direct costs, $368,040 first year total costs, $750,000 total direct costs, $1,128,040 total budget costs entire funding period. Funding period 9/1/99-8/30/03. 40% effort.

Clinical Service Contributions:  Attending in Nuclear Medicine, Yale-Haven Hospital and VA Connecticut, 1997-2000; Attending in Psychiatry, Yale School of Medicine and VA Connecticut Healthcare, 1991-2000; Medical Director, Inpatient Unit, National Center for PTSD, VA Connecticut; Director, Yale Trauma Research Program, 1997-2000; Associate Director of Yale-VA PET Center, 1998-2000; Director of Emory Center for PET, 2000-present; Attending in Nuclear Medicine, Emory Univ. Hosp., 2000-present.

Formal Teaching:

a.      Medical Student Teaching:  Teaching of medical students, Yale School of Medicine, 1991-2000; Teaching of medical students, Emory U School of Medicine, 2000-present.

b.      Graduate Program:

Training Program:

1    "Neuroimaging of PTSD and Depression" lecture given for Neurochemical Brain Imaging Program Introductory Lecture Series, Aug. 4, 1999, Yale University School of Medicine/VA Connecticut
2    "Traumatic Memories Lost and Found: Can Lost Memories of Childhood Abuse be Found in the Brain?" Presentation for Yale Psychiatric Institute Trauma Studies Conference, Sept. 15, 1999.
3    "Does Stress Damage the Brain? Understanding Trauma-related Disorders" Visiting lecturer for Emory Department of Comparative Literature Graduate Level course "Trauma and Literature", February 22, 2002
4    Lecturer for "Interdisciplinary Program in Trauma Studies" Graduate Student Seminar, Sept 01-May-02, Department of Comparative Literature, Emory School of Arts and Sciences
5    Participant in "Pilot Program for Interdisciplinary Studies in Trauma", Emory School of Arts and Sciences, 2001-2002.
6    Participant in round table discussion on future careers in science, Bi Annual Retreat, Developmental Psychobiology Research Group Training Program for Postdoctoral Fellows, University of Colorado Health Sciences Center, Estes Park CO, May 19, 2004

Residency Program:

1    "Neurobiology of Anxiety Disorders" lecture for Yale Psychiatry Residents, March 1999.
2    "Neuroimaging and Neurobiology of Posttraumatic Stress Disorder" lecture for

Yale Psychiatry Residents, given yearly 1995-1999.

3 "Brain imaging in PTSD" lecture for Yale Psychiatry Residents, March 21, 1999.

4 "Clinical Applications of Positron Emission Tomography" Lecture for residents in Diagnostic Radiology, Yale U. School of Medicine, July 4, 1999.

5 "Radionuclide Cisternography". Lecture for residents in Diagnostic Radiology, Yale School of Medicine, Oct. 8, 1999.

6 "Neural Mechanisms in Delayed Recall of Childhood Abuse". Presentation for VA Connecticut PTSD Program, West Haven CT, Oct. 14, 1999.

7 "Brain Imaging" Lecture for Radiology Residents, Yale School of Medicine, March 7, 2000.

8 "Brain Imaging in Nuclear Medicine" lecture for Emory Nuclear Medicine fellows, Dec 18, 2000.

9 "Applications of Positron Emission Tomography to Oncology" Grand Rounds Lecture, Emory Dept of Hematology and Oncology, April 35, 2001

10 "PET Imaging in Oncology" lecture for radiology residents and medical students, Emory University, May 15, 2001.

11 Participated in Mock Boards for Dept of Psychiatry, Emory and U. Penn, Grady Hospital, Atlanta, May 16, 2001

12 "PET imaging in oncology" lecture for radiology residents and medical students, Emory University, Oct. 7, 2001.

1 "Clinical applications of positron emission tomography to oncology and cardiology" lecture for Emory Radiology Residents, Jan 28, 2002.

13 "Brain Scintigraphy" Lecture for Emory Radiology Residents, March 8 2002.

14 "Structural Brain Imaging" lecture for Emory psychiatry residents, April 1, 2002.

15 Participated in Mock Boards for Dept of Psychiatry, Emory and U. Penn, Philadelphia PA, May 16, 2002.

16 "PET Imaging in Oncology" lecture for Emory radiology residents, July 12, 2002.

17 "Neurobiology of PTSD and Depression" lecture for the Emory Program for Training of Psychiatry Residents, a national program held at Palm Beach, FL, Aug 22-26, 2002.

18 "Brain Imaging in Nuclear Medicine" lecture for Emory Nuclear Medicine fellows, Feb 7, 2003.

19 "Substance abuse and PTSD", lecture for Emory Psychiatry residents, 2003, 2004, 2005, 2006, 2007, 2008

20 Participated in Mock Boards for Dept of Psychiatry, Emory and U. Penn, Atlanta GA, March 16, 2003.

21 "Nuclear Scintigraphy: Neurological Applications" lecture for Emory Radiology residents, March 23, 2003.

22 "Clinical Case Presentations: Childhood Abuse" Noon conference, Pediatrics Residency Program, Virginia Commonwealth University School of Medicine, Richmond, Virginia, Oct. 14, 2003.

23 Journal Club, Vanderbilt Psychiatry, Jan 13, 2004

24 "Advanced application of PET" lecture for Emory Nuclear Medicine fellows, March 17, 2004

25 "Substance abuse and anxiety disorders" lecture for Emory Psychiatry residents, Nov 2, 2004

26 "Neurobiology of early abuse," lecture for Emory Psychiatry residents, May 18, 2005.

27    "Brain Structure and Function in PTSD" lecture for Frontiers in Neuroscience
       Series, Emory Neurosciences Program, October 10, 2005
28    "Anxiety Disorders and Substance Abuse," lecture for psychiatry residents,
       December 4, 2005.
29    "Anxiety Disorders and Substance Abuse," lecture for psychiatry residents, April
       5, 2006.
30    "Anxiety Disorders and Substance Abuse," lecture for psychiatry residents, April
       5, 2007.
31    "Anxiety Disorders and Substance Abuse," lecture for psychiatry residents, April
       5, 2008.

c.     Other categories:

2     "The Neurobiology of Posttraumatic Stress Disorder: A Clinician's Primer"
       presentation at Yale Psychiatric Institute Trauma Studies Program Conference,
       Yale Psychiatric Institute, New Haven CT, May 17, 1998.
3     "Lasting Effects of Stress on Memory and the Hippocampus" Grand Rounds
       presentation, Department of Psychiatry, Yale University School of Medicine,
       New Haven, CT, Oct. 22, 1998.
4     Participated in WELI (New Haven) radio hour on "Civilian PTSD" sponsored by
       Bristol Myers-Squibb, Inc., Oct. 10, 1998.
5     Lasting effects of childhood abuse on memory, cortisol and the hippocampus."
       Paper given in symposium "Neurosciences 1999: Breakthroughs in Brain
       Imaging", March 20, 1999, Yale School of Medicine. A joint presentation of the
       Connecticut Mental Health Center and the Department of Mental Health and
       Addiction Services, State of Connecticut, in association with the National
       Alliance for the Mentally Ill-Connecticut.
6     "Neuroimaging of PTSD" Lecture for New York State Chapter of the American
       Psychiatric Association, Mystic, Conn., Oct. 4, 1999.
7     "Radionuclide Cisternography". Lecture for residents in Diagnostic Radiology,
       Yale School of Medicine, Oct. 8, 1999.
8     "Neural Mechanisms in Delayed Recall of Childhood Abuse". Presentation for
       VA Connecticut PTSD Program, West Haven CT, Oct. 14, 1999.
9     "Data warehousing in PTSD" Presented as part of an Educational Workshop at
       Annual Meeting of International Society for Traumatic Stress Studies, Miami, FL,
       Nov 14-17, 1999.
10    "Participant in workshop "Trauma and Memory, the Debate goes International"
       American Psychiatric Association Annual Meeting, Chicago IL, May 15-19,
       2000.
11    "Neuroimaging in Psychiatry" Invited lecture for Forum 2000, sponsored by
       SmithKline Beecham, Hawaii, May 31, 2000.
12    Participated and interviewed for multiple educational and news programs in the
       past two years on several topics including Neurobiology of Anxiety (HBO),
       Violence and the Brain (BBC), Effects of Stress on the Brain (BBC), Stress
       (CNN), Effects of Childhood Abuse on the Brain (ABC), Biology of PTSD
       (Discovery Channel), Biology of Stress (Canadian Discovery Channel),
       Consequences of Childhood Abuse (NPR), Relationship between accutane and
       depression and suicide (CNN, Discovery Canada), also multiple articles and

stories in newspapers and magazines.

13 "Assessment and Treatment of PTSD in Children and Adults" Clinical Educational Symposium Co-chairs JD Bremner & Phillip Saigh, Annual Meeting of the Anxiety Disorders Association of America, Atlanta GA, March 22-25, 2001

14 "Is there an epidemic of depression?" presentation for the lay public as part of "Conversations at the Carter Center", Rosalyn Carter (Chair), Atlanta GA, April 19, 2001.

15 "Looking into the Minds Eye of PTSD" presented as part of program "Future Leaders in Psychiatry," Boca Raton, FL, April 20-22, 2001.

16 Invited participant in General Electric all-day seminar "PET-CT Imaging with Discovery LS" New York, June 21, 2001.

17 "Assessment and Treatment of Posttraumatic Stress Disorder" Invited Continuing Medical Education Lecture sponsored by CME Inc, Chicago IL, Oct. 4, 2001.

18 "Trauma and Memory Related to Bosnian Genocide: The Debate Goes International" Invited participant in Workshop for American Academy of Psychiatry and the Law, Annual Meeting, Boston MA, Oct. 25, 2001.

19 "Assessment and Neurobiology of Childhood Sexual Abuse-related PTSD" Invited Lecture for Emory Development Translational Research Seminar, Emory University School of Medicine, Dec. 2, 2001.

20 "Hearts and Minds: Cardiac PET as a Tool for Merging Cardiology and Psychiatry" lecture for Emory Center for Outcomes Research (ECOR) Research Seminar, February 23, 2002.

21 "Brain imaging in psychiatry and clinical neuroscience" presented at Emory/Georgia Tech Molecular Imaging Symposium, Jan 15, 2004

22 "Stressors and emotional trauma contributing to the mental health of combat soldiers", invited lecture for Seamless Transition from Walter Reed Army Medical Center to the VA Southeast Network: Treatment of OEF/OIF Combat Veterans, Atlanta VA and Walter Reed Army Medical Center, April 22, 2005.

23 "PTSD" presented for "Faces of Mental Illness: PTSD" presented by the Emory College Chapter of Active Minds, Oct 5, 2005

24 "Effects of Combat Stress on Soldiers of the Iraq War" presented for Atlanta Friends of Emergency conference, War and Health, Atlanta, GA, February 17, 2007.

25 "Psychosomatic Medicine and PTSD: From Bench to Bedside to Community," roundtable discussion at the American Psychosomatic Society Annual Meeting, Budapest, Hungary, March 7, 2007.

26 "Brain Imaging for the Mental Health Professional" week-long course taught for the New England Educational Institute, Eastham MA, June 16-20, 2008.

27 "PTSD in Returning Iraq Vets" participated in panel for "Class on the Quad", Emory University, April 1, 2009.

28 Faculty participant in Joint SAN/COST B27 Training Schools on Neurofeedback and ADHD & International Course and Conference MIND AND BRAIN VI: Neuroplasticity of Brain and Behavior, April 16-21, 2009, Dubrovnik, Croatia.

29

Supervisory Teaching:

a.      Ph.D. students directly supervised:
        Bernet Elzinga (Yale), 1999-2001, now has a faculty position in
        Psychology at the University of Leiden (The Netherlands)
        Katherine Shobe (Yale), 1998-1999, Postdoctoral Fellow, Univ of NY,
        Albany
        Eric Vermetten (Yale/Emory) 1997-2003, now research faculty at the
        University of Utrecht and the Dutch Military Hospital
        Predoctoral students: Silke Welter (Emory) 2001-2002, now a graduate
        student at the University of Triere.
        Tanja Mletzko, 2002-2004, Postdoctoral fellow, Emory

b.      Post-doctoral fellows directly supervised (Yale):
        Meena Narayan, MD (Yale) 1995-1998, now Research Psychiatrist at the
        National Institute of Mental Health Mood and Anxiety Disorders Program.
        Ed Perry, MD (Yale), 1996-1998
        Safraz Khan, MD, 1997-1999, Resident in Psychiatry, Creighton.
        Thomas Lu, MD,
        Jahangir Adil, MD,
        Alessandra Buonopane, M.D., 1997-1998, Assistant Professor of
        Psychiatry, Yale University School of Medicine
        Gabriel De Erasquin, M.D.,
        Penny Randall, M.D., 1992-1995, Assistant Professor of Psychiatry, U.
        California-Irvine
        Adam Darnell, M.D., 1992-1994, Assistant Professor of Psychiatry,
        Jerusalem University
        Hadar Lubin, M.D.,
        Angela Cappiello, M.D.,
        (Emory and Yale)
        Ahsan Nazeer, MD, 1998-2000, Resident in Psychiatry, U. North Dakota
        Nadeem Afzal, MD, 1997-present, Postdoctoral Fellow, Emory NISTP
        Sajid Siddiq, MD, 1999-2004, Postdoctoral Fellow, Emory
        Eric Vermetten, M.D., 1997-2001, Director of Research, Dutch Military
        Hospital, Utrecht
        Christian Schmahl, M.D., 1999-2001, Research Psychiatrist, University of
        Mannheim (Germany)
        (Emory)
        Olga Novik, MD, 2001-2003, postdoctoral fellow, Emory
        Ali Ashraf, MD, 2002-present
        Faiz Cheema, MD, 2002-present
        Nori Kitayama, MD, 2002-2005, Research Psychiatrist, Japan NIH
        Farhan Jawed, MD, 2003-present

c.      Residency Program: Psychiatry, Yale School of Medicine, 1991-2000;
        Radiology, Yale School of Medicine, 1997-2000; Psychiatry and
        Radiology, 2000-present. Residents supervised for research: Tim Hanes
        MD (Emory Radiology); 7/01-9/01, now a radiology resident.

d.      Other: Medical Students (Emory):

Matt Hoffman MD, during Clinical Research Internship for Medical
Students, funded by Stanley Foundation, May 12, 2001-July 1, 2001, now
a medical student at Emory.
Undergraduate: Andrea Franklin, Spelman College, funded by the RISE
Program, 2005-present.

