# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

## JUDGMENT IN A CIVIL CASE

JON DOUGLAS HALL,
Plaintiff,

v.                                                          CASE NUMBER: 1:05-cv-1199-B

RICKY BELL, Warden,
RIVERBEND MAXIMUM SECURITY
INSTITUTION,
Defendants,

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 4/14/2010, this case is hereby Dismissed.

**APPROVED:**

                                                            s/J. Daniel Breen
                                                            United States District Judge

THOMAS M. GOULD
CLERK

BY: s/Anna Jordan
DEPUTY CLERK