# ADDENDUM 1
# Volume 16

W2003-00669-CCA-R3-PD

```
 1              IN THE CIRCUIT COURT OF
 2             MADISON COUNTY, TENNESSEE
 3               AT JACKSON, DIVISION I
 4
 5   JON HALL,
 6            Petitioner,
 7   vs.                          No. C00-422
 8   STATE OF TENNESSEE,
 9            Defendant.
10   _____
11              MOTION TO WITHDRAW
12   MOTION FOR SURRENDER OF ATTORNEY PRODUCT
13                MARCH 22, 2001
14   _____
15
16
17
18
19
20                    AMY MAYS
21              OFFICIAL COURT REPORTER
22           MADISON COUNTY JUSTICE COMPLEX
23            JACKSON, TENNESSEE  38301
24                 (901)423-6039
```

FILED
JUL 24 2003
Clerk of the Courts
Rec'd By

1



ORIGINAL
Vol. 16

```
 1                    APPEARANCES

 2   Before the Honorable:

 3        JUDGE ROY B. MORGAN, JR.

 4   For the Petitioner:

 5        MR. PAUL J. MORROW, JR.

 6        MS. M. BRISTOL

 7        Staff Attorney

 8        Post-Conviction Defender

 9        460 James Robertson Parkway

10        Second Floor

11        Nashville, Tennessee 37243

12   For the State:

13        MR. ALFRED E. EARLS

14        Assistant District Attorney General

15        Lowell Thomas State Office Building

16        P. O. Box 2825

17        Jackson, Tennessee  38302

18                  *  *  *  *  *

19

20

21

22

23

24
```

```
 1            THE COURT:  Come around, Mr.
 2    Hall.
 3            And counsel is here for Ms.
 4    Taylor.
 5            THE COURT:  You are Jon Hall.
 6    Correct?
 7            THE PETITIONER:  Yes.
 8            THE COURT:  Now you're going to
 9    have to speak up because we're taking
10    this down, and, plus, I want to be sure
11    I hear you.
12            THE PETITIONER:  Yes, sir.
13            THE COURT:  This is Docket
14    Number C00-422.  It's a post-conviction
15    petition that's been filed by Mr. Hall.
16    We're here today because there's been
17    some confusion regarding counsel.  I
18    first appointed Mr. Scott Kirk who's
19    here, and then there was a request filed
20    that the State program participate, and
21    counsel is here today, and we appointed
22    counsel at their request, I think,
23    because they were familiar with Mr.
24    Hall's case, and they replaced Mr. Kirk,
```

```
 1  but there's a problem there.  Is that
 2  correct?
 3          MS. BRISTOL:  Yes, Your Honor.
 4          THE COURT:  You can state for
 5  the record what you wish.  I have your
 6  written motion.  Go ahead.
 7          MR. MORROW:  Your Honor please,
 8  I'm Paul Morrow.  I'm Deputy Post-
 9  Conviction Defender, and Ms. Bristol is
10  a staff attorney in our office.  And
11  that is correct, Your Honor.  We felt
12  compelled by statute we were supposed to
13  be appointed and felt obliged to make
14  the Court aware of that and were
15  appointed and had done a number of
16  things in Mr. Hall's case, to the point
17  though where we discovered that
18  inadvertently we also represented
19  another client, and the two had come
20  into an irreconcilable conflict, and in
21  a quandary, we consulted the Board of
22  Professional Responsibility.  They did
23  agree we had an irreconcilable conflict,
24  the nature of which for a lot of reasons
```

```
 1   we can't disclose on the record, and
 2   because of that, we filed the current
 3   Motion to Withdraw.
 4            THE COURT:  Well I understand
 5   and respect your position in it, yours
 6   and Ms. Bristol's, and I think that your
 7   motion should be granted.  I don't have
 8   any hesitation as far as that's
 9   concerned.
10            And, Mr. Hall, you understand
11   the problem and why they've got to be
12   replaced at this point?
13            THE PETITIONER:  Yes, sir.
14            THE COURT:  And they've
15   discussed it with you.
16            THE PETITIONER:  Yes.
17            THE COURT:  That was my main
18   concern in having you here.  I like you
19   to be present so you understand what's
20   going on because changing lawyers in and
21   out, you need to be aware of it and why
22   and make sure we have a smooth
23   transition.
24            Now, upon receiving Counsel's
```

```
 1   request to withdraw and anticipating it
 2   should be granted, I contacted Ms. Linda
 3   Taylor in hopes of keeping the case
 4   moving along.  Ms. Taylor is local
 5   counsel, and she is death-qualified and
 6   certainly competent to proceed in this
 7   matter.  She is represented.  One of her
