IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JON HALL                          )
                                  )
        Petitioner            )        No. 1:05-cv-1199
                                  )        Judge Breen
vs.                              )        Death Penalty Case
                                  )
WAYNE CARPENTER, Warden, Riverbend )
     Maximum Security Institution    )
                                  )
     Respondent          )

**NOTICE OF FILING: TRIAL AND DIRECT APPEAL RECORDS**

Petitioner hereby files relevant state court documents from Petitioner's trial and direct appeal proceedings:

1.    *State v. Hall*, Trial Technical Record, Volume 1

2.    *State v. Hall*, Trial Technical Record, Volume 2

3.    *State v. Hall*, Trial Transcript, Volume 1

4.    *State v. Hall*, Trial Transcript, Volume 2

5.    *State v. Hall*, Trial Transcript, Volume 3

6.    *State v. Hall*, Trial Transcript, Volume 4

7.    *State v. Hall*, Prosecution's Opening Statement, Guilt Phase

8.    *State v. Hall*, Closing Arguments, Guilt Phase

9.    *State v. Hall*, Transcript, Opening Statements & Closing Arguments, Penalty Phase

10.    *State v. Hall*, Transcript, Motion For New Trial

11.    *State v. Hall*, Supplement To Record On Appeal

12.   *State v. Hall*, Brief of the Appellant, Court of Criminal Appeals

13.   *State v. Hall*, Brief of the State, Court of Criminal Appeals

14.   *State v. Hall*, Appellant's Supplemental Reply Brief, Court of Criminal
       Appeals

15.   *State v. Hall*, Court of Criminal Appeals Opinion

16.   *State v. Hall*, Brief of the Appellant, Tennessee Supreme Court

17.   *State v. Hall*, Brief of the Appellee, Tennessee Supreme Court

18.   *State v. Hall*, Reply Brief of Appellant, Tennessee Supreme Court

19.   *State v. Hall*, Supplemental Brief of Appellee, Tennessee Supreme Court

20.   *State v. Hall*, Tennessee Supreme Court Opinion

21.   *State v. Hall*, Petition For Rehearing

22.   *State v. Hall*, Order Denying Petition for Rehearing

23.   *Hall v. Tennessee*, Petition for Writ of Certiorari


Respectfully Submitted,


Paul R. Bottei
Kristen M. Stanley

Office of the Federal Public Defender
Middle District of Tennessee
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047
FAX: (615) 736-5265

*/s/ Paul R. Bottei*

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing is to be served via the electronic filing process upon John Bledsoe, Office of the Attorney General, P. O. Box 20207, Nashville, Tennessee 37202.

Date: February 7, 2018

By: */s/ Paul R. Bottei*