IN THE CRIMINAL COURT

OF MADISON COUNTY, TENNESSEE

AT JACKSON, DIVISION I

---

STATE OF TENNESSEE

VS.                                      No. 96-589

JON DOUGLAS HALL

---

STATE'S OPENING STATEMENT

FEBRUARY 3, 1997

---

AMY MAYS

OFFICIAL COURT REPORTER

MADISON COUNTY CRIMINAL JUSTICE COMPLEX

JACKSON, TENNESSEE  38301

(731) 423-6039

1

ORIGINAL



EXHIBIT
9-4-02
14 Coll

```
 1                    APPEARANCES
 2   Before the Honorable:
 3        WHIT LAFON, Judge
 4   For the State:
 5        MR. JERRY WOODALL
 6        MR. AL EARLS
 7        District Attorney General's Office
 8        Lowell Thomas State Office Building
 9        Jackson, Tennessee   38301
10   For the Defendant:
11        MR. JESSE HILL FORD, III
12        MR. CLAYTON F. MAYO
13        Ford & Mayo
14        618 North Highland
15        Jackson, Tennessee   38301
16                  * * * * *
17
18
19
20
21
22
23
```

1    MR. WOODALL: Ladies and
2  gentlemen, we now begin the process in
3  this trial, as you know from serving on
4  juries before, where the State's
5  entitled to make an opening statement.
6  The Defendant will then have the
7  opportunity to speak. And an opening
8  statement is designed to allow the
9  parties to show you, or point out to
10 you, what they intend to prove. I like
11 to think an opening statement is kind of
12 like a road map. You take out your map,
13 and you know which road you're going to
14 follow and what little towns you're
15 going to go through when you go, say,
16 from Jackson to Newbern, because that's
17 not a place that you often probably go,
18 so you know which little city you'll go
19 through, which road you'll take in your
20 destination to Newbern. And that's what
21 these opening remarks are about.
22       As the State of Tennessee has
23 already read to you, as alleged in the
24 indictment, the State of Tennessee is

1  going to show, based upon the proof
2  presented in this case, and the evidence
3  that's presented, and the testimony
4  that's presented, that this Defendant on
5  the date and time alleged in the
6  indictment did, in fact, deliberately
7  and premeditatedly and with malice
8  aforethought kill and murder his
9  estranged wife, that occurring on or
10 about the 29th day of July, 1994.
11          Now, one thing that I think you
12 need to know, as you look at this case
13 and as you listen to the proof is, you
14 need to remember one thing.  Now
15 premeditation means that the intent to
16 kill must have been formed prior to the
17 act itself.  It is not necessary that
18 the purpose to kill pre-exist in the
19 mind of the accused for any definite
20 period of time.  You got that?  And I
21 feel like at the appropriate time the
22 Court will instruct you that, and that's
23 important because the State is going to
24 produce three eyewitnesses that will

1  tell you what happened that night, three
2  little girls of Billie Hall. And based
3  upon what they heard, based upon what
4  they observed and based upon what you
5  will be told, the Defendant acted
6  deliberately, of cool purpose and with
7  premeditation. Their testimony will
8  tell you that there are at least three
9  separate acts of violent repeated
10 assault by the Defendant upon the person
11 of his estranged wife.
12         The proof will show that the
13 Defendant came out to the house that
14 night, number one, uninvited, and number
15 two, prior to gaining entry into the
16 house, that he went to the telephone
17 junction box and unplugged the telephone
18 so the telephone could not be used. It
19 will show that he was not invited into
20 the house but pushed his way into the
21 house.
22         The proof will then show that
23 the Defendant required the little girls
24 to go to bed, at which time he placed

```
 1    objects of furniture behind the bedroom
 2    door when at the time that they were
 3    living together, the bedroom that was
 4    shared by he and his estranged wife, in
 5    order to prevent someone from coming in,
 6    or make it difficult for them to get in.
 7              The proof will then show that
 8    the Defendant commenced to strike and
 9    beat Billie Jo Hall, that the little
10    girls came to the rescue of their mother
11    and attempted to get the Defendant off
12    their mother and to stop beating their
13    mother, and the proof will show that he
14    then told these little girls, "If you
15    try to use the telephone or you go for
16    help, I'm going to kill your mother."
17              The proof will show that the
18    little girls tried to prevent him from
19    attacking their mother, that their
20    mother was able to get away from the
21    Defendant and leave the bedroom and get
22    out the front door of the house and into
23    the front yard.
24              The proof will show that the
```

1   Defendant then pursued the mother,
2   knocked her down on the pavement,
3   inflicted more repeated violent blows to
4   her person; that she got away again and
5   went and sat down on some landscape ties
6   and tried to catch her breath.
7           The proof will then show the
8   Defendant went to her again, struck her
9   again, continued to strike her, drug her
10  to the children's above-ground swimming
11  pool, which is about two and a half or
12  three feet deep, and throws Billie Jo
13  Hall in the swimming pool.
14          The proof will then show based
15  upon the medical testimony of Dr. O. C.
16  Smith that not only did the victim
17  suffer multi repeat blows showing
18  premeditation, but the woman was
19  strangled, and she also sucked water
20  into her lungs as she lay face down in
21  that pool, and that, too, contributed to
22  her death.
23          In addition to that, the State
24  of Tennessee will demonstrate to you

```
 1   that the Defendant has made statements
 2   to other individuals which demonstrates
 3   his deliberation, his premeditation.
 4            We have traveled from Jackson to
 5   Newbern in a rapid period of time.
 6   Tomorrow we'll make the same journey but
 7   more slowly, and we'll discuss the
 8   geography and the buildings that we see
 9   on the road there.
10            Thank you.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

**CERTIFICATE**

I, the undersigned Amy Mays, Official Court Reporter for the 26th Judicial District of the State of Tennessee, do hereby certify that the foregoing is a true, accurate and complete transcript, to the best of my knowledge and ability, of the requested proceedings had in the captioned cause, in the Criminal Court for Madison County, Tennessee, on the 3rd day of February, 1997.

I do further certify that I am neither of kin, counsel nor interest to any party hereto.

_____
AMY MAYS

August 31, 2007
_____
DATE