

02501-9805-CC-00048

CIRCUIT COURT

OF

MADISON COUNTY

TO

COURT OF CRIMINAL APPEALS

STATE OF TENNESSEE

VS.   96-589

JON DOUGLAS HALL

SUPPLEMENT TO RECORD ON APPEAL

   I.   ORDER

   II.  JURY VERDICT FORM

FILED
DEC 08 1997
Clerk of the Courts
Rec'd By

IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT JACKSON

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) FILED | FILED |
| | ) | DEC 3 1997 |
| Appellee, | ) DEC 0 4 1997 | Clerk of the Courts |
| | ) JOE GAFFNEY CIRCUIT COURT CLERK | Rec'd By_____ |
| v. | )    DEPUTY CLERK | MADISON COUNTY |
| | ) | C.C.A. NO. |
| | ) — A.M. | 02C01-9703-CC-00095 |
| JON DOUGLAS HALL, | ) | |
| | ) | DEATH PENALTY |
| Appellant. | ) | NO. 96-589 |

ORDER

The State of Tennessee has moved this Court to modify the record in this case pursuant to T.R.A.P. 24(e). The record transmitted to this Court does not contain the verdict form of the jury imposing the death sentence. On this form, the jury enumerates the aggravating circumstance found, and each of the twelve jurors sign the form showing their unanimity in the sentence imposed. This verdict form is properly included in this record, but it has been omitted.

It is therefore ORDERED that the trial court certify a copy of the jury verdict form signed by the twelve jurors and transmit this form to this Court to be included in the appellate record.

ENTERED this the __3__ day of ____December____, 1997.

_____
Judge
Paul G. Summers

APPROVED FOR ENTRY:

_Kenneth W. Rucker_
KENNETH W. RUCKER
Assistant Attorney General
Criminal Justice Division
Cordell Hull Building, 2nd Floor
425 5th Avenue North
Nashville, Tennessee 37243-0493
(615) 741-5648
B.P.R. No. 18208

I, Cecil Crowson, Jr., Clerk hereby certify that this is a true and exact copy of the original _Order_ file in the cause.
This __3__ day of __Dec.__ 19_97_
CLERK OF COURT
By _____ D.C.

PUNISHMENT OF DEATH

(1) We, the jury, unanimously find the following listed statutory aggravating circumstance or circumstances:

(Here list the statutory aggravating circumstance or circumstances so found, which <u>must be limited</u> to those enumerated for your consideration by the court in these instructions.)

_The murder was especially heinous, atrocious, or cruel in that it involved torture or serious physical abuse beyond that necessary to produce death._

(2) We, the jury, unanimously find that the state has proven beyond a reasonable doubt that the statutory aggravating circumstance or circumstances so listed above outweigh any mitigating circumstances.

(3) Therefore, we, the jury, unanimously find that the punishment for the defendant, _Jon Hall_, shall be death.

_[signature]_  _[signature]_
JURY FOREPERSON   JUROR

_[signature]_  _[signature]_
JUROR   JUROR

_[signature]_  _[signature]_
JUROR   JUROR

_Katie Maness_
JUROR

_James E Walker_
JUROR

_Martha Rucker_
JUROR

_Wanda Mosley_
JUROR

_Neora G. Lane_
JUROR

_Sherry Wright_
JUROR

2/5/97
DATE

CERTIFICATE AND SEAL

STATE OF TENNESSEE
COUNTY OF MADISON

I, Joe Gaffney, Clerk of the Circuit Court for the County of Madison, in the State aforesaid, do certify that the foregoing is a true copy of the jury verdict form signed by the twelve jurors in said Court in the case heretofore prosecuted and determined therein between STATE OF TENNESSEE, APPELLEE, AND JON DOUGLAS HALL, APPELLANT, as said remains of record in said Court.

IN TESTIMONY WHEREOF, I hereunto subscribe my name and affix the seal of said office in Jackson, the 4th day of December in the year of One Thousand Nine Hundred Ninety-Seven in the 221st year of American Independence.

_____
JOE GAFFNEY, CIRCUIT COURT CLERK