IN THE SUPREME COURT OF TENNESSEE

AT JACKSON

**FILED**
DEC 27 1999
Clerk of the Courts

| | |
|---|---|
| STATE OF TENNESSEE, | NOT FOR PUBLICATION |
| Appellee, | |
| v. | MADISON CIRCUIT |
| | No. W1997-00023-SC-DDT-DD |
| JON DOUGLAS HALL, | |
| Appellant. | |

## ORDER DENYING PETITION TO REHEAR

Counsel for the appellant, Jon Douglas Hall, has filed a petition for rehearing following the release of our opinion in this case. After careful consideration, we conclude that the petition is without merit and should be denied.

Appellant, Jon Douglas Hall, has also filed a *pro se* petition for a rehearing following the release of our opinion in this case. Appellant can not represent himself before this Court while simultaneously being represented by counsel. Nevertheless, we have given further careful consideration to his *pro se* petition, and we conclude that it is likewise without merit and should be denied.

It is therefore ORDERED that the petition by appellant's counsel for rehearing be, and is hereby denied. It is also ORDERED that appellant's *pro se* petition for rehearing be, and is hereby denied.

PER CURIAM

STATE OF TENN.
ATTORNEY GENERAL

DEC 27 1999

CRIMINAL JUSTICE DIV.