27-28. Lectureships, Seminar Invitations, and Visiting Professorships, Invitations to
National or International Conferences (presented as first author only, posters presented as
co author and abstracts published as co author not listed).

- "Dissociation and Posttraumatic Stress Disorder in Vietnam Combat Veterans"
  presented at the International Society for Traumatic Stress Studies, November 1991
- "Trauma and Dissociation in Combat-related PTSD" presented as part of symposium
  "Trauma and Dissociation" (Bremner, Chair) American Psychiatric Association
  Annual Meeting, May 1992
- "Declarative Memory Deficits in PTSD" presented as part of symposium "Effects of
  Traumatic Stress on Memory" (Bremner, Chair) International Society for Traumatic
  Stress Studies Annual Meeting, November 1992
- "Memory and the Hippocampus in PTSD" presented as part of symposium "Long
  Term Effects of Traumatic Stress on Memory" International Society for Traumatic
  Stress Studies Annual Meeting, November 1993
- "Memory and the hippocampus in early abuse related PTSD" presented as part of
  symposium "Effects of early stress on the brain" (Bremner & Charney, Chairs)
  American College of Neuropsychopharmacology Annual Meeting, San Juan PR, Dec
  11-15, 1993.
- "Memory and the hippocampus in Vietnam veterans with chronic PTSD" invited
  lecture at the Lake George PTSD Conference, Lake George NY, Jan 23, 1993.
- "Noradrenergic Function in PTSD" Grand Rounds Presentation, Hahnemann
  University Dept of Psychiatry, Philadelphia PA, Oct. 15, 1993
- "PET measurement of cerebral metabolism following a noradrenergic challenge in
  patients with post-traumatic stress disorder and in healthy subjects." Presented at
  Society for Nuclear Medicine Annual Meeting, June 1993.
- "PET measurement of noradrenergic function in post-traumatic stress disorder."
  Presented at International Society for Traumatic Stress Studies Annual Meeting,
  November 1993.
- "Neurobiology of PTSD" Invited lecture for the Macklin Series, Naval Health
  Sciences Education and Training Command, Portsmouth VA, Nov. 5, 1993.
- "Neurobiology of PTSD" Grand Rounds Presentation, Dept of Psychology,
  University of Maine, Sept 11, 1994
- "Neurobiology of PTSD" Grand Rounds Presentation, University of Maine, May 3,
  1994.
- "Neurobiology of PTSD" Grand Rounds Presentation, University of Connecticut
  School of Medicine, Storrs, CT, June 12, 1994.
- "Neurobiology of Anxiety Disorders" invited lecture for the European College of
  Neuropsychopharmacology Annual Meeting, Monaco, Oct 14, 1994
- "PET measurement of cerebral metabolic correlates of tryptophan depletion induced

depressive relapse" presented as part of symposium "PET Brain Imaging Studies in Depression" (Bremner & Charney, Chairs), American College of Neuropsychopharmacology Annual Meeting, San Juan PR, Dec 11-15, 1995.

- "PET FDG measurement of cerebral metabolic correlates of depressive relapse." Presented as Society for Nuclear Medicine Annual Meeting, June 1995.
- "PET measurement of cerebral metabolic correlates of yohimbine administration in posttraumatic stress disorder." Presented at Society for Nuclear Medicine Annual Meeting, June 1995.
- "Noradrenergic function in PTSD" presented at the Annual Meeting of the European College of Neuropsychopharmacology, Monaco, Sept 16, 1995.
- "Brain correlates of noradrenergic function in PTSD" Grand Rounds presentation, Hahnemann University School of Medicine, Philadelphia, PA, Nov 10, 1995.
- "MRI and neuropsychological studies in victims of trauma at different stages of development" invited presentation in panel "Early Environment and Development" (Plotsky, Chair), American College of Neuropsychopharmacology Annual Meeting, San Juan PR, Dec 11-15, 1995.
- "PET measurement of tryptophan depletion induced depressive relapse" presented as part of panel "PET Brain Imaging Studies in Depression" (Bremner & Charney, Chairs), American College of Neuropsychopharmacology Annual Meeting, San Juan PR, Dec 11-15, 1995.
- Participated in NIMH-sponsored workgroup "Aging and Anxiety Disorders" and presented "Neuroimaging of anxiety", Bethesda MD, March 12, 1996.
- "PET FDG measurement of cerebral metabolic correlates of depressive relapse." Presented at Society for Nuclear Medicine Annual Meeting, June 1996.
- "PET measurement of brain correlates of exposure to traumatic material in posttraumatic stress disorder." Oral presentation, Society for Neuroscience Annual Meeting, New Orleans LA, Oct 25 1997.
- "The Neurobiology of Posttraumatic Stress Disorder" Plenary Presentation, Trauma Disorders 1997: Theory, Research and Practice. Sheppard Pratt Hospital, Baltimore, MD, Nov. 8, 1997.
- "Hippocampal function in PTSD." Presented at Biomedicine '98, in conjunction with VA Medical Research, Washington D.C., May 1-3, 1998.
- "The Neurobiology of Posttraumatic Stress Disorder: A Clinician's Primer" presentation at Yale Psychiatric Institute Trauma Studies Program Conference, Yale Psychiatric Institute, New Haven CT, May 17, 1998.
- "Devastating Effects of Childhood Abuse on Mind and Brain" Chair of Symposium at American Psychiatric Association Annual Meeting, Toronto, Canada, May 25, 1998.
- "Lasting effects of childhood abuse on mind and brain" presented as part of symposium "Devastating Effects of Childhood Abuse on Mind and Brain" American Psychiatric Association Annual Meeting, Toronto, Canada, May 25, 1998.
- "Comorbidity of PTSD and Dissociative Disorders" Presented as part of symposium chaired by David Spiegel at American Psychiatric Association Annual Meeting, Toronto, Canada, May 25, 1998.
- "Does Stress Damage the Brain?" Grand Rounds presentation, Department of Psychiatry, Columbia University School of Medicine, New York, NY, August 22, 1998.

- "Lasting Effects of Stress on Memory and the Hippocampus" Grand Rounds presentation, Department of Psychiatry, Yale University School of Medicine, New Haven, CT, Oct. 22, 1998.
- "Neural Mechanisms in Delayed Recall of Childhood Abuse" Plenary Presentation, Trauma Disorders 1998: Theory, Research and Practice. Sheppard Pratt Hospital, Baltimore, MD, Nov. 6, 1998.
- "Effects of childhood abuse on Hippocampus and Memory" presented in symposium "Cognition in PTSD" (P Saigh, Chair), Annual Meeting of International Society for Traumatic Stress Studies, Washington, DC, Nov. 11, 1998.
- "Hippocampus and Memory in PTSD and Depression" presented in symposium "Neural Plasticity in Health and Disease (DS Charney, Chair), American College of Neuropsychopharmacology, Annual Meeting, Puerto Rico, Dec 7, 1998.
- "Hippocampal volume reduction in unipolar major depression" poster presentation, American College of Neuropsychopharmacology, Annual Meeting, Puerto Rico, Dec 7-12, 1998.
- "Decreased frontal cortical function in PTSD" poster presentation, American College of Neuropsychopharmacology, Annual Meeting, Puerto Rico, Dec 7-12, 1998.
- "Does Stress Damage the Brain?" Grand Rounds Presentation, Dept. of Psychiatry, University of Washington School of Medicine, Seattle WA, Jan 13, 1999.
- "PET and SPECT Measurement of Brain Function and Receptor Binding in Anxiety and Depression". Department of Radiology Invited Lecture, University of Washington School of Medicine, Seattle WA, Jan 14, 1999.
- "Brain Imaging in PTSD" VA PTSD Conference, New Orleans VAMC, New Orleans LA, Jan 16, 1999.
- "Neuroimaging of PTSD and Depression" Dr. Paul Wood Memorial Lecture, Department of Psychiatry, University of Utah School of Medicine, Salt Lake City, Utah, Feb. 8, 1999.
- "Hippocampal function in PTSD" Invited presentation for the VA Medical Advisory Group, Houston, TX, March 1 1999.
- "Lasting effects of childhood abuse on memory, cortisol and the hippocampus." Paper given in symposium "Neurosciences 1999: Breakthroughs in Brain Imaging", March 20, 1999, Yale School of Medicine. A joint presentation of the Connecticut Mental Health Center and the Department of Mental Health and Addiction Services, State of Connecticut, in association with the National Alliance for the Mentally Ill-Connecticut.
- "Neuropsychological models and neural mechanisms in dissociation." Presented in International Symposium About Controversies in Psychiatry: "Dissociative States," Unitat de Psiquiatria, Hospital Universitari Germans Trias I Pujol, Barcelona, Spain, March 27, 1999.
- "Measurement of Dissociative States with the Clinician Administered Dissociative States Scale: Development and Psychometric Properties." Presented at the International Epidemiology Association Annual Meeting, Florence, Italy, Sept 1-4, 1999.
- "Neuroimaging in PTSD and Depression." Grand Rounds presentation, Department of Psychiatry, Medical University of South Caroline, Charleston, S.C., Sept. 14, 1999 (interrupted by hurricane evacuation).

- "Traumatic Memories Lost and Found: Can Lost Memories of Childhood Abuse be Found in the Brain?" Presentation for Yale Psychiatric Institute Trauma Studies Conference, Sept. 15, 1999.
- "Neuroimaging of PTSD" Lecture for New York State Chapter of the American Psychiatric Association, Mystic, Conn., Oct. 4, 1999.
- "Does stress damage the brain? Evidence from neuroimaging studies in PTSD" Grand Rounds Lecture, Department of Psychiatry and Psychotherapy, Freiburg University Clinic, Freiburg, Germany, Oct 10, 1999.
- "Does stress damage the brain?" Invited lecture for New York State Chapter of the American Psychiatric Association, Mystic, Conn., Oct 16, 1999.
- "Lasting effects of childhood sexual abuse on the hypothalamic-pituitary-adrenal axis in women with and without posttraumatic stress disorder (PTSD)" Poster presentation at Annual Meeting of Society for Neuroscience, Miami, FL, Oct 20-25, 1999.
- "Data warehousing in PTSD" Presented as part of an Educational Workshop at Annual Meeting of International Society for Traumatic Stress Studies, Miami, FL, Nov 14-17, 1999.
- "False memories in women with childhood sexual abuse with and without PTSD: an empirical study" presented at Annual Meeting of International Society for Traumatic Stress Studies, Miami, FL, Nov 14-17, 1999.
- "Lasting effects of childhood sexual abuse on the hypothalamic-pituitary-adrenal axis in women with and without posttraumatic stress disorder (PTSD)" presented at Annual Meeting of International Society for Traumatic Stress Studies, Miami, FL, Nov 14-17, 1999.
- "Decreased frontal cortical benzodiazepine receptor binding in posttraumatic stress disorder" Poster presentation at American College of Neuropsychopharmacology Annual Meeting, Acapulco, Mexico, Dec. 12-16, 1999.
- Co-Chair of All-Day Panel Session, "Stress, Hormones, and Neural Circuits: Basic and Clinical Perspectives". American College of Neuropsychopharmacology Annual Meeting, Acapulco, Mexico, Dec. 12-16, 1999.
- "HPA Axis Function and Hippocampus in Sexually Abused Women with and without PTSD" Presented in Panel "Stress, Hormones, and Neural Circuits: Basic and Clinical Perspectives" (JD Bremner & L Winsky, Co-Chairs). American College of Neuropsychopharmacology Annual Meeting, Acapulco, Mexico, Dec. 12-16, 1999.
- "Hippocampal Function in PTSD" Invited lecture, Veterans Administration Medical Advisory Group Meeting, Houston TX, March 13, 2000.
- Co-chair of symposium "HPA axis and neuroanatomical findings in PTSD" American Psychiatric Association Annual Meeting, Chicago IL, May 15-19, 2000.
- "HPA axis and hippocampus in sexually abused women with PTSD" presentation in symposium "HPA axis and neuroanatomical findings in PTSD" American Psychiatric Association Annual Meeting, Chicago IL, May 15-19, 2000.
- "Decreased frontal cortical benzodiazepine receptor binding in PTSD" new research presentation, American Psychiatric Association Annual Meeting, Chicago IL, May 15-19, 2000.
- Participant in workshop "Trauma and Memory, the Debate goes International" American Psychiatric Association Annual Meeting, Chicago IL, May 15-19, 2000.
- "Alterations in brain structures involved in memory in PTSD" invited lecture for New

York Academy of Sciences, Neuropsychology Section, New York, NY, May 21, 2000.