 8   lawyers in the office is here with us
 9   because Ms. Taylor couldn't be here
10   today, but we've got the Order prepared
11   and are going to proceed on to do that.
12   Appreciate you being with us on her
13   behalf.
14             Mr. Hall is being housed where
15   now?
16             THE PETITIONER:  Riverbend.
17             THE COURT:  I ask that question
18   to be sure that Ms. Taylor knows his
19   whereabouts.
20             This matter, at request of I
21   guess Ms. Bristol earlier, had been set
22   for hearing in September.  We've got
23   hearing dates in September.  Now, at
24   this point in time --
```

```
 1            What were those dates in
 2   September, Ms. Page?
 3            MS. PAGE:  September the 10th.
 4            THE COURT:  At this point in
 5   time I'm going to leave it set for
 6   September 10th, but, I want Ms. Taylor
 7   to be made aware that she can contact
 8   us, and if at all possible, we need to
 9   move it to a sooner date.  I would
10   certainly look at the calendar and see
11   what I could do.  It was put off again
12   because Counsel on behalf of Mr. Hall
13   had requested it to be put off, and I
14   understand and respect that, but new
15   counsel might change their mind after
16   conferring with Mr. Hall and determine
17   we need a date sooner than September, if
18   possible, or later than September.  I
19   don't know.  But leave that open for Ms.
20   Taylor once she talks to Mr. Hall.
21            And you've got an Order to
22   submit withdrawing, or are you going to
23   get one to me?
24            MS. BRISTOL:  I believe I filed
```

```
 1   it with the clerk, Your Honor.
 2              THE COURT:  Just so I'll know
 3   for the record, Mr. Buchanan, who sent
 4   his own motion, is in private practice
 5   now.  Correct?
 6              MS. BRISTOL:  Yes, Your Honor.
 7              MR. MORROW:  Your Honor, he is
 8   licensed in Texas as well as Tennessee.
 9   He is in Texas on another criminal
10   matter today, and that's the reason he
11   cannot be here.  So we felt it
12   incumbent, even though we had this
13   conflict, to try to maintain some
14   continuity of counsel, and Mr. Buchanan
15   had worked on this with Mr. Hall in a
16   separate matter, and we suggested to Mr.
17   Buchanan that he might consider taking
18   this case.  So that's why this motion
19   was filed.
20              THE COURT:  Well you heard my
21   comments earlier.  I just never -- I've
22   got to look at it a certain way because
23   we have certain rules, and here's a
24   motion by private counsel saying,
```

```
 1   "Appoint me."  That's not --
 2              MR. MORROW:  Well in the
 3   interest of trying to have continuity,
 4   we felt it was part of our
 5   responsibility as Post-Conviction
 6   Defender.
 7              THE COURT:  I understand, but
 8   there are also other interests involved
 9   in something like that, too.  I
10   understand that one interest, and I also
11   respect that there are others I have to
12   deal with, and I've not seen that done
13   before.
14              Now you're in a different
15   situation in your State capacity, and
16   we're thankful that you're there to
17   handle those matters that you can handle
18   without conflict.  Unfortunately this is
19   not one of them.
20              Anything further this morning
21   that we need to do?
22              THE PETITIONER:  Yes.  I filed a
23   Motion for Surrender of Attorney Work
24   Product because they appointed new
```

```
 1   counsel so that I could take control of
 2   the case so that I can get my attorney
 3   work product.
 4           MR. MORROW:  Your Honor, our
 5   point of view is that this is Mr. Hall's
 6   file, and we'll be happy to comply, to
 7   send the record to him or his counsel or
 8   both.
 9           THE COURT:  Surely he'd want at
10   least his counsel to have them, too;
11   whether he gets them, to have his
12   attorney most effectively --
13           MR. MORROW:  I don't know how
14   much storage capacity they have for all
15   the records we have, but we'd be happy
16   to comply.  Mr. Hall is quite correct,
17   and we've always taken the position that
18   these are the clients' files.
19           THE COURT:  Mr. Hall, any
20   question about that?
21           THE PETITIONER:  Here's the
22   Order.  I had filed it.  It should be in
23   your court.
24           THE COURT:  I'm looking at what
```

1  you submitted.