- "Neuroimaging in Psychiatry" Invited lecture for Forum 2000, sponsored by SmithKline Beecham, Hawaii, May 31, 2000.
- "Neuropsychological and neuroanatomical consequences of stress" invited lecture for the Connecticut Neuropsychological Society, West Haven, CT, Sept 8, 2000.
- "Hippocampal Structure and Function in PTSD" invited paper presented in symposium "New advances in neuroimaging in PTSD" International Society for Traumatic Stress Studies Annual Meeting, Nov 17, 2000, San Antonio TX.
- "New advances in neuropeptides as therapeutic agents" invited presentation in "New Therapeutic Advances in Mood and Anxiety Spectrum Disorders" San Juan, Puerto Rico, Dec. 8 2000.
- "Neuroimaging of PTSD and Related Disorders" presented in symposium "The Legacy of PTSD and Beyond" (C Nemeroff and M Stein, Co-chairs), American College of Neuropsychopharmacology, Annual Meeting, Puerto Rico, Dec 11, 2000.
- "Increased cortisol reactivity to stressors in abuse-related PTSD" Poster presentation at American College of Neuropsychopharmacology, Annual Meeting, Puerto Rico, Dec 11, 2000.
- "Neurobiology and Treatment of PTSD" Invited lecture for PsychNet 2001, GlaxoSmithKline, Orlando FL, February 28, 2001.
- "Deficits in hippocampal structure and function in women with childhood sexual abuse-related PTSD", Presented at the Annual Meeting of the Anxiety Disorders Association of America, March 22-25, 2001, Atlanta GA.
- "Neurobiology and Treatment of PTSD", in symposium "Assessment and Treatment of Children and Adults with PTSD" (J Bremner & P Saigh, Co-chairs), Presented at the Annual Meeting of the Anxiety Disorders Association of America, March 22-25, 2001, Atlanta GA.
- Co-chair, "Assessment and Treatment of Children and Adults with PTSD" (J Bremner & P Saigh, Co-chairs), Presented at the Annual Meeting of the Anxiety Disorders Association of America, March 22-25, 2001, Atlanta GA.
- "Neurobiology of PTSD" Plenary session of the Dutch National Psychiatric Association, Rotterdam, The Netherlands, April 5, 2001.
- "Is there an epidemic of depression?" presentation for the lay public as part of "Conversations at the Carter Center", Rosalyn Carter (Chair), Atlanta GA, April 19, 2001.
- "Deficits in hippocampal structure and function in childhood sexual abuse-related PTSD" invited lecture for symposium "Trauma and Memory" (Kristen Alexander and Jodie Quaas, Co-Chairs) Annual Meeting of the Society for Research on Child Development, Minneapolis, April 19-24, 2001.
- "Looking into the Minds Eye of PTSD" presented as part of program "Future Leaders in Psychiatry," Boca Raton, FL, April 20-22, 2001.
- "Effects of Captivity Stress on Cardiovascular Disease" invited lecture for Robert Mitchell Center for RPOW Studies/Center for Naval Analysis/Naval Operational Medicine Institute Conference on RPOW Studies, Alexandria, VA, April 23-24, 2001.
- "Neurobiology of PTSD" Invited lecture for the American Society of Hispanic

Psychiatrists, New Orleans, LA, May 1, 2001.

- "Role of hippocampus and medial prefrontal cortex in abuse-related PTSD" Presented as part of symposium, "Childhood Sexual Abuse: Victims and Perpetrators" (I. Galynker & JD Bremner, Co-Chairs), Annual Meeting of the American Psychiatric Association, New Orleans, LA May 5-10, 2001

- "Trauma and Memory Related to Bosnian Genocide: The Debate Goes International" Invited participant in Workshop for American Academy of Psychiatry and the Law, Annual Meeting, Boston MA, Oct. 25, 2001.

- "Failure of hippocampal activation in recurrent depression" oral presentation at Society for Neuroscience Annual Meeting, San Diego, CA, Nov 14-18, 2001.

- Participant in Workgroup "Early Responses to Trauma" sponsored by NIMH; presented "Alterations in brain structure and function in PTSD", Bethesda, MD, Nov. 15-16, 2001

- "Effects of Stress and Anxiety on Brain Structure and Function: Lessons from Combat-related and Civilian PTSD" Invited lecture for the 23rd Annual PUK Symposium: "Posttraumatische Stress Stoornis…van neurobiologische modelvorming tot klinisch inzicht". Utrecht, The Netherlands, Nov. 28, 2001.

- Chair of Symposium: "Neural Mechanisms in Posttraumatic Stress Disorder: Part II" Annual Meeting of the International Society of Traumatic Stress Studies, New Orleans, LA, Dec. 6, 2001.

- "Positron emission tomographic imaging of neural correlates of fear conditioning in PTSD" presented in Symposium: "Neural Mechanisms in Posttraumatic Stress Disorder: Part II" Annual Meeting of the International Society of Traumatic Stress Studies, New Orleans, LA, Dec. 6, 2001.

- "Neural correlates of exposure to the neutral and emotional Stroop in abuse-related PTSD" Presented in Symposium: "Neural Mechanisms in Posttraumatic Stress Disorder: Part I (Jim Hooper PhD, Chair) " Annual Meeting of the International Society of Traumatic Stress Studies, New Orleans, LA, Dec. 6, 2001.

- "Neural correlates of fear conditioning in PTSD" poster presentation at the Annual Meeting of the American College of Neuropsychopharmacology, Waikaloa, Hawaii, Dec 9-14, 2001.

- "Neurophysiological mechanisms in dissociation." Invited presentation for symposium "Estados Dissociativos (Dissociative Phenomena): Controversias em Psiquiatria (Controversies in Psychiatry)" (Chaired by Prof M. Luisa Figueira), Sintra, Portugal, Jan 12, 2002.

- "Neurobiology of PTSD" Atlanta VAMC Grand Rounds Presentation, Jan 15, 2002.

- "Pathways mediating the effects of stress on depression" Invited plenary lecture for the American College of Psychiatry, Mauna Lani, Hawaii, February 26, 2002.

- "Recent advances in the neurophysiology of trauma" invited plenary lecture for the American Society of Clinical Hypnosis annual meeting, Indianapolis IN, March 19, 2002.

- "Does Stress Damage the Brain?" Invited lecture for the NIMH Mood and Anxiety Disorders Program Distinguished Lecture Series, April 1, 2002, Bethesda MD.

- "Alterations in brain structure and function in PTSD" Invited lecture and invited participant in Sedona Conference "Effects of early life events on mind brain body interactions", Sedona, AZ, April 7-11, 2002.

- "Memory and the hippocampus in posttraumatic stress disorder" Invited lecture for the Spring Hippocampus Research Conference, Grand Cayman, April 13-20, 2002.
- Discussant for "Functional imaging and the control of emotion and impulsivity in borderline personality disorder", Workshop for Annual meeting of the Society for Biological psychiatry annual meeting, Philadelphia PA, May 7-12, 2002.
- "Neural correlates of memory for emotional words in abuse-related PTSD" presented in child/anxiety paper session, Society for Biological psychiatry annual meeting, Philadelphia PA, May 7-12, 2002.
- "Neural pathways in stress" Presentation at Society for Biological Psychiatry annual meeting, Philadelphia PA, May 7-12, 2002.
- "Neural correlates of fear conditioning and extinction in women with childhood abuse-related posttraumatic stress disorder" Presentation at the Annual Meeting for the Society of Nuclear Medicine, Los Angeles CA, June 16, 2002.
- "Neurobiology of PTSD and Depression" lecture for the Emory Program for Training of Psychiatry Residents, a national program held at Palm Beach, FL, Aug 22-26, 2002.
- "Neurobiology and Treatment of PTSD" presented as part of symposium "Neurobiology of Trauma related Disorders" World Psychiatry Congress Annual Meeting, Yokohama Japan, Aug 26-29, 2002.
- "Hippocampus and Memory in Twins with and without Vietnam Combat Service and PTSD" presented in symposium "New Brain Imaging Studies in PTSD" International Society of Traumatic Stress Studies Annual Meeting. Baltimore, MD, Nov 9-11, 2002
- "Neurobiology and Treatment of PTSD" presented in symposium "Biology and Clinical Psychopathology of Trauma, Stress and Dissociation" joint session of the International Society of Traumatic Stress Studies, and International Society for the Study of Dissociation. Baltimore, MD, Nov 9-11, 2002
- "Depression and Bipolar Support Alliance Consensus Conference on Diagnosis and Treatment of Depression in the Medically Ill", Washington, DC, Nov 12-13, 2002. Participant in Consensus Conference and in Workgroup on "Stroke, Parkinson's Disease and Alzheimer's Disease."
- "Does Stress Damage the Brain? Invited plenary lecture for Program "Nye udfordringer I arbejdsmedicinen", Dept. of Occupational Medicine, Aarhus University Hospital, Aarhus, Denmark, Nov. 21, 2002.
- "Hippocampal volume in dizygotic twins discordant for Vietnam combat exposure and PTSD" presented at American College of Neuropsychopharmacology Annual Meeting, San Juan PR, December 9, 2002.
- "Neurobiology and treatment of PTSD" invited lecture and participant in the conference "Trauma, Culture and the Brain" sponsored by the Foundation for Psychocultural Research and UCLA, Los Angeles CA, Dec 13-15, 2002.
- "Does Stress Damage the Brain?" Invited lecture, St. Josef Hospital & University of Leuven, Leuven, Belgium, March 21, 2003.
- "Recent Research Findings in PTSD" Invited lecture, University of Utrecht, Utrecht, The Netherlands, March 23, 2003.
- "The Neurobiology of Early Trauma" invited lecture for Satellite Symposium of the Anxiety Disorders Association of America Annual Meeting, Toronto, Canada, March 26-9, 2003

- "PET and MRI Studies of Mood and Anxiety Disorders" presented as part of symposium "Common Circuits in Depression and Anxiety: Evidence from Neuroimaging Studies" Anxiety Disorders Association of America Annual Meeting, Toronto, Canada, March 26-9, 2003.
- "Does Stress Damage the Brain" Invited lecture for the Annual Meeting of the Colorado Neuropsychological Association, Denver, CO, April 2, 2003.
- "Effects of Stress on Mind, Brain and Body: Evidence from Neuroimaging Studies" Invited Lecture for the UCLA Center for Integrative Medicine, Los Angeles CA, May 12, 2003.
- "Does Stress Damage the Brain?" Invited Lecture for the UCLA Center for Ulcer Research, Los Angeles CA, May 13, 2003.
- "Memory and the Hippocampus in Vietnam Twins with PTSD" presented in paper session at Annual Meeting of Society of Biological Psychiatry, San Francisco CA, May 14-18, 2003.
- "Neural Correlates of Memory for Emotionally Valenced (Sad) Words in Patients with Unipolar Major Depression" poster presented at Annual Meeting of Society of Biological Psychiatry, San Francisco CA, May 14-18, 2003.
- "Is BPD a Variant of PTSD? Evidence from Neuroimaging Studies" presented in workshop at Annual Meeting of Society of Biological Psychiatry, San Francisco CA, May 14-18, 2003.
- "Does Stress Really Damage the Brain" presented in workshop at Annual Meeting of Society of Biological Psychiatry, San Francisco CA, May 14-18, 2003.
- "Does Stress Damage the Brain?" invited plenary lecture at the European Society for Traumatic Stress Studies, Berlin, Germany, May 22, 2003.
- "Effects of pharmacological treatment on brain structure in PTSD" Invited plenary lecture for the Annual Meeting of the International Society for Psychoneuroendocrinology, New York NY, Sept 10, 2003.
- "Brain imaging in PTSD" invited presentation for "PTSD Roundtable" sponsored by GlaxoSmithKline, New York, NY, Sept 14, 2003.
- "Neurobiology of Early Stress" Grand Rounds presentation, Department of Pediatrics, Virginia Commonwealth University School of Medicine, Richmond, Virginia, Oct. 14, 2003.
- "HPA axis and serotonergic function in PTSD" part of symposium "An integration of pathophysiology and pharmacotherapy of PTSD" Annual Meeting of the International Society for Traumatic Stress Studies, Chicago IL, Oct 29-31, 2003.
- "Memory and the Hippocampus in Vietnam Twins with PTSD" part of symposium "New research in brain imaging in PTSD" Annual Meeting of the International Society for Traumatic Stress Studies, Chicago IL, Oct 29-31, 2003.
- "Regional metabolic correlates of alpha-methyl paratyrosine induced return of depressive symptoms" presented at Annual Meeting of the Society for Neuroscience, New Orleans, LA, Nov 11, 2003.
- "Effects of glucocorticoids on verbal declarative memory in posttraumatic stress disorder" presentation at Annual Meeting of the American College of Neuropsychopharmacology, San Juan PR, Dec 8-12, 2003.
- "Does stress damage the brain?" Grand Rounds in Psychiatry, Vanderbilt University School of Medicine, Jan 13, 2004.