2        MR. MORROW: And we would be
3  happy to consult at length or as much as
4  new counsel would like, and I'd like
5  Counsel to know that.

6        THE COURT: And maybe swap out
7  the method of contacting, phone numbers,
8  fax, address, that type of thing. It's
9  in the file, too, but make it easy where
10 counsel will have that readily available
11 when she gets started.

12       Mr. Hall, they say they're going
13 to comply, and I take them at their word
14 on that. They'll get you the
15 information. Do you mind furnishing to
16 Ms. Taylor also?

17       THE PETITIONER: Well I have the
18 Order. It's been filed in your court.

19       THE COURT: I'm looking at the
20 Order. I'm looking at it.

21       THE PETITIONER: My motion?

22       THE COURT: Yes, sir. Yes, sir.

23       THE PETITIONER: And you can see
24 that I've had 12 attorneys withdraw, and

11

```
 1   I've been trying to get records from
 2   each and every one of them, and every
 3   time they try quid pro quo with me.  You
 4   know, they give me two documents, they
 5   give me three documents here, like they
 6   sell me bubble gum or something.  I'd
 7   like the whole case file because all I'm
 8   getting is piecemeal.
 9            THE COURT:  That's what you
10   anticipate giving him, what you have as
11   far as --
12            MR. MORROW:  We consider this
13   the client's file, and we'll give him
14   everything that we have.
15            THE COURT:  If there's a problem
16   come up, let me know, but I'm going to
17   assume at this point they're going to do
18   that, and I'll discuss that with Mr.
19   Hall and Counsel if it were not done at
20   the next appearance.
21            MS. BRISTOL:  Your Honor, the
22   only problem will be just the amount of
23   time that it will take to copy it.  It's
24   rather voluminous.  So if new counsel
```

1   and Mr. Hall will be patient with us,
2   we'll get it done as soon as humanly
3   possible.
4           THE COURT:  I'm sure both
5   understand that that's going to take
6   some time.
7           THE PETITIONER:  Your Honor, I'd
8   also previously filed an objection in
9   rebuttal response to State's response
10  and Motion to Dismiss because it was a
11  shotgun answer, and according to TCA, I
12  believe he is supposed to answer each of
13  my allegations in full, and whenever he
14  gives me a three-answer shotgun answer,
15  a blanket answer, it's not sufficient
16  for what I'm trying to find out.
17          THE COURT:  I'm not in a
18  position until you get the benefit of
19  counsel to take up any other motions.  I
20  want you to discuss any pending matters
21  with counsel before we proceed to rule
22  on anything.
23          THE PETITIONER:  Well, see, I'd
24  just taken reigns of the case if they're

```
 1   dismissed.  I am counsel of record right
 2   now.
 3          THE COURT:  Well I'm telling you
 4   as Judge of this Court that you're going
 5   to speak with your attorney, unless
 6   you're refusing to accept the new
 7   attorney and don't want an attorney.
 8          THE PETITIONER:  Not until I get
 9   what I need.
10          THE COURT:  Well you do want
11   legal counsel, don't you?
12          THE PETITIONER:  That's --
13   That's to be seen.  So far, you know,
14   I've been jerked around ever since day
15   one in this case by legal counsel.
16          THE COURT:  Well, I don't know
17   the background as far as you and your
18   attorneys.
19          THE PETITIONER:  I understand
20   that.
21          THE COURT:  Let me ask you this
22   question, Mr. Hall, and think about it
23   before you respond.  You're not asking
24   to proceed pro se in this case.  Is that
```

14

1  correct?