- "Does Stress Damage the Brain?" Invited lecture for the Colorado Psychiatric Society, Englewood CO, January 23, 2004.
- "Neurobiology of PTSD" Invited lecture at the Department of School Psychology, Teachers College, Columbia University, New York, Feb 19, 2004.
- "Neurobiology of Early Life Stress in Women with Posttraumatic Stress Disorder" presented in symposium "Biological, Cognitive and Behavioral Changes Associated with Early Trauma In Women" (Mazure, Chair) at 2nd World Congress for Women's Mental Health, International Association for Women's Mental Health, Washington DC, March 17-20, 2004.
- "HPA Axis and Serotonin Function in PTSD" presented as part of panel, Neurobiology and Neuropharmacology of PTSD, L Davis, Chair, Annual Meeting of the American Psychiatric Society, New York, May 6, 2004.
- "Does Stress Damage the Brain?" Invited Keynote Address, Bi Annual Retreat, Developmental Psychobiology Research Group Training Program, University of Colorado Health Sciences Center, Estes Park CO, May 19, 2004.
- "Role of the Hypothalamic-pituitary-adrenal Axis in Stress-induced Glutamate Pathology in Hippocampus" invited lecture as part of symposium on "The Role of Glutamate in Stress Response" (G. Marek, Chair), presented at 5th World Congress on Stress, International Society for the Investigation of Stress, King's College, London, June 18, 2004.
- "Alterations in Brain Structure and Function in Posttraumatic Stress Disorder" presented in symposium "Update on PTSD: From Acute Trauma to Chronic Disorder" (J. Zohar, Chair) at XXIVth Collegium Internationale Neuropsychopharmacology Congress, Paris, June 23, 2004.
- "Memory and the Hippocampus in PTSD" Invited lecture for 13th Hakone Psychopharmacological Symposium, Hakone, Japan, September 5, 2004.
- "Neurobiology of Sexual Abuse in Women" Invited lecture, Japan National Institute of Health, Tokyo, Japan, Sept. 7, 2004.
- "Does Stress Damage the Brain?" invited lecture for Co-Occurring Disorders Inst., Wasila, AK, Sept. 20, 2004.
- "Functional brain imaging abnormalities in acne patients treated with isotretinoin" presented at Annual Meeting of Society for Neuroscience, San Diego CA, Oct. 22-26, 2004.
- "Childhood abuse and PTSD" presented in NIH Workshop "Fibromyalgia: The Next Advances" jointly sponsored by Oregon Health & Science University and The National Institute of Arthritis and Musculoskeletal and Skin Diseases (NIAMSD), NIH, Washington DC, November 11-12, 2004
- "PTSD and the Effect of Interventions" invited lecture for "Neuroimaging, de invloed van therapeutische interventies", Parnassia Hospital, The Hague, Netherlands, Dec 10, 2004.
- "Treatment of posttraumatic stress disorder with phenytoin: An open label pilot study." Poster presentation at the Annual Meeting of the American College of Neuropsychopharmacology, San Juan PR, Dec 12-16, 2004.
- "Effects of phenytoin on memory, cognition, and brain structure in posttraumatic stress disorder: A pilot study." Poster presentation at the Annual Meeting of the American College of Neuropsychopharmacology, San Juan PR, Dec 12-16, 2004.

- "Effects of stress and depression on stress-induced myocardial ischemia in patients with Coronary Heart Disease" Poster presentation at Annual Meeting of American Psychosomatic Society, Vancouver BC, Feb 28-March 3, 2005.
- "Effects of stress and depression on stress-induced myocardial ischemia in patients with Coronary Heart Disease" slide presentation at Annual Meeting of Society of Biological Psychiatry, Atlanta GA, May 20-22, 2005.
- "Effects of isotretinoin on brain function in acne patients", poster presentation at Annual Meeting of Society of Biological Psychiatry, Atlanta GA, May 20-22, 2005.
- "Brain imaging in psychiatry," presented as part of symposium "Research advances in psychiatry," Annual Meeting of the American Psychiatric Association, Atlanta GA, May 23-25, 2005
- "Effects of isotretinoin on brain function in acne patients", poster presentation at Annual Meeting of the American Psychiatric Association, Atlanta GA, May 23-25, 2005.
- "Neural Circuits in Trauma Spectrum Disorders", presentation as part of symposium "Disturbed fronto-limbic brain circuitry: How specific is it for different psychiatric disorders" (K. Lieb, Chair), presentation at Annual Meeting of the American Psychiatric Association, Atlanta GA, May 23-25, 2005
- "Effects of Stress on Brain Structure and Function: Applications to Trauma Spectrum Disorders", invited lecture for 2005 Workshop on the Neuroendocrinology of Stress, supported by the American Neuroendocrine Society, San Diego, CA, June 1, 2005.
- "Relationship between Cognitive and Brain Changes in PTSD", invited lecture for "Psychobiology of PTSD: A Decade of Progress", New York Academy of Sciences, New York NY, Sept 11-13 2005.
- "Mental depression and cardiovascular disease" invited lecture for American Heart Association Sponsored Workshop on Emerging Concepts on Neural Interactions in Hypertension, Washington DC, Sept. 21, 2005.
- "Structural and Functional Brain Imaging of Trauma Spectrum Disorders," invited Grand Rounds presentation at Wake Forest University School of Medicine, Winston-Salem, NC, December 1, 2005.
- "Hippocampus in Stress Related Psychiatric Disorders" invited lecture for the Annual Meeting of the American College of Psychiatrists, San Juan, P.R., Feb 22, 2006.
- "Plasma cholesterol concentrations in depression and posttraumatic stress disorder," poster presentation and published abstract, Annual Meeting of the American Psychosomatic Society, Denver CO March 1-4, 2006.
- "Single photon emission computed tomography (SPECT) measurement of myocardial perfusion in repatriated prisoners of war," poster presentation and published abstract, Annual Meeting of the American Psychosomatic Society, Denver CO March 1-4, 2006.
- "Longitudinal assessment of cortisol in repatriated prisoners of war," poster presentation and published abstract, Annual Meeting of the American Psychosomatic Society, Denver CO March 1-4, 2006.
- "Genetic and Neurobiologic Risk Factors for PTSD", invited lecture for VA/DOD/NIH Meeting, "Mapping the Landscape of Deployment Related Mental Health Illness" Washington DC, May 18-19, 2006.
- "Memory and the Hippocampus in Vietnam Twins with PTSD" invited lecture to the

Georgia Prevention Institute, Medical College of Georgia, Augusta GA May 20 2006.

- "Lipid concentrations in patients with posttraumatic stress disorder and depression," poster presented at International Symposium on Atherosclerosis, Rome Italy June 18-22, 2006.
- "Structural and functional plasticity of the human brain in posttraumatic stress disorder," invited lecture for the Dutch Royal Academy of Arts and Sciences, Amsterdam, The Netherlands, Aug 29, 2006.
- "Brain morphology and psychiatric consequences of childhood sexual abuse," invited lecture for symposium "Early stress and psychiatric outcomes," chaired by R. de Kloet and F. Noble, Annual Meeting of the European College of Neuropsychopharmacology, Paris, France, Sept 16-20, 2006.
- "Neural correlates of stress induced myocardial ischemia in coronary heart disease patients with and without depression," poster at Society for Neuroscience Annual Meeting, Atlanta GA  October 16 2006.
- "Brain imaging and neurobiology of PTSD in returning OIF veterans," invited talk for Defense Appropriations Research Program Agency (DARPA) meeting on "Non kinetic war trauma", Alexandria VA, October 23, 2006.
- "Neural and cardiac correlates of resilience and recovery from traumatic stress", presented in symposium "Mechanisms in resilience and recovery from traumatic stress (JD Bremner, Chair), Annual Meeting of the International Society for Traumatic Stress Studies" Hollywood CA, Nov 4-7, 2006.
- "Glutamate, memory, the hippocampus and dissociation" presented in symposium "New Perspectives in Post-traumatic Dissociation" (R. Lanius, Chair) Annual Meeting of the International Society for Traumatic Stress Studies" Hollywood CA, Nov 4-7, 2006.
- "Memory and the hippocampus in Vietnam twins with PTSD", poster presentation at the Annual Meeting of the International Society for Traumatic Stress Studies" Hollywood CA, Nov 4-7, 2006.
- "Long term neurobiological effects of childhood abuse" invited lecture presented as part of "Brainstorm" for Brain Awareness Week, sponsored by the Vanderbilt Brain Institute and Vanderbilt University, February 28, 2007.
- "Neurobiology of Childhood Abuse Related PTSD" invited lecture for symposium 'Psychosomatic Medicine and PTSD: From Bench to Bedside to Community," American Psychosomatic Society Annual Meeting, Budapest, Hungary, March 7, 2007.
- "PTSD and Substance Abuse: Neurobiology" invited lecture in symposium "PTSD and Substance Abuse: Diagnosis, Neurobiology and Treatment" (C. Whitfield, Chair) American Substance Abuse Medicine Annual Meeting, Miami FL April 27, 2007.
- 'Effects of traumatic stress on brain and relationship to physical health,' presented in 'Effects of Trauma on Neurobiology and Physical Health,' Symposium at European Conference on Traumatic Stress, Opatija, Croatia, June 9, 2007.
- 'Brain imaging in anxiety disorders', presented at the Gordon Research Conference 'The Amygdala', Bates College, Lewiston Maine, Aug 2, 2007.
- 'Effects of childhood abuse on the brain: Lessons from neuroimaging', presented at the 13th Annual Habeus Corpus Convention, Nashville TN, Aug 16, 2007
- 'Childhood trauma and cardiovascular disease' poster presented as last author,

European Society for Cardiology Annual Meeting, Vienna, Austria, Sept 4, 2007.

- 'Brain Imaging of Childhood Abuse Related Posttraumatic Stress Disorder' invited lecture for the International Society of Brain Mapping and Intraoperative Surgical Planning (ISBMISP), Annual Meeting, Washington DC, Sept 8, 2007.

- 'Neural correlates of stress induced myocardial ischemia in patients heart disease with and without depression' poster presented at the Annual Meeting of the American College of Neuropsychopharmacology, Boca Raton FL, Dec 6-10 2007.

- 'Neurobiology and brain imaging of trauma-related psychiatric disorders,' Grand Rounds presentation, Dept of Psychiatry, University of Chicago, Chicago IL, Jan 31, 2008.

- 'Neurobiology of trauma' invited lecture for Annual Meeting of the Georgia Psychiatric Physicians Association (GPPA), Atlanta, GA, Feb 15, 2008

- 'Neurobiology of affective disorders,' invited lecture for the Department of Neuroscience, University of Aberdeen, Scotland, July 2, 2008.

- "Functional Imaging of Depression," invited lecture for 6th Annual International Workshop on Neural Plasticity, St Paul de Vence, France, September 26-28, 2008.

- "Neurobiology and Neuroimaging of psychological Trauma" invited presentation for the Research and Resources Center for Victims of Torture, Torture Rehabilitation Conference, Copenhagen, Denmark, Dec 3-4, 2008.

- "Memory and the hippocampus in Vietnam twins" part of panel "Twin studies in PTSD" Chaired by Roger Pitman MD, Annual meeting of the American College of Neuropsychopharmacology, Scottsdale AZ Dec 7-11, 2008.

- "Neuroplasticity in PTSD", invited lecture for Joint SAN/COST B27 Training Schools on Neurofeedback and ADHD & International Course and Conference MIND AND BRAIN VI: Neuroplasticity of Brain and Behavior, April 16-21, 2009, Dubrovnik, Croatia.

29.    Other Activities:

30.    Bibliography:

Published and accepted articles in refereed journals:

1. **Bremner JD**, Southwick SM, Charney DS: Animal models for the neurobiology of trauma. *PTSD Res Q* 1991; 2(4):1-7.

2. **Bremner JD**, Southwick SM, Rosenheck R, Brett E, Fontana A, Charney DS: Dissociation and posttraumatic stress disorder in Vietnam combat veterans. *Am. J. Psychiatry.* 1992;149(3):328-332.

3. Yehuda R, Southwick SM, Krystal JH, **Bremner JD**, Charney DS, Mason J: Enhanced suppression of cortisol with low dose dexamethasone in posttraumatic stress disorder. *Am. J. Psychiatry*. 1993;150:83-86.

4. **Bremner JD:** Dissociazione e La Malatia del Stress Post Traumatico. *Il Piccolo Hans* 1993.

5. **Bremner JD**, Southwick SM, Johnson DR, Yehuda R, Charney DS: Childhood physical abuse and combat-related posttraumatic stress disorder in Vietnam veterans. *Am. J.*

*Psychiatry*. 1993;150:235-239.

6.  **Bremner JD**, Steinberg M, Southwick SM, Johnson DR, Charney DS: Use of the Structured Clinical Interview for DSMIV-Dissociative Disorders for systematic assessment of dissociative symptoms in posttraumatic stress disorder. *Am. J. Psychiatry*. 1993;150:1011-1014.

7.  **Bremner JD**, Scott TM, Delaney RC, Southwick SM, Mason JW, Johnson DR, Innis RB, McCarthy G, Charney DS: Deficits in short-term memory in post-traumatic stress disorder. *Am. J. Psychiatry*. 1993;150:1015-1019.

8.  Sybirska E, Seibyl JP, **Bremner JD**, Baldwin RM, Al-Tikriti MS, Bradberry C, Malison RT, Zea-Ponce Y, Zoghbi S, During M, Goddard AW, Woods SW, Hoffer PB, Charney DS, Innis RB: [$^{123}$I]Iomazenil SPECT imaging demonstrates significant benzodiazepine receptor reserve in human and non-human primate brain. *Neuropharmacology*. 1993;32:671-680.

9.  Southwick SM, Morgan A, Nagy LM, **Bremner JD**, Nicolaou AL, Johnson DR, Rosenheck R, Charney DS: Trauma related symptomatology in Desert Storm veterans: a preliminary report. *Am. J. Psychiatry*. 1993;150:1524-1528.

10. Krystal JH, Karper LP, Seibyl JP, Delaney R, **Bremner JD**, Bowers MB, Charney DS: Dose-related effects of the NMDA antagonist, ketamine, in healthy humans. *Schizophrenia Res*. 1993;9:240.

11. Krystal JH, Karper LP, Abi-Dargham A, Delaney R, **Bremner JD**, Bowers MB, Charney DS: Ketamine effects reduced by lorazepam in healthy humans. *Schizophrenia Res*. 1993;9:241.

12. Mason J, Southwick S, Yehuda R, Wang S, Riney S, **Bremner D**, Johnson D, Lubin H, Blake D, Zhou G, Guzman F, Charney D: Elevation of serum free triiodothyronine, total triiodothyronine, thyroxine-binding globulin, and total thyroxine levels in combat-related posttraumatic stress disorder. *Arch. Gen. Psychiatry*. 1994;51:629-641.

13. **Bremner JD**, Charney DS: The neurobiology of posttraumatic stress disorder: implications for treatment. *Int. Acad. Biomed. Drug Res*. (Basel, Karger; Darcourt G, Mendlewitcz J, Racagni G, Brunello N (eds.)); 1994;8:171-186.

14. Southwick SM, **Bremner JD**, Krystal JH, Charney DS: Psychobiologic research in posttraumatic stress disorder. *Psychiatric Clin. N.A.* 1994;17(2):251-264.