2          THE PETITIONER: In actuality I
3  am.

4          THE COURT: You do not want a
5  new attorney appointed?

6          THE PETITIONER: No, I'm trying
7  to take reigns of this case where I can
8  start getting things done because I --
9  you know, I've been going at this, you
10 know, and all I've been getting was,
11 "Well, your attorney has got to do
12 this," and if my attorney don't do it,
13 it's being delayed under due process
14 violation.

15         THE COURT: Let me ask you this.
16 Do you want the benefit of speaking with
17 Ms. Linda Taylor before you make this
18 decision not to accept legal counsel?

19         THE PETITIONER: Well like I
20 said, until I got my records, I couldn't
21 make a knowing and intelligent decision
22 on any of that.

23         THE COURT: Well they're coming,
24 so you obviously want to wait before you

15

```
 1   make this decision.  Correct?
 2             THE PETITIONER:  Exactly.
 3             THE COURT:  Okay, we solved that
 4   problem.  Let him talk to Ms. Taylor.
 5   He's going to have Ms. Taylor.  An Order
 6   will go down.  Then if he decides to go
 7   pro se later, then so be it.  We'll take
 8   the matter up in court on the record.
 9             Mr. Hall, thank you, sir.
10             THE PETITIONER:  Well what about
11   these other motions?
12             THE COURT:  I'm not discussing
13   any other motions today until you have
14   the benefit of speaking with Ms. Taylor.
15             THE PETITIONER:  Then nothing's
16   been resolved, so I've been brought down
17   here for nothing.
18             THE COURT:  Mr. Hall, you're
19   excused at this time.  Thank you, sir.
20             You will need to submit an
21   Order.  It's not in the file.
22             MS. BRISTOL:  Yes, Your Honor,
23   I'll get one drafted.
24             THE PETITIONER:  How come we
```

```
 1  can't get nothing resolved?
 2           COURT OFFICER:  Sir, don't speak
 3  anymore.
 4           THE PETITIONER:  I'm going to
 5  have to go to the Administrative Office
 6  of the Courts on this bullshit.  I'm
 7  getting tired of this.
 8           THE COURT:  Mr. Hall, watch your
 9  language in this courtroom.  I have
10  resolved things, and the record will
11  reflect what we resolved today, but
12  watch your language.  I don't want that
13  type language in the courtroom.
14           THE PETITIONER:  What are you
15  going to do, execute me?
16           THE COURT:  Thank you, Mr. Hall.
17           MS. BRISTOL:  Do you need
18  anything further from us, Your Honor.
19           THE COURT:  We just need to get
20  that Order.  Thank you.
21           MS. BRISTOL:  I'll be sure and
22  submit it this afternoon, Your Honor.
23                    - - - - -
24  END OF REQUESTED PROCEEDINGS.
```

```
 1                      CERTIFICATE

 2           I, the undersigned Amy Mays,

 3   Official Court Reporter for the 26th

 4   Judicial District of the State of

 5   Tennessee, do hereby certify that the

 6   foregoing is a true, accurate and

 7   complete transcript, to the best of my

 8   knowledge and ability, of the requested

 9   proceedings had in the captioned cause,

10   in the Criminal Court for Madison

11   County, Tennessee, on the 22nd day of

12   March, 2001.

13           I do further certify that I am

14   neither of kin, counsel nor interest to

15   any party hereto.

16

17

18           _____

19                AMY MAYS

20

21           _____February 9, 2003_____

22                DATE

23

24
```

```
 1              CERTIFICATE OF THE COURT
 2              THIS IS TO CERTIFY THAT THE
 3    TRANSCRIPT OF EVIDENCE ADDUCED AT THE
 4    HEARING OF THIS CAUSE HAS BEEN FILED
 5    WITH THE CLERK OF THE COURT.
 6              The Court has examined this
 7    Transcript of Evidence and has found it
 8    to be a true and accurate record of the
 9    proceedings.
10              Therefore, it is Ordered, Adjudged
11    and Decreed that the Transcript of Evidence
12    is hereby approved by the Court and will be
13    part of the record on appeal in this case.
14
15    _____
16                   JUDGE
17    _____
18                   DATE
19    APPROVAL:
20    _____
21    ATTORNEY FOR THE STATE
22
23    _____
24    ATTORNEY FOR THE DEFENDANT
```

19