15. Abi-Dargham A, Laruelle M, Seibyl J, Rattner Z, Baldwin RM, Zoghbi SS, Zea-Ponce Y, **Bremner JD**, Hyde TM, Charney DS, Hoffer PB, Innis RB: SPECT measurement of benzodiazepine receptors in human brain with [$^{123}$I]iomazenil: Kinetic and equilibrium paradigms. *J. Nucl. Med*. 1994;35:228-238.

16. Krystal JH, Karper LP, Seibyl JP, Freeman GK, Delaney R, **Bremner JD**, Heninger GR, Bowers, MB, Charney DS: Subanesthetic effects of the non-competitive NMDA antagonist, ketamine, in humans: Psychotomimetic, perceptual, cognitive, and neuroendocrine responses. *Arch. Gen. Psychiatry*. 1994;51:199-214.

17. Baldwin R, Horti A, **Bremner JD**, Stratton MD, Dannals RF, Ravert HT, Zea-Ponce Y, Ng CK, Dey HM, Soufer R, Charney DS, Mazza SM, Sparks RB, Stubbs JB, Innis RB: Synthesis and PET imaging of the benzodiazepine tracer [$N$-Methyl-$^{11}$C]iomazenil. *Nucl.*

*Med. Biol.* 1995; 22:659-665.

18. **Bremner JD**, Randall P, Scott TM, Bronen RA, Delaney RC, Seibyl JP, Southwick SM, McCarthy G, Charney DS, Innis, RB: MRI-based measurement of hippocampal volume in patients with combat-related posttraumatic stress disorder. *Am. J. Psychiatry* 1995; 152:973-981.

19. Southwick SM, Morgan CA, Darnell A, **Bremner JD**, Nicolaou AL, Nagy LM, Charney DS: Trauma related symptoms in veterans of Operation Desert Storm: A two-year followup. *Am. J. Psychiatry.* 1995; 152:1150-1155.

20. **Bremner JD**, Randall PR, Capelli S, Scott T, McCarthy G, Charney DS: Deficits in short-term memory in adult survivors of childhood abuse. *Psych. Res.* 1995; 59:97-107.

21. Randall PK, **Bremner JD**, Krystal JH, Nagy LM, Heninger GR, Nicolaou AL, Charney DS: Effects of the benzodiazepine receptor antagonist flumazenil in PTSD. *Biol. Psychiatry.* 1995; 38:319-324.

22. **Bremner JD**, Krystal JH, Southwick SM, Charney DS: Functional neuroanatomical correlates of the effects of stress on memory. *J. Trauma. Stress.* 1995;8:527-554.

23. **Bremner JD**, Krystal JH, Southwick SM, Charney DS: Noradrenergic mechanisms in stress and anxiety: I. Preclinical studies. *Synapse* 1996; 23:28-38.

24. **Bremner JD**, Krystal JH, Southwick SM, Charney DS: Noradrenergic mechanisms in stress and anxiety: II. Clinical studies. *Synapse* 1996; 23:39-51.

25. **Bremner JD**, Krystal JH, Charney DS, Southwick SM: Neural mechanisms in dissociative amnesia for childhood abuse: Relevance to the current controversy surrounding the False Memory Syndrome. *Am. J. Psychiatry.* 1996;153(7):FS71-82.

26. Southwick SM, Morgan CA, **Bremner JD**, Grillon CG, Krystal JH, Nagy LM, Charney DS: Noradrenergic alterations in posttraumatic stress disorder. *Ann. N.Y. Acad. Sci.* 1997; 821:125-141.

27. Bergherr T, **Bremner JD**, Southwick SM, Charney DS, Krystal JH: Neurobiological perspectives on trauma and aging. *J. Geriatric Psychiatry.* 1997; 30:27-59.

28. **Bremner JD**, Southwick SM, Darnell A, Charney DS: Chronic PTSD in Vietnam combat veterans: Course of illness and substance abuse. *Am. J. Psychiatry.* 1996;153:369-375.

29. **Bremner JD**, Brett E: Trauma-related dissociative states and long-term psychopathology in posttraumatic stress disorder. *J. Trauma. Stress.* 1997; 10:37-50.

30. **Bremner JD**, Randall P, Vermetten E, Staib L, Bronen RA, Capelli S, Mazure CM, McCarthy G, Innis RB, Charney DS: MRI-based measurement of hippocampal volume in posttraumatic stress disorder related to childhood physical and sexual abuse: A preliminary report. *Biol. Psychiatry* 1997;41:23-32.

31. **Bremner JD**, Innis RB, Ng CK, Staib L, Duncan J, Bronen R, Zubal G, Rich D, Krystal JH, Dey H, Soufer R, Charney DS: PET measurement of cerebral metabolic correlates of yohimbine administration in posttraumatic stress disorder. *Arch. Gen. Psychiatry.* 1997; 54:246-256.

32. **Bremner JD**, Innis RB, Salomon RM, Staib L, Ng CK, Miller HL, Bronen RA, Duncan

J, Krystal JH, Rich D, Malison R, Price LH, Dey H, Soufer R, Charney DS: PET measurement of cerebral metabolic correlates of tryptophan depletion-induced depressive relapse. *Arch. Gen. Psychiatry.* 1997; 54:364-374.

33. **Bremner JD**, Licinio J, Darnell A, Krystal JH, Owens M, Southwick SM, Nemeroff CB, Charney DS: Elevated CSF corticotropin-releasing factor concentrations in posttraumatic stress disorder. *Am. J. Psychiatry.* 1997; 154:624-629.

34. Southwick SM, Krystal JH, **Bremner JD**, Morgan CA, Nicolaou A, Nagy LM, Johnson DR, Heninger GR, Charney DS: Noradrenergic and serotonergic function in posttraumatic stress disorder. *Arch. Gen. Psychiatry.* 1997; 54:749-758.

35. Saigh PA, Mroweh M, **Bremner JD**: Scholastic impairments among traumatized adolescents. *Beh. Res. Ther.* 1997; 35:429-436.

36. **Bremner JD**: Neuroimaging studies in PTSD. *NCP Clinical Quarterly* 1997; 7 (4):70-73.

37. **Bremner JD**: Neuroimaging in posttraumatic stress disorder. *Psych. Annals.* 1998;28:445-450.

38. **Bremner JD**: Neuroimaging studies in PTSD. *PTSD Research Quarterly*. 1998.

39. Charney DS, Grillon CC, **Bremner JD** The neurobiological basis of anxiety and fear: Circuits, mechanisms, and neurochemical interactions (Part I). *Neuroscientist* 1998; 4:35-44.

40. Charney DS, Grillon CC, **Bremner JD** The neurobiological basis of anxiety and fear: Circuits, mechanisms, and neurochemical interactions (Part II). *Neuroscientist* 1998; 4:122-132.

41. **Bremner JD**, Krystal JH, Putnam F, Marmar C, Southwick SM, Lubin H, Charney DS, Mazure CM: Measurement of dissociative states with the Clinician Administered Dissociative States Scale (CADSS). *J. Trauma. Stress* 1998; 11:125-136.

42. Krystal JH, Karper LP, Bennett A, D'Souza DC, Abi-Dargham A, Morissey K, Abi-Saab D, **Bremner JD**, Bowers MB Jr, Suckow RF, Stetson P, Heninger GR, Charney DS: Interactive effects of subanesthetic ketamine and subhypnotic lorazepam in humans. *Psychopharmacology* 1998; 135:213-229.

43. Soufer R, **Bremner JD**, Arrighi JA, Cohen I, Zaret BL, Burg MM, Goldman-Rakic P: Cerebral cortical hyperactivation in response to mental stress in patients with coronary artery disease. *P.N.A.S.* 1998; 95:6454-6459.

44. **Bremner JD**, Bronen RA, de Erasquin G, Vermetten E, Staib L, Ng CK, Soufer R, Charney DS, Innis RB: Development and reliability of a method for using magnetic resonance imaging for the definition of regions of interest for positron emission tomography. *Clin. Positron Imaging* 1998; 1:145-159.

45. **Bremner JD**, Narayan M: The effects of stress on memory and the hippocampus throughout the life cycle: Implications for childhood development and aging. *Dev Psychopathol* 1998; 10:871-886.

46. Narayan M, **Bremner JD**, Kumar A: Neuroanatomical substrates of late-life mental disorders. *J Geriatr Psych Neur* 1999; 12:95-106.

47. Southwick SM, **Bremner JD**, Rasmusson A, Morgan CA, Arnsten A, Charney DS: Role of norepinephrine in the pathophysiology and treatment of posttraumatic stress disorder. *Biol. Psychiatry* 1999; 46:1192-1204

48. **Bremner JD**: Alterations in brain structure and function associated with posttraumatic stress disorder. *Sem Clin Neuropsychiatry* 1999; 4:249-255.

*49.* **Bremner JD**: The lasting effects of psychological trauma on memory and the hippocampus. *Cyberounds* 1999; http://www.cyberounds.com/conferences/psychiatry/

50. **Bremner JD**: The invisible epidemic: Posttraumatic stress disorder, memory, and the brain. *The Doctor Will See You Now* 1999; http://www.thedoctorwillseeyounow.com/articles/behavior/ptsd_4/

51. Southwick SM, Paige S, Morgan CA, **Bremner JD**, Krystal JH, Charney DS: Neurotransmitter alterations in PTSD: Catecholamines and serotonin. *Sem Clin Neuropsychiatry* 1999; 4:242-248.

52. Chambers RA, **Bremner JD**, Moghaddam B, Krystal JH: Glutamate and posttraumatic stress disorder: Toward a psychobiology of dissociation. *Sem Clin Neuropsychiatry* 1999; 4:274-281.

53. **Bremner JD**: Devastating effects and clinical implications of childhood abuse. *Directions in Psychiatry* 1999;19:147-162.

54. **Bremner JD**: Does stress damage the brain? *Biol Psychiatry* 1999; 45:797-805.

55. **Bremner JD**, Staib L, Kaloupek D, Southwick SM, Soufer R, Charney DS: Neural correlates of exposure to traumatic pictures and sound in Vietnam combat veterans with and without posttraumatic stress disorder (PTSD): A positron emission tomography study. *Biol. Psychiatry.* 1999; 45:806-816.

56. **Bremner JD**, Narayan M, Staib LH, Southwick SM, McGlashan T, Charney DS: Neural correlates of memories of childhood sexual abuse in women with and without posttraumatic stress disorder. *Am J Psychiatry* 1999; 156:1787-1795.

57. **Bremner JD**, Baldwin R, Horti A, Staib LH, Ng CK, Tan P-Z, Zea-Ponce Y, Zoghbi S, Seibyl JP, Soufer R, Charney DS, Innis RB: Quantitation of benzodiazepine receptor binding with PET [$^{11}$C]iomazenil and SPECT [$^{123}$I]iomazenil: Preliminary results of a direct comparison in healthy human subjects. *Psych Res: Neuroimaging* 1999; 91:79-91.

58. **Bremner JD:** A biological model for delayed recall of childhood abuse. *J Aggr Maltreatment Trauma.* 2000; 4(2):165-183.

59. **Bremner JD**, Horti A, Staib LH, Zea-Ponce Y, Soufer R, Charney DS, Baldwin R: Kinetic modeling of benzodiazepine receptor binding with PET and high specific activity [$^{11}$C]iomazenil in healthy human subjects. *Synapse* 2000; 35:68-77.

60. **Bremner JD**, Narayan M, Anderson ER, Staib LH, Miller H, Charney DS:

61. Hippocampal volume reduction in major depression. *Am J Psychiatry* 2000; 157:115-117.

62. **Bremner JD**, Innis RB, White T, Fujita M, Silbersweig D, Goddard AW, Staib L, Stern E, Cappiello A, Woods S, Baldwin R, Charney DS: SPECT [I-123]iomazenil

measurement of the benzodiazepine receptor in panic disorder. *Biol. Psychiatry.* 2000; 47:96-106.

63. Vythilingam M, Anderson GM, Owens MJ, Halaszynski T, **Bremner JD**, Carpenter L, Heninger GR, Nemeroff CB, Charney DS: Cerebrospinal fluid corticotropin-releasing hormone in healthy humans—Effects of yohimbine and naloxone. *J Clin Endocrinol Metab* 2000;85:4138-4145

64. **Bremner JD**, Vermetten E, Mazure CM: Development and preliminary psychometric properties of an instrument for the measurement of childhood trauma: The Early Trauma Inventory. *Depress Anxiety* 2000;12:1-12.

65. **Bremner JD**, Innis RB, Southwick SM, Staib LH, Zoghbi S, Charney DS: Decreased benzodiazepine receptor binding in frontal cortex in combat-related posttraumatic stress disorder. *Am J Psychiatry.* 2000;157:1120-1126.

66. **Bremner JD**, Shobe KK, Kihlstrom JF: False memories in women with self-reported childhood sexual abuse: An empirical study. *Psychol Sci* 2000; 11:333-337.

67. Vythilingam M, Anderson E, Goddard A, Woods SW, Staib LH, Charney DS, **Bremner JD**: Temporal lobe volumes in panic disorder—a quantitative magnetic resonance imaging study. *Psychiatry Research: Neuroimaging* 2000; 99:75-82.

68. Rasmusson AM, Hauger RL, Morgan CA, **Bremner JD**, Charney DS, Southwick SM: Low baseline and yohimbine-stimulated plasma neuropeptide Y (NPY) response in combat-related posttraumatic stress disorder. *Biol Psychiatry* 2000; 47:526-539.

69. **Bremner JD**, Soufer R, McCarthy G, Delaney R, Staib LH, Duncan JS, Charney DS: Gender differences in cognitive and neural correlates of remembrance of emotional words. *Psychopharmacol Bull.* 2001;35:55-87.

70. Rasmusson AM, Lipschitz DS, **Bremner JD,** Southwick SM, Charney DS: Increased pituitary and adrenal reactivity in premenopausal women with posttraumatic stress disorder. *Biol Psychiatry* 2001; 50:965-977.

71. **Bremner JD:** Hypotheses and controversies related to the effects of stress on the hippocampus: An argument for stress-induced damage to the hippocampus in patients with posttraumatic stress disorder (PTSD). *Hippocampus* 2001;11:75-81.

72. **Bremner JD,** Vermetten E: Stress and development: Behavioral and biological consequences. *Dev Psychopathol* 2001; 13:473-489.

73. **Bremner JD:** Pharmacotherapy of Acute Trauma. *Emergency Psych* 2001; 7:68-75.

74. **Bremner JD**: A biological model for delayed recall of childhood abuse. *J Aggr Maltreatment Trauma.* 2001; 4:165-183.

75. **Bremner JD:** Structural changes in the brain in depression and relationship to symptom recurrence. *CNS Spectrums.* 2002; 7:129-139.

76. Vermetten E, **Bremner JD:** Circuits and systems in stress. I. Preclinical studies *Depress Anxiety* 2002; 15:126-147.

77. Vermetten E, **Bremner JD:** Circuits and systems in stress. II. Applications to neurobiology and treatment in PTSD *Depress Anxiety* 2002; 16:14-38.

78. Schmahl CG, McGlashan T, **Bremner JD:** Neurobiological correlates of borderline personality disorder. *Psychopharm Bull* 2002; 36:69-87

79. Elzinga BM, **Bremner JD**: Are the neural substrates of memory the final common pathway in PTSD? *J Affect Disorders* 2002; 70:1-17.

80. **Bremner JD**, Vythilingam M, Vermetten E, Nazeer A, Adil J, Khan S, Staib LH, Charney DS: Reduced volume of orbitofrontal cortex in major depression. *Biol Psychiatry* 2002; 51:273-279.

81. Mason J, Wang S, Yehuda R, Lubin H, Johnson D, **Bremner JD**, Riney S, Charney DS, Southwick SM: Marked lability of urinary free cortisol levels in sub-groups of combat veterans with posttraumatic stress disorder. *Psychosomatic Med* 2002; 64:238-246.

82. Schmahl CG, Elzinga B, **Bremner JD:** Individual differences in psychophysiological reactivity in adults with childhood abuse. *Clin Psychol Psychot* 2002; 9:271-276.

83. Southwick SM, Horner B, Morgan CA, **Bremner JD,** Davis M, Cahill L, Gold PB, Charney DS: Relationship of enhanced norepinephrine activity during memory consolidation to enhanced long-term memory in humans. *Am J Psychiatry* 2002; 159:1420-1422.

84. Booij L, Van der Does W, Benkelfat C, **Bremner JD,** Cowen PJ, Fava M, Gillin C, Leyton M, Moore P, Smith KA, Van der Kloot WA: Predictors of mood response to acute tryptophan depletion: A reanalysis. *Neuropsychopharmacology* 2002; 27:852-861.

85. Vythilingam M, Heim C, Newport CD, Miller AH, Vermetten E, Anderson E, Bronen R, Brummer M, Staib L, Charney DS, **Bremner JD**: Childhood trauma associated with smaller hippocampal volume in women with major depression. *Am J Psychiatry* 2002; 159:2072-2080.

86. **Bremner JD:** Neuroimaging studies in posttraumatic stress disorder. *Current Psych Reports* 2002; 4:254-263.

87. **Bremner JD:** Neuroimaging of childhood trauma. *Sem Clin Neuropsychiatry* 2002; 7:104-112.

88. **Bremner JD:** Effects of stress on brain function. *Psych Times* 2003; 20:18-22.

89. Vermetten E, Vythilingam M, Southwick SM, Charney DS, **Bremner JD**: Long-term treatment with paroxetine increases verbal declarative memory and hippocampal volume in posttraumatic stress disorder. *Biol Psychiatry* 2003; 54 (7):693-702.

90. **Bremner JD**, Vythilingam M, Vermetten E, Southwick SM, McGlashan T, Nazeer A, Khan S, Vaccarino LV, Soufer R, Garg P, Ng CK, Staib LH, Duncan JS, Charney DS: MRI and PET study of deficits in hippocampal structure and function in women with childhood sexual abuse and posttraumatic stress disorder (PTSD). *Am J Psychiatry* 2003; 160:924-932, 2003.

91. Vythilingam M, Chen J, **Bremner JD**, Mazure CM, Maciejewski PK, Nelson JC: Psychotic depression and mortality. *Am J Psychiatry* 2003; 160:574-576.

92. **Bremner JD**, Vythilingam M, Vermetten E, Adil J, Khan S, Nazeer A, Afzal N, McGlashan T, Anderson G, Heninger G, Southwick SM, Charney DS: Cortisol response to a cognitive stress challenge in posttraumatic stress disorder (PTSD) related to

childhood abuse. *Psychoneuroendocrinology* 2003; 28:733-750.

93. **Bremner JD,** Vythilingam M, Vermetten E, Southwick SM, McGlashan T, Staib L, Soufer R, Charney DS: Neural correlates of declarative memory for emotionally valenced words in women with posttraumatic stress disorder (PTSD) related to early childhood sexual abuse. *Biol Psychiatry* 2003; 53:289-299.

94. Juengling F, Schmahl C, Hesslinger B, Eberg D, **Bremner JD,** Gostomzyk M, Bohus M, Libe K: Positron emission tomography in female patients with borderline personality disorder. *J Psychiatric Research* 2003; 37:109-115.

95. Elzinga BM, Schmahl CS, Vermetten E, van Dyck R, **Bremner JD**: Higher cortisol levels following exposure to traumatic reminders in abuse-related PTSD. *Neuropsychopharmacology* 2003; 28 (9):1656-1665.

96. Schmahl CG, Vermetten E, Elzinga BM, **Bremner JD**: Magnetic resonance imaging of hippocampal and amygdala volume in women with childhood abuse and borderline personality disorder. *Psych Research: Neuroimaging* 2003; 122: 193-198.

97. Davis MR, Votaw JR, **Bremner JD,** Byas-Smith MG, Faber TL, Voll RJ, Watts RL, Hoffman JM, Grafton, ST, Kilts CD, Goodman MM: Initial PET imaging studies with the dopamine transporter ligand [$^{18}$F]FECNT. *J Nucl Med* 2003; 44:855-861.

98. Schmahl CG, Elzinga BM, Vermetten E, Sanislow C, McGlashan TH, **Bremner JD**: Neural correlates of memories of abandonment in women with and without borderline personality disorder. *Biol Psychiatry* 2003; 54:142-151.

99. **Bremner JD,** Vythilingam M, Ng CK, Vermetten E, Nazeer A, Oren D, Berman RM, Charney DS: Regional brain metabolic correlates of α-methylparatyrosine-induced depressive symptoms: Implications for the neural circuitry of depression. *JAMA* 2003; 289:3125-3134.

100. **Bremner JD:** Long-term effects of childhood abuse on brain and neurobiology. *Child and Adolescent Psych Clin N America* 2003; 12(2):271-292

101. **Bremner JD:** Functional neuroanatomical correlates of traumatic stress revisited 7 years later, this time with data. *Psychopharmacol Bull* 2003; 37 (2):6-25.

102. Vermetten E, **Bremner JD:** Olfaction as a traumatic reminder in posttraumatic stress disorder: Case reports and review. *J Clin Psychiatry* 2003; 64 (2):202-207.

103. **Bremner JD:** Does isotretinoin cause depression and suicide? *Psychopharmacol Bull* 2003; 37:5:9.

104. **Bremner JD:** Clinical, legal, and scientific issues related to delayed recall of childhood abuse. *Bridging Eastern and Western Psychiatry*. DiFiorino M (Ed). 2003; 1:1; 39-46.

105. **Bremner JD**, Vermetten E, Vythilingam M, Afzal N, Schmahl C, Elzinga B, Charney CS: Neural correlates of the classic color and emotional Stroop in women with abuse-related posttraumatic stress disorder. *Biol Psychiatry* 2004; 55 (6):612-620.

106. **Bremner JD,** Vythilingam M, Vermetten E, Charney DS: Deficits in hippocampal and anterior cingulate function during verbal declarative memory encoding in mid-life major depression. *Am J Psychiatry* 2004; 161 (4): 637-645.

107. **Bremner JD,** Vythilingam M, Vermetten E, Newcomer JW, Charney DS: Effects of glucocorticoids on declarative memory function in major depression. *Biol Psychiatry* 2004; 55 (8):811-815.

108. Schmahl CG, Vermetten E, Elzinga BE, **Bremner JD:** A positron emission tomography study of memories of childhood abuse in borderline personality disorder. *Biol Psychiatry* 2004: 55(7):759-765.

109. Schmahl CG, Elzinga BM, Ebner UW, Simms T, Sanislow C, Vermetten E, McGlashan TH, **Bremner JD:** Psychophysiological reactivity to traumatic and abandonment scripts in borderline personality disorder and posttraumatic stress disorder: A preliminary report. *Psych Res* 2004; 126 (1):33-42.

110. **Bremner JD,** Mletzko T, Welter S, Siddiq S, Reed L, Williams, C, Heim CM, Nemeroff CB: Treatment of posttraumatic stress disorder with phenytoin: An open label pilot study. *J Clin Psychiatry* 2004; 65 (11):1559-1564.

111. **Bremner JD,** Vermetten E, Afzal N, Vythilingam M: Deficits in verbal declarative memory function in women with childhood sexual abuse-related posttraumatic stress disorder. *J Nerv Ment Dis* 2004; 192(10):643-649.

112. Vythilingam M, Vermetten E, Anderson GM, Luckenbaugh D, Anderson ER, Snow J, Staib LH, Charney DS, **Bremner JD:** Hippocampal volume, memory and cortisol status in major depressive disorder: Effects of treatment. *Biol Psychiatry* 2004; 56:101-112.

113. Vermetten E, **Bremner JD:** Functional brain imaging and the induction of traumatic recall: A cross-correlational review between neuroimaging and hypnosis. *Int J Clin Exp Hypnosis* 2004; 52(3):280-312.

114. **Bremner JD:** Does stress damage the brain: Understanding trauma related disorders from a mind body perspective. *Directions in Psychiatry* 2004; 24(3):167-176

115. **Bremner JD**, Vermetten E**:** Neuroanatomical changes associated with pharmacotherapy in posttraumatic stress disorder (PTSD). *Ann NY Acad Sci* 2004; 1032:154-157.

116. **Bremner JD:** Brain imaging in anxiety disorders. *Expert Rev Neurotherapeutics* 2004; 4 (2): 275-284.

117. **Bremner JD:** Memory and brain structure in PTSD. 13th Hakone Psychopharmacological Symposium. 2004; 93(4): 7-18.

118. **Bremner JD:** Does stress damage the brain? *Phi Kappa Phi Forum.* 2005; 85(1):1-7.

119. **Bremner JD:** Isotretinoin and depression: Is there a causal link? *Practical Dermatology*. 2005; 2:30-33.

120. **Bremner JD,** Vythilingam M, Vermetten E, Newcomer JW, Charney DS: Effects of dexamethasone on declarative memory function in posttraumatic stress disorder (PTSD). *Psychiatry Res* 2005; 129(1):1-10.

121. **Bremner JD**, Vermetten E, Schmahl C, Vaccarino V, Vythilingam M, Afzal N, Grillon C, Charney DS: Positron emission tomographic imaging of neural correlates of a fear acquisition and extinction paradigm in women with childhood sexual abuse-related posttraumatic stress disorder. *Psychol Med* 2005; 35(6):791-806.

122. Elzinga BM, Bakker A, **Bremner JD:** Stress-induced cortisol elevations are associated with impaired delayed, but not immediate recall. *Psychiatry Res* 2005; 134(3):211-223.

123. **Bremner JD**, Mletzko T, Welter S, Quinn S, Williams C, Brummer M, Siddiq S, Reed L, Heim CM, Nemeroff CB: Effects of phenytoin on memory, cognition and brain structure in posttraumatic stress disorder: A pilot study. *J Psychopharmacol* 2005; 19(2):159-165.

124. Jarkas N, Votaw JR, Voll RJ, Williams L, Camp VM, Owens MJ, Purselle DC, **Bremner JD**, Kilts CD, Nemeroff CB, Goodman MM: Carbon-11 HOMADAM: A novel PET radiotracer for imaging serotonin transporters. *Nuc Med Biol* 2005; 32:211-224.

125. **Bremner JD,** Fani N, Ashraf A, Votaw JR, Brummer ME, Cummins T, Vaccarino V, Goodman MM, Reed R, Siddiq S, Nemeroff CB. Functional brain imaging alterations in acne patients treated with isotretinoin. *Am J Psychiatry* 2005; 162:983-991.

126. Vythilingam M, Luckenbaugh D, Lam T, Morgan CA, Lipschitz D, Charney DS, **Bremner JD,** Southwick SM: Smaller head of the hippocampus in Gulf War-related posttraumatic stress disorder. *Psychiatry Res* 2005; 139(2):89-99.

127. **Bremner JD:** Effects of traumatic stress on brain structure and function: Relevance to early responses to trauma. *J Trauma Dissociation* 2005; 6(2):51-68.

128. Sparr L, **Bremner JD**: Posttraumatic stress disorder and memory: prescient medicolegal testimony at the International War Crimes Tribunal? *J Am Acad Psychiatry Law* 2005; 33 (1):71-78.

129. Geuze E, Vermetten E, **Bremner JD:** MR based in vivo hippocampal volumetrics: I. Review of methodologies currently employed. *Mol Psychiatry* 2005; 10:147-159.

130. Geuze E, Vermetten E, **Bremner JD:** MR based in vivo hippocampal volumetrics: II. Findings in neuropsychiatric disorders. *Mol Psychiatry* 2005; 10:160-184.

131. Hogue CJ, **Bremner JD:** Stress model for research into preterm delivery among black women. *Am J Obstet Gynecol* 2005; 192(5 Suppl):S47-55.

132. Evans DL, Charney DS, Lewis L, Golden RN, Gorman JM, Krishnan KRR, Nemeroff CB, **Bremner JD**, Carney RM, Coyne JC, DeLong MR, Frasure-Smith N, Glassman AH, Gold PW, Grant I, Gwyther L, Ironson G, Johnson RL, Kanner AM, Katon WJ, Kaufmann PG, Keefe FJ, Ketter T, Laughren TP, Leserman J, Lyketsos CG, McDonald WM, McEwen BS, Miller AH, Musselman D, O'Connor C, Petitto JM, Pollock BG, Robinson RG, Roose SP, Rowland J, Sheline Y, Sheps DS, Simon G, Spiegel D, Stunkard A, Sunderland T, Tibbits P, Valvo WJ: Mood disorders in the medically ill: Scientific review and recommendations. *Biol Psychiatry* 2005; 58 (3):175-189.

133. **Bremner JD:** Changes in brain volume in major depression. *Depression: Mind and Brain.* 2005; 2 (2): 38-46.

134. Vaccarino V, **Bremner JD:** Stress response and the metabolic syndrome. *Hospital Physician Board Review Manual: Cardiology* 2005; 11:1-12.

135. Kitayama N, Vaccarino V, Kutner M, Weiss P, **Bremner JD**: Magnetic resonance imaging (MRI) measurement of hippocampal volume in posttraumatic stress disorder: A meta-analysis. *J Affective Disorders* 2005; 88(1):79-86.

136. Nemeroff CB, **Bremner JD,** Foa EB, Mayberg HS, North CS, Stein MB: Posttraumatic

stress disorder: A state-of-the-science review. *J Psychiatr Res* 2006; 40(1):1-21.

137. **Bremner JD:** Stress and brain atrophy. *Central Nervous System and Neurological Disorder- Current Drug Targets.* 2006; 5(5):503-512.

138. Anda RF, Felitti VJ, Walker J, Whitfield C, **Bremner JD**, Perry BD, Dube SR, Giles WH: The enduring effects of childhood abuse and related experiences in childhood: A convergence of evidence from neurobiology and epidemiology. *Eur Arch of Psychiatr Clin Neurosci* 2006; 256(3):174-186.

139. Schmahl CG, **Bremner JD:** Neuroimaging in borderline personality disorder. *J Psychiatr Res* 2006; 40(5):419-427.

140. Vermetten E, Schmahl C, Lindner S, Loewenstein L, **Bremner JD**: Hippocampal and amygdala volume in dissociative identity disorder. *Am J Psychiatry* 2006; 163(4): 630-636.

141. Kitayama N, Quinn S, **Bremner JD**: Smaller volume of anterior cingulate cortex in abuse-related posttraumatic stress disorder. *J Affect Disord* 2006; 90(2-3):171-174.

142. Saigh PA., Yasik AE, Oberfield RA Halamandaris PV, Bremner JD: The intellectual performance of traumatized children and adolescents with or without posttraumatic stress disorder. *J Abnormal Psychology* 2006; 115:332-340.

143. **Bremner JD**, Quinn J, Quinn W, Veledar E: Surfing the net for medical information about psychological trauma: An empirical study of the quality and accuracy of trauma-related web sites. *Med Inform Internet Med* 2006; 31(3):227-236.

144. Vasterling JJ, **Bremner JD:** The impact of the 1991 Gulf War on the mind and brain: findings from neuropsychological and neuroimaging research. *Phil Trans Roy Soc Lond B Biol Sci* 2006; 361 (1468):593-604.

145. Vermetten E, Vythilingam M, Schmahl C, De Kloet C, Southwick WM, Charney DS, **Bremner JD**: Alterations in stress reactivity after long-term treatment with paroxetine in women with posttraumatic stress disorder. *Ann NY Acad Sci.* 2006; 1071:184-202.

146. **Bremner JD:** Relationship between cognitive and brain changes in posttraumatic stress disorder (PTSD). *Annal NY Acad Sci* 2006; 1071:80-86.

147. Fani N, Hampstead BM, **Bremner JD**: Pharmacotherapies for acute and chronic responses to trauma. *Psychiatric Issues in Emergency Care Settings.* 2006; 5(3):10-16.

148. Fani N, Hampstead BM, **Bremner JD**: PTSD in the emergency setting. *Psychiatric Issues in Emergency Care Settings.* 2006; 5(3):17-22.

149. **Bremner JD:** Traumatic stress: Effects on the brain. *Dialogues in Clinical Neuroscience* 2006; 8(4):445-461.

150. **Bremner JD,** Vermetten E, Kelley ME: Cortisol, dehydroepiandrosterone, and estradiol measured over 24 hours in women with childhood sexual abuse-related posttraumatic stress disorder. *J Nerv Ment Dis* 2007; 195(11):919-927.

151. **Bremner JD**, Vythilingam M, Vermetten E, Charney DS: Effects of antidepressant treatment on neural correlates of emotional and neutral declarative verbal memory in depression. *J Affect Disord* 2007; 101(1-3):99-111.

152. **Bremner JD,** Bolus R, Mayer, E: Psychometric properties of the Early Trauma Inventory-Self Report (ETI-SR). *J Nerv Ment. Dis* 2007; 195(3):211-218.

153. Francati V, Vermetten E, **Bremner JD:** Functional neuroimaging studies in posttraumatic stress disorder: Review of current methods and findings. *Dep Anxiety* 2007; 24(3):202-218.

154. **Bremner JD:** Functional neuroimaging in posttraumatic stress disorder. *Exp Rev Neurotherapeutics* 2007; 7(4): 393-405.

155. Vermetten E, Schmahl C, Southwick SM, **Bremner JD**: Positron tomographic emission study of olfactory induced emotional recall in veterans with and without combat related posttraumatic stress disorder. *Psychopharm Bull* 2007; 40(1): 8-30.

156. Anda RF, Brown DW, Felitti VJ, **Bremner JD**, Dube SR, Giles WH: Adverse childhood experiences and prescribed psychotropic medications in adults. *Am J Prev Med* 2007; 32(5):389-394.

157. Kitayama N, Brummer M, Hertz L, Quinn S, Kim Y, **Bremner JD**: Morphologic alterations in corpus callosum in abuse-related posttraumatic stress disorder: A preliminary study. *J Nerv Ment Dis* 2007; 195(12):1027-1029.

158. **Bremner JD**: Neuroimaging in posttraumatic stress disorder and other stress-related disorders. *Neuroimaging Clin N Am* 2007; 17(4):523-538.

159. Rilling JK, Barks SK, Parr LA, Preuss TM, Faber TL, Pagnoni G, **Bremner JD**, Votaw JR: A comparison of resting-state brain activity in humans and chimpanzees. *Proc Natl Acad Sci U S A*. 2007 Oct 23;104(43):17146-1751.

160. Zhao J, Cheema FA, Reddy U, **Bremner JD**, Su S, Goldberg J, Snieder H, Vaccarino V: Heritability of flow-mediated dilation: a twin study. *J Thromb Haemost*. 2007; (12):2386-2392.

161. **Bremner JD,** Elzinga B, Schmahl C, Vermetten E: Structural and functional plasticity of the human brain in posttraumatic stress disorder. *Prog Brain Res* 2008; 167:171-183.

162. Dai J, Miller AH, **Bremner JD**, Goldberg J, Jones L, Shallenberger L, Buckham R, Murrah NV, Veledar E, Wilson PW, Vaccarino V: Adherence to the mediterranean diet is inversely associated with circulating interleukin-6 among middle-aged men: a twin study. *Circulation*. 2008 117(2):169-175.

163. **Bremner JD,** McCaffery P: The neurobiology of retinoic acid in affective disorders. *Prog Neuro-Psychopharm Biol Psychiatry* 2008; 315-331.

164. Capuron L, Su S, Miller, AH, **Bremner JD**, Goldberg J, Vogt GJ, Maisano C, Jones L, Murrah NV, Vaccarino V: Depressive symptoms and metabolic syndrome: Is inflammation the underlying link? *Biological Psychiatry* 2008; 64(10), 896-900.

165. Vaccarino V, Lampert R, **Bremner JD**, Lee F, Su S, Maisano C, Murrah NV, Jones L, Jawed F, Afzal N, Ashraf A, Goldberg J: Depressive symptoms and heart rate variability: Evidence for a shared genetic substrate in a study of twins. *Psychosomatic Medicine* 2008; 70(6): 628-636.

166. Vaccarino V, Brennan M-L, Miller AH, **Bremner JD**, Ritchie JC, Lindau F, Veledar E, Su S, Murrah NV, Jones L, Jawed F, Dai J, Goldberg J, Hazen SL: Association of major

depressive disorder with serum myeloperoxidase and other markers of inflammation: A twin study. *Biological Psychiatry* 2008; 64(6): 476-483.

167. Fani N, Kitayama N, Ashraf A, Reed L, Afzal N, Jawed F, **Bremner JD**. Neuropsychological functioning in patients with posttraumatic stress disorder following short-term paroxetine treatment. Psychopharmacol Bull. 2009;42(1):53-68.

168. Lampert R, **Bremner JD**, Su S, Miller A, Lee F, Cheema F, Goldberg J, Vaccarino V. Decreased heart rate variability is associated with higher levels of inflammation in middle-aged men. Am Heart J. 2008 Oct;156(4):759.e1-7.

169. Nye JA, Votaw JR, Jarkas N, Purselle D, Camp V, **Bremner JD**, Kilts CD, Nemeroff CB, Goodman MM. Compartmental modeling of 11C-HOMADAM binding to the serotonin transporter in the healthy human brain. *Am Heart J*. 2008 Oct;156(4):759.e1-7.

170. Anda RF, Brown DW, Dube SR, **Bremner JD**, Felitti VJ, Giles WH. Adverse childhood experiences and chronic obstructive pulmonary disease in adults. *Am J Prev Med*. 2008; 34(5):396-403.

171. Zhao J, Cheema FA, **Bremner JD**, Goldberg J, Su S, Snieder H, Maisano C, Jones L, Javed F, Murrah N, Le NA, Vaccarino V: Heritability of carotid intima-media thickness: a twin study. *Atherosclerosis* 2008; 197(2):814-20.

172. Su S, Snieder H, Miller AH, Ritchie J, **Bremner JD**, Goldberg J, Dai J, Jones L, Murrah NV, Zhao J, Vaccarino V. Genetic and environmental influences on systemic markers of inflammation in middle-aged male twins. *Atherosclerosis*. 2008; 200(1):213-20.

173. Laudenslager ML, Noonan C, Jacobsen C, Goldberg J, Buchwald D, **Bremner JD**, Vaccarino V, Manson SM. : Salivary cortisol among American Indians with and without posttraumatic stress disorder (PTSD): Gender and alcohol influences. *Brain Behav Immun*. 2008 Dec 25.

174. Su S, Miller AH, Snieder H, **Bremner JD**, Ritchie J, Maisano C, Jones L, Murrah NV, Goldberg J, Vaccarino V: Common genetic contributions to depressive symptoms and inflammatory markers in middle-aged men: the twins heart study. *Psychosom Med*. 2009;71(2):152-8.

175. Vaccarino V, **Bremner JD**, Kelley ME: JUPITER: A few words of caution. Circulation: Cardiovascular Quality and Outcomes. 2009; 2 (3): 286-288.

176. **Bremner JD**, Cheema FA, Ashraf A, Afzal N, Fani N, Reed J, Musselman DL, Ritchie JC, Faber T, Votaw JR, Nemeroff CB, Vaccarino V: Effects of a cognitive stress challenge on myocardial perfusion and plasma cortisol in coronary heart disease patients with depression. *Stress and Health*. 2009; 25:267-278.

Editorials, letters and case reports:

177. **Bremner JD**: Acute and chronic responses to stress: Where do we go from here? (Editorial) *Am J Psychiatry* 1999; 156:349-351.

178. **Bremner JD**, Narayan M, Charney DS: Hippocampus and amygdala pathology in depression. *Am J Psychiatry* (letter) 2001; 158:653-653.

179. Bremner JD: Neurochemical aspects of susceptibility to depression: A reply (letter). *JAMA* 2003; 290 (10): 1316-1316.

180. Vermetten E, Bremner JD, Skelton L, Spiegel D: PTSD and Vietnam veterans (letter). *Science*. 2007; 315(5809):184.

181. **Bremner JD:** Stressing over the hippocampus: Why it matters. Mind Matters, the Scientific American Blog on Mind and Brain. Jan 8, 2008. http://science-community.sciam.com/thread.jspa?threadID=300005971 . Last accessed at 1/8/08.

182. **Bremner JD,** Vaccarino V: Behavior therapy, sertraline, or both in childhood anxiety: Comment. *NEJM*. 2009; 360(23): 2476.


Book Chapters:

183. Bremner JD, Davis M, Southwick SM, Krystal JH, Charney DS: The neurobiology of posttraumatic stress disorder. In: *Reviews of Psychiatry. Vol. 12.* J.M. Oldham, M.G. Riba, & A. Tasman (eds.) American Psychiatric Press; Washington, D.C., 1993:182-204

184. **Bremner JD**, Charney DS: Anxiety Disorders. In: *Conn's Current Therapies*, Rakel RE (ed.), W.B. Saunders Press, Philadelphia, 1994:1103-1107.

185. **Bremner JD**, Southwick SM, Charney DS: Etiologic factors in the development of posttraumatic stress disorder. In: *Does Stress Cause Psychiatric Disease?* Mazure CM, ed. American Psychiatric Press, Washington, D.C., 1994:149-186.

186. **Bremner JD**, Davis M, Southwick SM, Krystal JH, Charney DS: The neurobiology of posttraumatic stress disorder. In: *Posttraumatic Stress Disorder: A Clinical Review.* R.S. Pynoos (Ed.) Sidran Press, Lutherville, MD 1994:43-64.

187. Charney DS, **Bremner JD**, Redmond DE: Noradrenergic neural substrates for anxiety and fear: Clinical associations based on preclinical research. In: *Psychopharmacology: the Fourth Generation of Progress.* FE Bloom and DJ Kupfer (Eds.). Raven Press; New York. 1995:387-395.

188. Krystal JH, Bennett A, **Bremner JD**, Southwick SM, Charney DS: Toward a cognitive neuroscience of dissociation and altered memory functions in posttraumatic stress disorder. In: *Neurobiological and Clinical Consequences of Stress: From Normal Adaptation to PTSD.* Friedman MJ, Charney DS, Deutch AY (eds.). Raven Press, New York, 1995; pp 239-269.

189. Mason J, Wang S, Yehuda R, **Bremner JD**, Riney S, Lubin H, Johnson D, Southwick S, Charney DS: Some approaches to the study of the clinical implications of thyroid alterations in posttraumatic stress disorder. In: *Neurobiological and Clinical Consequences of Stress: From Normal Adaptation to PTSD.* Friedman MJ, Charney DS, Deutch AY (eds.). Raven Press, New York, 1995; pp 367-380.

190. Kaloupek D, **Bremner JD**: Psychophysiology research methods in posttraumatic stress disorder. In: *Trauma Research Methodology.* Carlson E (ed.), Sidran Press, Lutherville MD, 1996, pp. 82-104.

191. Krystal JH, Bennett A, **Bremner JD**, Southwick SM, Charney DS: Recent Developments in the Neurobiology of Dissociation: Implications for Posttraumatic Stress Disorder. In: *Handbook of Dissociation: Theoretical, Empirical, and Clinical Perspectives.* Michelson LK & Ray WJ (eds). Plenum Press, New York, 1996; 163-190.

192. Charney DS, Nagy LM, **Bremner JD**, Goddard AW, Yehuda R, Southwick SM: Neurobiological mechanisms of human anxiety. In, *Neuropsychiatry*. Fogel BS, Schiffler RB, Rao SM (Eds.). Williams & Wilkins, Baltimore, MD. 1996; pp. 257-278.

193. **Bremner JD**, Southwick SM, Charney DS: Neuroanatomical correlates of the effects of stress on memory: Relevance to the validity of memories of childhood abuse. In: *Trauma and Memory: Clinical and Legal Controversies*. Appelbaum PS, Uyehara LA, Elin MR (eds.), Oxford University Press, New York, 1997; pp. 61-92.

194. Vermetten E, **Bremner JD**, Spiegel D: Dissociation and Hypnotic Susceptibility: Similarities and Differences. In: *Trauma, Memory and Dissociation*. Bremner JD, Marmar C (eds.). APA Press, Washington DC, 1998:107-160.

195. **Bremner JD**, Vermetten E, Southwick SM, Krystal JH, Charney DS: Trauma, Memory, and Dissociation: An Integrative Formulation. In: *Trauma, Memory and Dissociation*. **Bremner JD**, Marmar C (eds.). APA Press, Washington DC, 1998:365-402.

196. Krystal JH, **Bremner JD**, Southwick SM, Charney DS: The Emerging Neurobiology of Dissociation: Implications for the Treatment of PTSD. In: *Trauma, Memory and Dissociation*. **Bremner JD**, Marmar C (eds.). APA Press, Washington DC, 1998:321-364.

197. **Bremner JD**: Traumatic memories lost and found: Can lost memories of abuse be found in the brain? In Williams LM & Banyard VL (Eds.) *Trauma and Memory* Sage Publications, New Delhi. 1998; pp.217-228.

198. Saigh PA, **Bremner JD**: The history of posttraumatic stress disorder. In: Saigh PA, **Bremner JD** (Eds.): *Posttraumatic Stress Disorder: A Comprehensive Text*. Allyn & Bacon, Needham Heights, MA, 1999, pp. 1-17.

199. **Bremner JD**, Southwick SM, Charney DS: The neurobiology of posttraumatic stress disorder: An integration of animal and human research. In: Saigh PA, **Bremner JD** (Eds.): *Posttraumatic Stress Disorder: A Comprehensive Text*. Allyn & Bacon, Needham Heights, MA, 1999, pp. 103-143.

200. **Bremner JD**, Southwick SM, Krystal JH, Charney DS: Posttraumatic stress disorder: Psychobiology. In: Adelman G, Smith BH (Eds.): *Encyclopedia of Neuroscience*. Elsevier, Amsterdam, 1999, pp. 1673-1676.

201. Charney DS, **Bremner JD**: The neurobiology of anxiety disorders. In: Charney DS, Nestler EJ, Bunney SS (Eds.). *Neurobiology of Mental Illness*. Oxford Press, 1999: pp. 494-517.

202. **Bremner JD:** The lasting effects of psychological trauma on memory and the hippocampus. *Cyberounds* 1999:www.cyberounds.com.

203. **Bremner JD**: Neuropsychological and neurobiological mechanisms underlying dissociation and PTSD in the aftermath of trauma. In: Sanchez-Planell L, Diez-Quevedo C (eds.): *Dissociative States*. Springer-Verlag Iberica, 2000, pp. 86-105.

204. **Bremner JD:** Changes in brain function in PTSD (Japanese). In: Kojima M (Ed.) *Encyclopedia of Clinical Psychiatry, Vol. 6, Posttraumatic Stress Disorder*. Nakayama-Shoten Co., Ltd., Tokyo, Japan, 2000; pp 61-74.

205. Krystal JH, **Bremner JD,** D'Souza DC, Anand A, Southwick SM, Charney DS: The emerging neurobiology of dissociative states: Relevance to PTSD. In: Shalev AY, Yehuda Y (Eds), et al. *International handbook of human response to trauma. The Plenum Series on stress and coping.* Kluver Academic/Plenum Publishers, New York NY; 2000: pp 307-320.

206. Vermetten E, **Bremner JD:** Dissociative amnesia: re-remembering traumatic memories. In: Berrios GE, Hodges JR (Eds.), *Memory Disorders in Psychiatric Practice.* New York; Cambridge University Press, 2000. pp 400-431.

207. Charney DS, Nagy LM, **Bremner JD,** Goddard AW, Yehuda R, Southwick SM: Neurobiological mechanisms of human anxiety. In, *Synopsis of Neuropsychiatry.* Fogel BS, Schiffler RB, Rao SM (Eds.). Philadelphia, PA; Lippincott Williams & Wilkins, Baltimore, MD. 2000; pp. 273-288.

208. **Bremner JD:** A biological model for delayed recall of childhood abuse. In, Freyd JJ, DePrince AP (Eds), *Trauma and Cognitive Science: A Meeting of Minds, Science, and Human Experience.* The Haworth Maltreatment & Trauma Press, Binghamton, NY, 2001, pp 165-184.

209. Vermetten E, Charney DS, **Bremner JD**: Posttraumatic Stress Disorder. In: Helmchen H, Henn FA, Lauter H, Sartorius N (Eds.). *Current Concepts in Psychiatry, Vol. 3.* 2001 Berlin-Heidelberg, Springer Verlag, pp 37-77.

210. Vermetten E, Charney DS, **Bremner JD:** Anxiety. In: Ramachandran VS (Ed.), *Encyclopedia of the Human Brain.* Academic Press, San Diego, 2002.

211. **Bremner JD:** Computed Axial Tomography (CAT) Scan. In: Craighead WE, Nemeroff CB (Eds.) *Concise Encyclopedia of Psychology and Neuroscience.* John Wiley & Sons; New York 2004; pp. 204-205.

212. **Bremner JD**: In: Fishbein, DH (Ed.). *The Science, Treatment and Prevention of Antisocial Behaviors: Evidence-Based Practice: Volume II.* Civic Research Inst., Kingston NJ, 2004; 9-1 to 9-17.

213. **Bremner JD,** Charney DS**:** Posttraumatic Stress Disorder. In: Adelman, G, and Smith, B.H. (Eds). *Encyclopedia of Neuroscience.* (cdrom) Posttraumatic Stress Disorder: Neurobiology. Elsevier; Amsterdam. 2004.

214. **Bremner JD:** The neurobiology of childhood sexual abuse in women with posttraumatic stress disorder. In: Kendall-Tackett KA (Ed.). *Handbook of Women, Stress and Trauma.* Brunner-Routledge, New York. 2005: pp 181-206.

215. Kitayama N, **Bremner JD:** Stress in dementia and depression. In: Sun M-K (Ed.). *Cognition and Mood Interactions.* Nova Science Publishers, Inc., Hauppauge, NY. 2005: pp 149-160.

216. Charney DS, Stein MD, Bienvenu OJ, Crowe RR, Fuchs E, Flugge G, McEwen BS, Davis M, **Bremner JD**, Swedo SE, Snider LA, Kent JM, Rauch SL, Goddard AW, Coplan JD, Shekhar Anantha, Gorman JM. Part V: Anxiety Disorders. In: Charney DS, Nestler EJ (Eds.). *Neurobiology of Mental Illness, 2nd Edition*. Oxford Press, 2005: pp. 523-635.

217. **Bremner JD:** Effects of Traumatic Stress on Brain Structure and Function: Relevance to

Early Responses to Trauma. In: Cardena E, Croyle K (Ed). (2005). Acute Reactions to Trauma and Psychotherapy: A Multidisciplinary and International Perspective. New York, NY, US: Haworth Press, 2005, pp. 51-68.

218. Schmahl C, **Bremner JD**. Funktionelle, metabolisch und morphologische Bildgebung bei Patienten mit BorderlinePersonlichkeitsstorung. In: Remmel A, Kernberg OF, Vollmoeller W, Strauss B (Eds.). *Handbuch Korper und Personlichkeit: Entwicklungspsychologie,Neurobiologie und Therapie von Personlichkeitsstorungen.* Schattauer, Stuttgart. 2006: pp 154-166.

219. **Bremner JD**: Traumatic stress from multiple-levels-of-analysis perspective. In: Cicchetti D, Cohen DJ (Eds.). *Developmental Psychopathology, Vol. 2: Developmental Neuroscience (2nd Ed.).* Wiley, Hoboken NJ. 2006; pp 656-676.

220. Heim C, **Bremner JD,** Nemeroff CB: Trauma Spectrum Disorders. In: *Principles of Molecular Medicine.* Runge, MS, Patterson C (Eds.). Humana Press, Totowa NJ, 2006; pp 1203-1210.

221. **Bremner JD**: Psychiatric Approaches to Dissociation: Integrating History, Biology and Clinical Assessment. In *Traumatic Dissociation: Neurobiology and Treatment.* Vermetten E, Spiegel D (Eds.). American Psychiatric Press, Washington DC, 2007; pp 289-312.

222. **Bremner JD**: Posttraumatic Stress Disorder: Neurobiology. In: *Encyclopedia of Stress.* Fink G (Ed.). Academic Press, 2007.

223. **Bremner JD** Does Stress Damage the Brain? In: *Understanding Trauma: Integrating Biological, Clinical and Cultural Perspectives.* Kirmayer LJ, Lemelson R, Barad M (Eds.); Cambridge University Press, 2007; pp 118-141.

224. **Bremner JD,** Vermetten E: Psychiatric approaches to dissociation: Integrating history, biology, and clinical assessment. In: *Traumatic Dissociation: Neurobiology and Treatment.* Dorahy M, Vermetten E (Eds.). American Psychiatric Publishing, Inc, Washington DC; 2008, pp 239-258.

225. **Bremner JD:** The neurobiology of trauma and memory in children. In: *Stress, trauma, and children's memory development: Neurobiological, cognitive, clinical, and legal perspectives.* Howe ML, Goodman GS, Cicchetti D (Eds.). Oxford University Press, New York NY, 2008, pp 11-49.

226. **Bremner JD:** Hippocampus. In: *The Encyclopedia of Psychological Trauma.* Reyes G, Elhai JD, Ford JD (Eds), John Wiley & Sons, Hoboken, NJ, 2008, pp 313-315.

227. Vermetten E, Lanius R, **Bremner JD:** Contributions of traumatic stress studies to the neurobiology of dissociation and dissociative disorders: Implications for schizophrenia. In: *Psychosis, Trauma and Dissociation: Emerging Perspectives on Severe Psychopathology.* Moskowitz A, Schafer I, Dorahy MJ (Eds.), Wiley-Blackwell, Hoboken, NJ, 2008, pp 221-238.

228. Dent MF, **Bremner JD**: Pharmacotherapy for Posttraumatic Stress Disorder and other Trauma-related Disorders. In: *Oxford Handbook of Anxiety and Related Disorders.* Antony MM, Stein MB (Eds). Oxford University Press, Oxford, UK; 2009; pp 405-416.

Books edited and written:

229. **Bremner JD**, Marmar C (eds.): *Trauma, Memory and Dissociation.* APA Press, Washington DC, 1998.

230. Saigh PA, **Bremner JD** (Eds.): *Posttraumatic Stress Disorder: A Comprehensive Text.* Allyn & Bacon, Needham Heights, MA: 1999.

231. **Bremner JD:** *Does Stress Damage the Brain? Understanding Trauma-related Disorders from a Mind-Body Perspective.* New York: W. W. Norton, 2002.

232. **Bremner JD:** *Brain Imaging Handbook.* New York: W. W. Norton, 2005.

233. **Bremner JD:** *Before You Take that Pill: Why The Drug Industry May be Bad for Your Health: Risks and Side Effects You Won't Find on the Label of the Most Commonly Prescribed Drugs, Vitamins and Supplements.* New York: Avery, 2008.